1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada Bar No. 11479
   DAVID ANTHONY
3  Assistant Federal Public Defender
   Nevada Bar No. 7978
4  David_Anthony@fd.org
   BRAD D. LEVENSON
5  Assistant Federal Public Defender
   California Bar No. 166073
6  Brad_Levenson@fd.org
   TIMOTHY R. PAYNE
7  Assistant Federal Public Defender
   Ohio Bar No. 0069329
8  Tim_Payne@fd.org
   411 E. Bonneville, Ste. 250
9  Las Vegas, Nevada 89101
   (702) 388-6577
10 (702) 388-5819 (Fax)

11 Attorneys for Zane M. Floyd

12
13                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA

14 | ZANE M. FLOYD,                              |                                          |
   |---|---|
15 |         Plaintiff,                          | Case No. _____                 |
   |                                             | (To be Supplied by Clerk)                |
16 | v.                                          |                                          |
17 | CHARLES DANIELS, Director, Nevada           | **INDEX OF EXHIBITS TO**                 |
   | Department of Corrections; HAROLD           | **PLAINTIFF'S COMPLAINT FOR**            |
18 | WICKHAM, NDOC Deputy Director of            | **INJUNCTIVE AND**                       |
   | Operations, JOHN BORROWMAN,                 | **DECLARATORY RELIEF DUE TO**            |
19 | NDOC Deputy Director of Support             | **PROPOSED METHOD OF**                   |
   | Services; WILLIAM GITTERE, Warden,          | **EXECUTION PURSUANT TO**                |
20 | Ely State Prison; WILLIAM REUBART,          | **42 U.S.C. § 1983**                     |
   | Associate Warden at Ely State Prison;       |                                          |
21 | DAVID DRUMMOND, Associate Warden            | **(DEATH PENALTY CASE)**                 |
   | at Ely State Prison; IHSAN AZZAM, Chief     |                                          |
22 | Medical Officer of the State of Nevada;     | **EXECUTION WARRANT SOUGHT**             |
   | DR. MICHAEL MINEV, NDOC Director            | **BY THE STATE FOR THE WEEK**            |
23 | of Medical Care, DR. DAVID GREEN,           | **OF JUNE 7, 2021**                      |

NDOC Director of Mental Health Care, LINDA FOX, NDOC Director of Pharmacy; JOHN DOES I-XV, NDOC execution team members,

Defendants.

| Exhibit | Document |
|---|---|
| Exhibit 1 | William Wan, *Execution drugs are scarce. Here's how one doctor decided to go with opioids*, WASH. POST, Dec. 11, 2017 |
| Exhibit 2 | *State v. Dozier*, District Court of Clark County, Nevada, Case No. C215039, Recorder's Transcript of Evidentiary Hearing of Chief Medical, Nov. 3, 2017 |
| Exhibit 3 | Declaration of Dr. David B. Waisel, Oct. 4, 2017 |
| Exhibit 4 | *State v. Dozier*, District Court of Clark County, Nevada, Case No. 05C215039, Recorder's Transcript Re: Defendant's Motion for Leave to Conduct Discovery/Defendant's Motion for Determination Whether Scott Dozier's execution Will Proceed in a Lawful Manner/Status Check: Protocols, Oct. 11, 2017 |
| Exhibit 5 | Nevada Department of Corrections Execution Manual 2018 |
| Exhibit 6 | Declaration of Dr. John DiMuro, Oct. 20, 2017 |
| Exhibit 7 | *State v. Dozier*, District Court of Clark County, Nevada, Case No. C215039, Findings of Fact and Conclusions of Law, Nov. 27, 2017 |
| Exhibit 8 | Declaration of Dr. David B. Waisel, Nov. 6, 2017 |
| Exhibit 9 | *Glossip v. Chandler, et al.,* W.D.Ok., Case No. Civ-14-66-F, July 6, 2020, ECF No. 325 at 19 |
| Exhibit 10 | *In re Ohio Execution Protocol Litigation,* No. 2:11-cv-1016 (S.D. Ohio), Expert Report of Dr. James Williams, July 10, 2019, ECF No. 2261 |
| Exhibit 11 | Declaration of Dr. David J. Greenblatt, March 5, 2021 |
| Exhibit 12 | Declaration of Dr. Craig W. Stevens, January 14, 2021 |

Dated this 16th day of April, 2021.

        Respectfully submitted
        RENE L. VALLADARES
        Federal Public Defender

        */s/ David Anthony*
        DAVID ANTHONY
        Assistant Federal Public Defender

        */s/ Brad D. Levenson*
        BRAD D. LEVENSON
        Assistant Federal Public Defender

        */s/ Timothy R. Payne*
        TIMOTHY R. PAYNE
        Assistant Federal Public Defender

# CERTIFICATE OF SERVICE

In accordance with LR IC 4-1(c) of the Local Rules of Practice, the undersigned hereby certifies that on the 16th day of April, 2021, a true and correct copy of the foregoing INDEX OF EXHIBITS TO PLAINTIFF'S COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF DUE TO PROPOSED METHOD OF EXECUTION PURSUANT TO 42 U.S.C. § 1983 was filed electronically with the CM/ECF electronic filing system and was sent via email, addressed to counsel as follows:

D. Randall Gilmer
Chief Deputy Attorney General
Office of the Nevada Attorney General
Public Safety Division
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
Phone: 702.486.3427
Fax:  702.486.3773
drgilmer@ag.nv.gov

/s/ Sara Jelinek
An Employee of the Federal Public Defenders Office, District of Nevada