UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ZANE M. FLOYD,

        Plaintiff,

   v.

CHARLES DANIELS et al.,

        Defendants.

Case No. 3:21-cv-00176-MMD-CLB

**REASSIGNMENT ORDER**

    The Plaintiff initiated this action with the filing of a Motion/Application to Proceed In Forma Pauperis on April 16, 2021. ECF No. 1. Plaintiff simultaneously filed a Complaint, Motion for Temporary Restraining Order, Motion for Preliminary Injunction and Motion for Disclosure of Method of Execution. ECF Nos. 2, 5, 6 and 7. The claims and legal issues raised in this case and these filings are related to factual and legal issues in case no. 2:06-cv-00471-RFB-CWH. The presiding District Judges in both of these actions have individually and collectively determined that these actions are related and that there is good cause to reassign these cases to one District Judge and one Magistrate Judge pursuant to Local Rule 42-1(a) and that this transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

    IT IS THEREFORE ORDERED that case no. 3:21-cv-00176-MMD-CLB is reassigned to District Judge Richard F. Boulware, II who was assigned the earlier case.

DATED: April 19, 2021.

_____
MIRANDA M. DU
Chief United States District Judge

_____
RICHARD F. BOULWARE II
United States District Judge