UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZANE M. FLOYD,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARLES DANIESL, *et al*,<br><br>          Defendants. | Case No. 3:21-cv-00176-RFB-CLB<br><br>**ORDER TO PRODUCE**<br>**ZANE M. FLOYD, #66514** |

TO:   WILLIAM GITTERE, WARDEN, ELY STATE PRISON, ELY NV
       UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
       AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **ZANE M. FLOYD, #66514**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall arrange for and produce **ZANE M. FLOYD, #66514,** on or about Friday, April 30, 2021, at the hour of 9:00 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **ZANE M. FLOYD, #66514**, is released and discharged by the said Court; and that **ZANE M. FLOYD, #66514** , shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, Nevada, under safe and secure conduct.

**DATED** this 27th day of April, 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**