UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZANE FLOYD,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>    Defendants. | Case No. 3:21-cv-00176-RFB-CLB<br><br>**ORDER** |

In this action, on April 24, 2021, the Court ordered that by May 10, 2021, the Plaintiff, Zane Floyd, was to file an application to proceed in forma pauperis and supporting documents. See Order entered April 24, 2021 (ECF No. 12). On May 7, 2021, Floyd filed a motion for extension of time (ECF No. 53), requesting an extension of time to June 10, 2021 (a 31-day extension) to file the in forma pauperis application. Defendants do not oppose the motion for extension of time. The Court finds that Floyd's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 53) is **GRANTED**. Petitioner will have until and including June 10, 2021, to file an application to proceed in forma pauperis and supporting documents.

DATED THIS 7th day of May, 2021.

_____
RICHARD F. BOULWARE,
UNITED STATES DISTRICT JUDGE

1