UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZANE M. FLOYD,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES DANIELS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.  3:21-cv-00176-RFB-CLB<br><br>ORDER |

　　　　Plaintiff has submitted an application to proceed *in forma pauperis*.  (ECF No. 70).  Based on the financial information provided, the Court finds that Plaintiff is unable to prepay the full filing fee in this matter.

　　　　It is ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 70) without having to prepay the full filing fee is **granted**.  Plaintiff will **not** be required to pay an initial installment fee.  Nevertheless, the full filing fee will still be due, pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act.  The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor.  This order granting *in forma pauperis* status will not extend to the issuance and/or service of subpoenas at government expense.

　　　　It is further ordered that, pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act, the Nevada Department of Corrections will forward payments from the account of **Zane M. Floyd, #66514** to the Clerk of the United States District Court, District of Nevada, 10% of the preceding month's deposits (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action.  The Clerk of the Court will send a copy of this order to the Finance Division of the Clerk's Office.  The Clerk will send a copy of this order to the attention of **Chief of Inmate Services for the Nevada Department of Corrections,** P.O. Box 7011, Carson City, NV 89702.

It is further ordered that, even if this action is dismissed, or is otherwise unsuccessful, the full filing fee will still be due, pursuant to 28 U.S.C. §1915, as amended by the Prison Litigation Reform Act.

DATED THIS 27th day of May 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE