UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

ZANE M. FLOYD,

        Plaintiff,

v.

CHARLES DANIESL, *et al*,

        Defendants.

Case No. 3:21-cv-00176-RFB-CLB

**ORDER TO PRODUCE
ZANE M. FLOYD, #66514**

TO:    WILLIAM GITTERE, WARDEN, ELY STATE PRISON, ELY NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **ZANE M. FLOYD, #66514**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall arrange for and produce **ZANE M. FLOYD, #66514,** on or about Thursday, June 10, 2021, at the hour of 1:00 p.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **ZANE M. FLOYD, #66514**, is released and discharged by the said Court; and that **ZANE M. FLOYD, #66514** , shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, Nevada, under safe and secure conduct.

**DATED** this 3rd day of June, 2021.

                                                                **RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**