UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZANE M. FLOYD,<br><br>        Plaintiff,<br><br>v.<br><br>CHARLES DANIESL, *et al*,<br><br>        Defendants. | Case No. 3:21-cv-00176-RFB-CLB<br><br>**AMENDED ORDER TO PRODUCE FOR VIDEOCONFERENCE ZANE M. FLOYD, #66514** |

TO:     WILLIAM GITTERE, WARDEN, ELY STATE PRISON, ELY NV

**THE COURT HEREBY FINDS** that **ZANE M. FLOYD, #66514**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall arrange for and produce **ZANE M. FLOYD, #66514,** that the hearing on or about Friday, June 25, 2021, at the hour of 1:00 p.m., is vacated and RESET for Monday, June 28, 2021 at 1:00 p.m., for an in court evidentiary hearing with a **videoconference** by zoomgov technology as to plaintiff's appearance and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **ZANE M. FLOYD, #66514**, is released and discharged by the said Court; and that **ZANE M. FLOYD, #66514** , shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, Nevada, under safe and secure conduct. **DATED** this 23rd day of June, 2021.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**