AARON D. FORD
  Attorney General
D. Randall Gilmer (Bar No. 14001)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney Generals
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3427
Facsimile:  (702) 486-3773
Email: DGilmer@ag.nv.gov

*Attorneys for Defendants Daniels,
Wickham, Gittere, Reubart, Drummond,
Minev, Green and Fox (NDOC Defendants)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZANE M. FLOYD,<br><br>       Plaintiff,<br><br> v.<br><br>CHARLES DANIELS, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>       Defendants. | Case No. 3:21-cv-00176-RFB-CLB<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF NDOC DEFENDANTS' OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION AND STAY OF EXECUTION (ECF NO. 98)** |

| | | | |
|---|---|---|---|
| Vol I | Exhibit A | Nebraska First in US to Use Opiod Fentanyl in Execution | APP00001 – APP00005 |
| Vol I | Exhibit B | Memorandum for the Attorney General | APP00006 – APP00010 |
| Vol I | Exhibit C | Inmate Search for Zane Floyd | APP00011 – APP00013 |
| Vol I | Exhibit D | Declaration of Linda Fox | APP00014 – APP00027 |
| Vol I | Exhibit E | Declaration of Charles Daniels | APP00028 – APP00032 |
| Vol I | Exhibit F | Declaration of Dr. Jeffrey Petersohn | APP00033 – APP00056 |
| Vol I | Exhibit G | Declaration of Dr. Steven Yun | APP00057 – APP00065 |
| Vol I | Exhibit H | Declaration of Dr. Daniels Buffington | APP00066 – APP00139 |

| | | | |
|---|---|---|---|
| Vol I | Exhibit I | Ketamine: Current applications in anesthesia, pain, and critical care | APP00140 – APP00149 |
| Vol I | Exhibit J | Loss of access to ketamine threatens progress in humane euthanasia | APP00150 – APP00154 |
| Vol I | Exhibit K | Animal Euthanasia Policy, Washington University in St. Louis | APP00155 – APP00159 |