# EXHIBIT C – INMATE CASE SEARCH, ZANE M. FLOYD

APP00011

**Search By Offender ID**
Offender ID: 66514
-or-
**Search By Demographics**
First Name: _____ Wildcard %
Last Name: _____ Wildcard %

Submit

Up to date as of 2021-06-19

**NOTICE:**

The information provided here represents raw data. As such, the Nevada Department of Corrections makes no warranty or guarantee that the data is error free. The information should not be used as an official record by any law enforcement agency or any other entity.

Any questions regarding an inmate, please call Family Services at (775) 887-3367. Victims looking for inmate information please contact Victim Services at (775) 887-3393. Any questions regarding the web portal for law enforcement access to inmate information should be referred to PIO Scott Kelley. email: sckelley@doc.nv.gov or (775) 887-3309

Currently the following web browsers are supported for the Inmate Search: Internet Explorer 11, Chrome, Firefox and Opera. If you are unable to view inmate photos, please use a supported browser.

**Download Offender Data**

Demographic, Alias, Booking, Parole, Release

### Identification and Demographics

| Name | Offender ID | Gender | Ethnic | Age | Height | Weight | Build | Complexion | Hair | Eyes | Institution | Custody Level | Aliases | Prior Felonies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZANE M FLOYD | 66514 | Male | CAUCASIAN | 45 | 5'11" | 185lb | STOCKY | FAIR | BROWN | BLUE | ELY STATE PRISON | MAXIMUM | MICHAEL COBIS ZANE, MICHAEL FLOYD ZANE | NO |

### Booking Information

| Offense Code | Offense Description | Sent. Status | Sent. Min | Sent. Max | Sent. PED | Sent. MPR | Sent. County | Sent. PEXD | Sent. Type | Sent. RRD | Sent. Start Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | MURDER 1ST DEGREE | Active | | | | | CLARK COUNTY COURTHOUSE | | DEATH | | 2000-08-31 |
| 301 | BURGLARY WITH A FIREARM / DW | Discharge to Consecutive | 0 yr. 72 mo. 0 days | 0 yr. 180 mo. 0 days | 2006-08-30 | | CLARK COUNTY COURTHOUSE | 2011-01-25 | DETERMINATE | | 2000-08-31 |
| 92 | MURDER 1ST DEGREE | Active | | | | | CLARK COUNTY COURTHOUSE | | DEATH | | 2000-08-31 |
| 92 | MURDER 1ST DEGREE | Active | | | | | CLARK COUNTY COURTHOUSE | | DEATH | | 2000-08-31 |
| 92 | MURDER 1ST DEGREE | Active | | | | | CLARK COUNTY COURTHOUSE | | DEATH | | 2000-08-31 |
| 2148 | ATT MURDER | Active | 0 yr. 96 mo. 0 days | 0 yr. 240 mo. 0 days | 2019-01-25 | | CLARK COUNTY COURTHOUSE | 2022-08-19 | DETERMINATE | | 2011-01-26 |
| 3458 | USE OF DEADLY WEAPON ENHANCEMENT | Pending | 0 yr. 96 mo. 0 days | 0 yr. 240 mo. 0 days | 2030-08-19 | | CLARK COUNTY COURTHOUSE | 2032-09-14 | DETERMINATE | | 2022-08-20 |
| 107 | KIDNAPPING I | Pending | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 0 yr. 60 mo. 0 days | 2037-09-14 | CLARK COUNTY COURTHOUSE | LIFE WITH PAROLE | 2032-09-15 |
| 3458 | USE OF DEADLY WEAPON ENHANCEMENT | Pending | 0 yr. 60 mo. 0 days | 2079-09-19 | CLARK COUNTY COURTHOUSE | LIFE WITH PAROLE | 2074-09-20 |
| 114 | SEXUAL ASSAULT | Pending | 0 yr. 120 mo. 0 days | 2094-09-19 | CLARK COUNTY COURTHOUSE | LIFE WITH PAROLE | 2084-09-20 |
| 3458 | USE OF DEADLY WEAPON ENHANCEMENT | Pending | 0 yr. 120 mo. 0 days | 2104-09-19 | CLARK COUNTY COURTHOUSE | LIFE WITH PAROLE | 2094-09-20 |
| 114 | SEXUAL ASSAULT | Pending | 0 yr. 120 mo. 0 days | 2114-09-19 | CLARK COUNTY COURTHOUSE | LIFE WITH PAROLE | 2104-09-20 |
| 3458 | USE OF DEADLY WEAPON ENHANCEMENT | Pending | 0 yr. 120 mo. 0 days | 2124-09-19 | CLARK COUNTY COURTHOUSE | LIFE WITH PAROLE | 2114-09-20 |
| 114 | SEXUAL ASSAULT | Pending | 0 yr. 120 mo. 0 days | 2134-09-19 | CLARK COUNTY COURTHOUSE | LIFE WITH PAROLE | 2124-09-20 |
| 3458 | USE OF DEADLY WEAPON ENHANCEMENT | Pending | 0 yr. 120 mo. 0 days | 2144-09-19 | CLARK COUNTY COURTHOUSE | LIFE WITH PAROLE | 2134-09-20 |
| 114 | SEXUAL ASSAULT | Pending | 0 yr. 120 mo. 0 days | 2154-09-19 | CLARK COUNTY COURTHOUSE | LIFE WITH PAROLE | 2144-09-20 |
| 3458 | USE OF DEADLY WEAPON ENHANCEMENT | Pending | 0 yr. 120 mo. 0 days | 2164-09-19 | CLARK COUNTY COURTHOUSE | LIFE WITH PAROLE | 2154-09-20 |

**Inmate Photo**





**Parole Hearing Details Unavailable**