# EXHIBIT D – DECLARATION OF LINDA FOX, PHARMACY DIRECTOR OF THE NEVADA DEPARTMENT OF CORRECTIONS

AARON D. FORD
  Attorney General
D. Randall Gilmer (Bar No. 14001)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney Generals
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3427
Facsimile: (702) 486-3773
Email: DGilmer@ag.nv.gov

*Attorneys for Defendants Daniels, Wickham, Gittere, Reubart, Drummond, Minev, Green and Fox (NDOC Defendants)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZANE M. FLOYD,<br><br>            Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>            Defendants. | Case No. 3:21-cv-00176-RFB-CLB<br><br>**DECLARATION OF LINDA FOX, PHARMACY DIRECTOR OF THE NEVADA DEPARTMENT OF CORRECTIONS** |

I, Linda Fox, hereby declare based on personal knowledge and/or information and belief, that the following assertions are true.

1. I have been a registered pharmacist with the State of Nevada since 1990.

2. I have worked as a pharmacist for the Nevada Department of Corrections (NDOC) since 2004.

3. I currently am the Pharmacy Director for the NDOC, a position I have held since 2010. This position is also occasionally referred to Chief of Pharmacy or Pharmacy Director. I am responsible for the administrative and day-to-day functions of pharmaceutical services for the NDOC. This position requires me to do many things, including ensuring that medications are ordered, obtained, and properly stored and secured until they are utilized for their intended use.

4.     Due to sensitive and confidential issues associated with lethal injection, my job duties, under both former Director James Dzurenda and current Director Charles Daniels, has included ordering and purchasing medications that, in the discretion of either Director, would be appropriate for use in any legally scheduled and authorized execution.

5.     As part of those duties, Director Dzurenda authorized me to purchase medications intended to be used in the scheduled execution of Scott Dozier (Dozier Execution). The protocol authorized by Director Dzurenda for the Dozier Execution first called for the use of diazepam, fentanyl, and cisatracuriam.  Later, after the diazepam in the possession of the NDOC expired, and it became unavailable for purchase to the NDOC, the protocol substituted midazolam in place of diazepam. As Pharmacy Director, I was asked to order each of these medications using the Cardinal Health ordering portal, as this is the way NDOC ordinarily purchases its medications.

6.     I was able to purchase such medications through the Cardinal Health order portal.

7.     Director Dzurenda later asked me to purchase ketamine and potassium chloride if they were available. I was able to do so through the Cardinal Health order portal in the same manner the NDOC ordinarily purchases its medications. To the extent those medications have not expired, they—along with fentanyl previously purchased at the direction of Director Dzurenda—are still in the possession of the NDOC.

8.     Director Daniels also authorized me to purchase, if available through the NDOC's ordinary transactional efforts, additional supplies of fentanyl, ketamine, potassium chloride, alfentanil, cisatracuriam, and potassium acetate.

9.     I was able to purchase alfentanil, ketamine, cisatracuriam and potassium acetate. However, neither fentanyl nor potassium chloride were an eligible product for the NDOC to purchase.

10.    To help individuals reviewing this document understand the Cardinal Health order portal, I have attached them to this Declaration as "**Attachment 1**".  These attachments are screenshots of my computer open to the order portal for alfentanil,

ketamine, cisatracuriam and potassium acetate, as each of those drugs were recently purchased by me at the direction of Director Daniels. The screenshots indicate that each of those mediations are available for purchase by the NDOC as of June 19, 2021.

11.    I have been informed that Mr. Floyd has requested the NDOC use different drugs, specifically, either pentobarbital or sodium thiopental, to carry out his execution. While I take no position as to whether those drugs should be used in the NDOC Protocol, as that is not my decision to make, I can attest that neither drug is readily available for purchase to the NDOC.

12.    The inability to purchase pentobarbital or sodium thiopental by the NDOC has been true for several years.  This is personally known to me as I recall being asked if they were possible for purchase during the Dozier Execution.  They were not.

13.    I also recall that at no time since Dozier Execution have these medications been available for purchase to the NDOC. If they had been available, knowing they are used for lethal executions by other states, I would have informed either Director Dzurenda or Director Daniels that they were available should they wish for me to purchase them.

14.    The inability to purchase these two medications is also widely known among pharmacies associated with Departments of Corrections in "death-penalty states." Therefore, the fact that the NDOC is unable to purchase either pentobarbital or sodium thiopental is not surprise to me nor unique to the NDOC.

15.    As further evidence of the inability to purchase either pentobarbital or sodium thiopental, I have provided as "**Attachment 2**" screenshots from the same Cardinal Health order portal establishing the eligibility for purchase of ketamine, cisatracuriam, and potassium acetate. However, instead of permitting sodium thiopental or pentobarbital to be purchased, the portal clearly notes, when searched, that the "product[] is ineligible to order."

16.     I therefore attest that the NDOC does not have the means to purchase either pentobarbital or sodium thiopental through ordinary business transactions, as those

transactions would be to purchase medications through Cardinal Health. As noted above, the medications are listed as ineligible for purchase the NDOC.

17. Again, this is not a surprising circumstance as the inability for Departments of Corrections in "death-penalty states" to purchase either pentobarbital or sodium thiopental is widely known by pharmacists employed by those Departments of Corrections.

18. Indeed, even if I was authorized to try to purchase pentobarbital or sodium thiopental from a source other than our ordinary pharmaceutical provider, Cardinal Health, I do not believe such a purchase would be possible. This opinion is based on my understanding of the industry and how immensely difficult purchasing these drugs for use by Departments of Corrections in "death-penalty" states is. In other words, I can attest these medications would not be available for purchase even if Director Daniels authorized me to take unusual or extraordinary efforts to purchases these medications.

19. I declare under penalty of perjury pursuant to 28 U.S.C. section 1746 that the foregoing is true and correct.

EXECUTED this 21st day of June, 2021.

/s/ Linda Fox*
Chief Linda Fox
Pharmacy Director,
Nevada Department of Corrections

* Pursuant to Temporary General Order 2020-05, entered by Chief Judge Du on March 30, 2020, https://www.nvd.uscourts.gov/wp-content/uploads/2020/03/GO-2020-05-re-COVID-19-Remote-Hearings.pdf, and as extended on March 29, 2021, https://www.nvd.uscourts.gov/wp-content/uploads/2021/03/Order-Extending-GO-2020-05.pdf, Chief Fox has authorized counsel to affix her electronic signature to this Declaration. Should counsel have misconstrued these Temporary Orders in any way, or if the Court wishes to have a hand-signed copy of this Declaration, one will be provided to the Court upon request.

# ATTACHMENT 1 – SCREENSHOTS

# CardinalHealth   Order Express

| Home | Lists | Requisitions | Order History | Returns | Reports | Servic |

Product Name, Num or Mfr  [Go]

☐ Custom Field Search
☑ Eligible  ☐ On Contract

**View All Filters**
Previously Purchased

Home :: Search Results

## Search Results

You searched for **ALFENTANIL**

Total results 2

Display: ≡ Table | ≡ Images | ↘ Full Screen

✸ Columns    🖶 Print    ⬇ Export [.xls ▾]

| ALT | QTY | STOCK STATUS | CIN | NDC/UPC | GENERIC NAME | STRENGTH | FORM | SIZE | NET COST |
|---|---|---|---|---|---|---|---|---|---|
| ⊕ | 0 | 🟢 22 | 4290292 | 17478-0067-02 | ALFENTANIL HCL | 500MCG/ML | AMPS | 10X2 ML | $65.67 |
| ⊕ | 0 | 🔽 | 4349825 | 17478-0067-05 | ALFENTANIL HCL | 500MCG/ML | AMPS | 10X5 ML | $113.51 |

My Account

Log Out
Your Cart

Contacts

Tech Support: 1-800-ECOMHLP (326-6457)
Customer Service: 1-800-334-5529
Help
Feedback

APP00020

# CardinalHealth  Order Express

Home | Lists | Requisitions | Order History | Returns | Reports | Service

Home :: Search Results

## Search Results

Product Name, Num or Mfr [ ] Go
☐ Custom Field Search
☑ Eligible ☐ On Contract

You searched for **potassium acetate**
Total results 1

Display: ≡ Table | ▦ Images | ⤢ Full Screen

❖ Columns   🖶 Print   ⬇ Export [.xls ▼]

| ALT | QTY | STOCK STATUS | CIN | NDC/UPC | GENERIC NAME | STRENGTH | FORM | SIZE | NET COST | COR |
|---|---|---|---|---|---|---|---|---|---|---|
| ⊖ | 0 | 🟢 5 | 5212246 | 51754-2001-04 | POTASSIUM ACETATE | 2MEQ/ML | SDV | 25X20 ML | $117.78 | GOVA |

No Substitutes or Alternatives were found for the product

Cardinal Health Product Alternatives or those designated as "Substitute": Therapeutic equivalency or bioequivalency is not implied and some alternative groupings may be

My Account
Log Out
Your Cart

Contacts
Tech Support: 1-800-ECOMHLP(326-6457)
Customer Service: 1-800-334-5529
Help
Feedback

APP00021



# CardinalHealth  Order Express

Home | Lists | Requisitions | Order History | Returns | Reports | Service

[ Product Name, Num or Mfr ] [Go]

☐ Custom Field Search
☑ Eligible  ☐ On Contract

Home :: Search Results

## Search Results

You searched for **potassium acetate**

Total results 1

Display: ≡ Table | ▦ Images | ⤢ Full Screen

◎ Columns   🖨 Print   ⬇ Export [.xls ▼]

| ALT | QTY | STOCK STATUS | CIN | NDC/UPC | GENERIC NAME | STRENGTH | FORM | SIZE | NET COST | CO... |
|---|---|---|---|---|---|---|---|---|---|---|
| ⊖ | 0 | 🟢 5 | 5212246 | 51754-2001-04 | POTASSIUM ACETATE | 2MEQ/ML | SDV | 25X20 ML | $117.78 | GOVA |

No Substitutes or Alternatives were found for the product

Cardinal Health Product Alternatives or those designated as "Substitute": Therapeutic equivalency or bioequivalency is not implied and some alternative groupings may be...

My Account

Log Out
Your Cart

Contacts

Tech Support: 1-800-ECOMHLP(326-6457)
Customer Service: 1-800-334-5529
Help
Feedback

APP00023

# CardinalHealth Order Express

Home | Lists | Requisitions | Order History | Returns | Reports | Services | Admin

Account: 19-163264-NV DEPT OF CORRE  Auto-Submit: Off  Cart Total $525.36 (1)

Home :: Search Results

## Search Results

You searched for **KETAMINE**

Total results 6

☑ Eligible  ☐ On Contract

View All Filters
Previously Purchased

Display: Table | Images | Full Screen

Results Per Page: 20

| ALT | QTY | STOCK STATUS | CIN | NDC/UPC | GENERIC NAME | STRENGTH | FORM | SIZE | NET COST | CONTRACT | NOTES | TRADE NAME | AMU | UOI COST | AB RATING | ABC RANKING | MFR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊕ | 0 | ■ ⓘ | 3628815 | 00409-2053-10 | KETAMINE HCL | 50MG/ML | MDV | 10X10 ML | $31.30 | GOVACC | ✓ | KETAMINE HCL | 0 | $3.1300 | AP | | PFIZER |
| ⊕ | 0 | ■ | 3565710 | 38779-1754-04 | KETAMINE HCL | | POWD | 1X25 GM | $45.26 | GOVACC | | KETAMINE HCL | | $45.2600 | ZB | | MEDISC |
| ⊕ | 0 | ● ⓘ | 3625860 | 00409-2051-05 | KETAMINE HCL | 100MG/ML | MDV | 10X5 ML | $66.04 | MNMULT | | KETAMINE HCL | | $6.6040 | AP | | PFIZER |
| ⊕ | 0 | ▶ | 3730215 | 38779-1754-07 | KETAMINE HCL | | POWD | 1X250 GM | $234.53 | | ⊘ | KETAMINE HCL DSHP | | $234.5300 | ZB | | MEDISC |
| ⊕ | 0 | ▶ | 4253910 | 38779-1754-08 | KETAMINE HCL | | POWD | 1X500 GM | $422.15 | | ⊘ | KETAMINE HCL DSHP | | $422.1500 | ZB | | MEDISC |
| ⊕ | 0 | ▶ | 3802345 | 38779-1754-09 | KETAMINE HCL | | POWD | 1X1000 GM | $1,116.20 | | ⊘ | KETAMINE HCL DSHP | | $1,116.2000 | ZB | | MEDISC |

Buy Now  Add to: Cart

Cardinal Health

My Account
Log Out
Your Cart

Contacts
Tech Support: 1-800-ECOMHLP (326-6457)
Customer Service: 1-800-334-5329
Help
Feedback

Privacy Policy
Terms of Service
CardinalHealth.com

© 2021 Cardinal Health, Inc. or one of its subsidiaries.

# ATTACHMENT 2 – SCREENSHOTS

| Lists | Requisitions | Order History | Returns | Reports | Services | Admin |

or Mfr  [Go]

rch

Contract

Home :: Search Results

## Search Results

Pricing information is temporarily unavailable. Please check back later.

You searched for **THIOPENTAL**

Total results 53

This product(s) is ineligible to order. Review potential alternatives below by expanding or clicking VIEW

ble | Images | Full Screen

Print   Export .xls

| STOCK STATUS | CIN | NDC/UPC | GENERIC NAME | STRENGTH | FORM | SIZE | NET COST | CONTRACT | NOTES | TRADE NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 INELIG | 1065820 | 00548-5050-00 | THIOPENTAL SODIUM | 500MG | SYRN | 25X20 ML | $0.00 | | | THIOPENTAL SODIUM |
| 0 INELIG | 1198795 | 00074-3329-01 | THIOPENTAL SODIUM | 500MG | PWVL | 25X1 EA | $0.00 | | | PENTOTHAL |
| 0 INELIG | 1293315 | 00074-6241-03 | THIOPENTAL SODIUM | 250MG | SYRN | 25X1 ML | $0.00 | | | PENTOTHAL |
| 0 INELIG | 1293398 | 00074-6504-01 | THIOPENTAL SODIUM | 5GM | KIT | 25X1 EA | $0.00 | | | PENTOTHAL |
| 0 INELIG | 1332808 | 00074-6260-01 | THIOPENTAL SODIUM | 2.5GM | KIT | 25X1 EA | $0.00 | | | PENTOTHAL |
| 0 INELIG | 1335124 | 00074-6420-01 | THIOPENTAL SODIUM | 500MG | SYRN | 25X1 EA | $0.00 | | | PENTOTHAL |
| 0 INELIG | 1370139 | 00548-5640-00 | THIOPENTAL SODIUM | 400MG | SYRN | 25X20 ML | $0.00 | | | THIOPENTAL SODIUM |
| 0 INELIG | 1374123 | 00548-6423-00 | THIOPENTAL SODIUM | 5GM | KIT | 1X12 EA | $0.00 | | | THIOPENTAL SODIUM |
| 0 INELIG | 1403658 | 00703-2580-01 | THIOPENTAL SODIUM | 500MG | KIT | 1X1 EA | $0.00 | | | THIOPENTAL SODIUM |
| 0 INELIG | 1403666 | 00703-2530-01 | THIOPENTAL SODIUM | 1GM | KIT | 1X1 EA | $0.00 | | | THIOPENTAL SODIUM |

My Account

Contacts

   

:: Search Results

# earch Results

u searched for **PENTOBARBITAL**

tal results 50

⚠️ This product(s) is ineligible to order. Review potential alternatives below by expanding or click

Display: ≡ Table | ≡ Images | ↖ Full Screen

⚙ Columns    🖨 Print    ⬇ Export .xls

| ALT | QTY | STOCK STATUS | CIN | NDC/UPC | GENERIC NAME | STRENGTH | FORM | SIZE | NET COST | CONTRACT | NOTES | TRADE NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊕ | 0 | INELIG | 1027838 | 00074-3778-05 | PENTOBARBITAL SODIUM | 50MG/ML | MDV | 1X50 ML | $0.00 | | | NEMBUTAL SODIUM |
| ⊕ | 0 | INELIG | 1043280 | 00074-3120-01 | PENTOBARBITAL SODIUM | 30MG | CAPS | 1X100 EA | $0.00 | | | NEMBUTAL SODIUM |
| ⊕ | 0 | INELIG | 1043306 | 00074-3150-11 | PENTOBARBITAL SODIUM | 50MG | CAPS | 1X100 EA | $0.00 | | | NEMBUTAL SODIUM |
| ⊕ | 0 | INELIG | 1043314 | 00074-3114-01 | PENTOBARBITAL SODIUM | 100MG | CAPS | 1X100 EA | $0.00 | | | NEMBUTAL SODIUM |
| ⊕ | 0 | INELIG | 1043322 | 00074-3114-02 | PENTOBARBITAL SODIUM | 100MG | CAPS | 1X500 EA | $0.00 | | | NEMBUTAL SODIUM |
| ⊕ | 0 | INELIG | 1043330 | 00074-3114-03 | PENTOBARBITAL SODIUM | 100MG | CAPS | 1X1000 EA | $0.00 | | | NEMBUTAL SODIUM |
| ⊕ | 0 | INELIG | 1043348 | 00074-3142-01 | PENTOBARBITAL | 20MG/5ML | ELIX | 1X473 ML | $0.00 | | | NEMBUTAL |
| ⊕ | 0 | INELIG | 1043371 | 00074-3145-01 | PENTOBARBITAL SODIUM | 120MG | SUPP | 1X12 EA | $0.00 | | | NEMBUTAL SODIUM |
| ⊕ | 0 | INELIG | 1043389 | 00074-3164-01 | PENTOBARBITAL SODIUM | 200MG | SUPP | 1X12 EA | $0.00 | | | NEMBUTAL SODIUM |
| ⊕ | 0 | INELIG | 1066109 | 00074-3148-01 | PENTOBARBITAL SODIUM | 60MG | SUPP | 1X12 EA | $0.00 | | | NEMBUTAL SODIUM |

Clear

