# EXHIBIT H – DECLARATION OF DANIEL E. BUFFINGTON

APP00066

AARON D. FORD
  Attorney General
D. Randall Gilmer (Bar No. 14001)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney Generals
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3427
Facsimile: (702) 486-3773
Email: DGilmer@ag.nv.gov

*Attorneys for Defendants Daniels,
Wickham, Gittere, Reubart, Drummond,
Minev, Green and Fox (NDOC Defendants)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZANE M. FLOYD, | Case No. 3:21-cv-00176-RFB-CLB |
| Plaintiff, | |
| v. | **DECLARATION OF** |
| | **DR DANIEL E. BUFFINGTON** |
| CHARLES DANIELS, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL., | |
| Defendants. | |

I, Dr. Daniel E. Buffington, hereby declare based on personal knowledge and/or information and belief, that the following assertions are true.

**Introduction:**

1. The purpose of this Affidavit is to respond to speculative statements made by the Plaintiff, Zane Floyd, concerning the State of Nevada's lethal injection manual (aka Execution Manual) and their concerns as to the utility and effectiveness of the pharmaceutical substances included in the State's 4-drug and 3-

APP00067

drug regimens. It is my opinion that the pharmaceutical substances, in the forms, dosages, routes of administration, manner and timing of administration will certainly result in the death of an inmate.

### Background:

2.   I am a Clinical Pharmacologist and Toxicologist.  I have a Doctor of Pharmacy degree (PharmD) degree and Master of Business Administration (MBA) degree from Mercer University. I also completed a post graduate Residency and Fellowship from Emory University. I have been licensed and practiced in the States of Florida and Georgia since 1987.  I have a private Clinical Pharmacology specialty practice located at 6285 E. Fowler Ave, Tampa, Florida 33617.  I am on the faculty at the University of South Florida, Colleges of Medicine and Pharmacy and have numerous faculty affiliations with other colleges as well.

3.   In the course of my practice, I provide direct patient consultations and comprehensive medication-related consults, conduct clinical trials with new and existing therapeutic agents and provide consulting and continuing education services for managed care plans, hospitals, pharmacies, and pharmaceutical companies. I routinely provide forensic consultations and testimony for law enforcement, medical examiners offices, laboratories, and courts including State, Federal, and Military agencies, and courts. Throughout my career, I have been a member of and served in leadership roles in numerous professional associations, including at a local, state, and national level. I have also served as a Medication Safety Expert with the US Department of Health's (DHHS) Center for Medicare and Medicaid Services (CMS), Center for Medicare and Medicaid Innovation (CMMI), and Health Resources and Services Administration (HRSA).

4.   As part of my professional scope of practice, research initiatives, and professional services, I evaluate the clinical and forensic applications of pharmaceutical substances based upon their pharmacokinetic profiles (i.e., absorption, distribution, metabolism, and eliminations) and pharmacodynamics profiles (i.e., pharmacologic effects and mechanisms of action) in order to achieve targeted outcomes. The pharmaceutical substances utilized with the Nevada's lethal injection manual have

2

APP00068

an abundance of medical and scientific literature that serve as a basis for understanding their respective pharmacologic and toxicologic properties. This collective information and years of practical experience provides a rationale and basis for their selection and utility within the execution process.

**Plaintiff's Claims:**

**5. "The two potential initial drugs, fentanyl and alfentanil, do not reliably block awareness, are largely untested in executions and litigation, and can interfere with reliable assessments of awareness." Page 12:21-23**

Fentanyl is a potent opioid analgesic used in clinical practice to provide pain relief, prevent, or relieve tachypnea and postoperative emergence delirium, provide preoperative anxiolysis and sedation, or as a supplement to regional or general anesthesia. Compared to other opiates, fentanyl exhibits less hypnotic effect, but this should not be interpreted as meaning that the drug is unable to induce a state of anesthesia or unconsciousness such that a person would remain aware and sensate to pain. The FDA-approved package insert for fentanyl citrate (intravenous formulation) lists the labeled indication for use as an anesthetic agent with oxygen in certain patients. This use as an anesthetic, for induction and maintenance, is primarily in patients undergoing cardiopulmonary procedures due to the cardiovascular stability associated with fentanyl compared to other anesthetic agents. The manufacturer's recommended doses of fentanyl for use as an adjunct to anesthesia is 20-50 mcg/kg and for general anesthesia is 50-100 mcg/kg. Dosing for producing analgesia include 12.5-100 mcg (transdermal) and 50-100 mcg (IM or IV) prior to surgical procedures. Serious adverse events, including fatalities have occurred, even within these standard dosing ranges, if you initiated therapy at the higher end of dosing schedules. In clinical practice, patients initiating fentanyl analgesic therapy should always start with the lowest possible dose and titrate upward based on degree of pain relief and patient safety.

Plaintiff's claim that fentanyl cannot "reliably block awareness" is both medically and scientifically unsupportable. Furthermore, the purpose of fentanyl as provided in the Nevada lethal injection manual is

APP00069

not to act as the sole agent to produce "unawareness," thus the Plaintiff's concern over the well-established ability of fentanyl to induce and maintain loss of awareness is irrelevant.

Alfentanil is a potent opioid analgesic opioid anesthetic and analgesic derivative of fentanyl. It produces an early peak analgesic effect and is effective as an anesthetic during surgery, for supplementation of analgesia during surgical procedures, and as an analgesic for critically ill patients. It can be used in clinical practice to provide pain relief, prevent, or relieve tachypnea and postoperative emergence delirium, provide preoperative anxiolysis and sedation, or as a supplement to regional or general anesthesia. Compared to other opiates, alfentanil interacts with the opioid mu-receptor. These mu-binding sites are discretely distributed in the human brain, spinal cord, and other tissues. In clinical settings, alfentanil exerts its principal pharmacologic effects on the central nervous system.

The FDA approved indications include, 1) as an analgesic adjunct given in incremental doses in the maintenance of anesthesia with barbiturate/nitrous oxide/oxygen, 2) as an analgesic administered by continuous infusion with nitrous oxide/oxygen in the maintenance of general anesthesia, and 3) as a primary anesthetic agent for the induction of anesthesia in patients undergoing general surgery in which endotracheal intubation and mechanical ventilation are required. Alfentanil is often used as the analgesic component for monitored anesthesia care (MAC).

The primary pharmacologic effects (i.e., analgesia) of alfentanil and especially at high doses will render an individual insensate to pain. The manufacturer's recommended doses of alfentanil for the induction of analgesia is 20-50 mcg/kg and for the induction of anesthesia is 130-245 mcg/kg. It has a rapid onset of action. The duration of action (anesthesia for surgical procedures) lasts up to 30 minutes following doses of 8 mcg and higher. Alfentanil provides analgesic protection, for up to 45 minutes, against hemodynamic responses to surgical stress with recovery times generally comparable to those seen with equipotent fentanyl dosages.

4

Plaintiff's claim that alfentanil cannot "reliably block awareness" is both medically and scientifically unsupportable.

Furthermore, the purpose of alfentanil as provided in the Nevada lethal injection manual is not to act as the sole agent which produces "unawareness," thus the Plaintiff's concern over the well-established ability of alfentanil to induce and maintain loss of awareness is irrelevant.

**6. Fentanyl and alfentanil are "very likely to cause chest wall rigidity, which prevents breathing and movement" and "Floyd would experience the chest wall rigidity and the anguish of the sensation of being unable to breath." Page 13:1-2, 3-5**

Opioid-induced chest wall rigidity is described as increased muscle tone of the thoracic and abdominal muscles after administration of opioids. Chest wall rigidity is an uncommon complication that is theorized to be associated with supratherapeutic doses of opioids and has been observed primarily with isolated cases of fentanyl use in neonates and infants. Few cases reports have described with low doses of fentanyl. While a warning regarding this uncommon side effect of general muscle rigidity is mentioned in the package inserts for fentanyl and alfentanil, the available supporting literature on this phenomenon is limited to case reports where insufficient ventilation was recognized in patients through a noticeable trend in desaturation with both spontaneous ventilation and in patients who were mechanically ventilated. On rare occasions did the muscle rigidity pose a problem with patient management. In most cases similar symptoms were reversed with the administration of a muscle relaxant and naloxone. Additionally, the package insert suggests coadministration of a neuromuscular blocking agent to mitigate muscle rigidity. The current medical literature, including literature reviews and case reports, provide limited detail on the proposed mechanism, pathophysiology, occurrence rate, and any impact on treatment outcomes are very inconsistent. The theoretical concern is that there may be a rare potential for a fatal outcome due to an inability to ventilate spontaneously or respond to mechanical ventilation. However, this would not be a relevant concern during

5

APP00071

a lethal injection procedure as death is a targeted outcome. This criticism, even if this did occur, it would become a benefit that could hasten and accelerate the procedure.

Additionally, it has not been hypothesized anywhere in the medical literature, nor does it make any pharmacologic sense, that a person would be sensate to or aware of the feelings of chest wall rigidity. Onset of rigidity in clinical settings is hypothesized to be related to the dose, but this is an unconfirmed theory and there is no evidence to support any assertion that this (a) would, with any certainty, occur during the lethal injection procedure, or (b) if it were to occur in the rarest of circumstances, that it would occur prior to the rapid onset of analgesic and anesthetic effects. The higher the dose of opioid, the greater the levels of analgesia and anesthesia, which abate an individual's awareness and level of consciousness. There is no evidence to support the Plaintiff's speculative claim that Floyd will "very likely" experience the rare side effect of chest wall rigidity, nor is there any evidence to support the claim that he would be aware of any discomfort. It appears that the Plaintiff is attempting to, and without merit, infer that the any sensation associated with chest wall rigidity would result in cognitive emergence from the profound central nervous system depression that would have already been induced by the opiates.  This is a fantastical and unsupportable premise.

**7. "Fentanyl and alfentanil can interfere with consciousness checks by causing the execution team to conflate severe dissociation with unawareness." Page 13:7-9**

Plaintiff appears to be confused as to the definitions of and distinct differences between a dissociative state, a psychiatric state characterized by a feeling of detachment from reality in which a person remains awake and reactive, versus unconsciousness which is characterized by a loss of awareness and arousability. There is no evidence to support the claim that Plaintiff is very likely to experience a dissociative state as a direct result of fentanyl administration as this is not a common side effect of opioids, and it is illogical to assume that anyone, regardless of level of medical training, would conflate or be unable to distinguish between states of dissociation versus unconsciousness.

6

Plaintiff may have intended to assert that the execution team would conflate dissociative *anesthesia* with unconsciousness. Dissociative anesthesia is a form of anesthesia characterized by catalepsy (loss of voluntary motion), catatonia (state of unresponsiveness), analgesia, and amnesia. Dissociative anesthesia does not always imply a loss of consciousness depending on the level of sedation. Fentanyl is not associated with or known to produce this type of anesthesia or clinical outcome, thus any concerns over potential confusion on behalf of the execution team are not an issue.

**8. "When Floyd proffered fentanyl in his complaint, he intended it to be a low therapeutic dose for pain relief, not a bolus of fentanyl." Page 13:20**

The substantially higher doses of both fentanyl and alfentanil, as outlined within the Nevada execution manual, would produce far greater levels of both analgesia and anesthesia than what Floyd proposed in his complaint. At these higher doses, he would not be aware of or sensate to pain or discomfort and with no rationale that he could even sense a rare occurrence of chest wall rigidity, this complaint is defective and without merit.

**9. Ketamine is disfavored for use as an anesthetic because of the severe side effects it carries: psychosis, laryngospasm, excessive secretions from the mouth causing laryngospasms, and vomiting. Page 13:15 – 14:2**

Use of ketamine as an anesthetic agent is still common and is in fact a preferred agent for certain procedures (e.g., unstable cardiovascular patients, hypovolemia, reactive airway disease, etc.). Its use in routine procures is limited, however, this is due primarily to the high propensity of producing emergence symptoms and stimulation of the cardiovascular system. The concerns over the undesirable psychiatric reactions to ketamine are related to the emergence of these symptoms upon *awakening* from anesthesia (i.e., emergence symptoms), which would not be a concern in the case of carrying out a lethal injection manual. Additionally, while hemodynamic stability is a factor in clinical practice settings and long procedures, this should not be considered a limiting factor in the lethal injection process.

APP00073

Laryngospasm associated with administration of ketamine is an uncommon idiosyncratic adverse event characterized by involuntary muscle movement and spasm of the vocal cords within the larynx. This phenomenon is not strictly associated with ketamine use and occurs within the general population in response to various triggers, including allergies, irritants, exercise, anxiety, and most commonly gastroesophageal reflux disorder (GERD). Laryngospasm is sudden in onset and resolves quickly, and while individuals may report emotional responses the experience is not associated with causing pain. Furthermore, there is no evidence to support any assertion that the inmate would be sensate to or aware of a laryngospasm if it were to occur.

**10. Ketamine is not capable of producing a "flat line EEG" which is the "hallmark" of other anesthetics, and a "flat line EEG" indicates unawareness. Page 14:3-5**

The FDA-approved indications for ketamine are solely related to use as an anesthetic or as a supplement for anesthesia. The labeled indications include (a) as the sole anesthetic agent for diagnostic and surgical procedures that do not require skeletal muscle relaxation, (b) for the induction of anesthesia prior to the administration of other general anesthetic agents, and (c) as a supplement to other anesthetic agents.

Ketamine is a rapid-acting general anesthetic producing a dissociative anesthetic state characterized by profound analgesia (via multiple pathways), normal pharyngeal-laryngeal reflexes, normal or slightly enhanced skeletal muscle tone, cardiovascular and respiratory stimulation, and occasionally a transient and minimal respiratory depression. As described above, dissociative anesthesia is a form of anesthesia characterized by catalepsy (loss of voluntary motion), catatonia (state of unresponsiveness), analgesia, and amnesia. Dissociative anesthesia does not always imply a loss of consciousness depending on the level of sedation. However, ketamine produces dose-related unconsciousness and analgesia through its action at NMDA (N-methyl-D-aspartate) receptors, opioid receptors, and monoaminergic receptors. Of greatest importance is the action of ketamine's inhibition of NMDA-mediated glutaminergic input to the GABA-ergic system which reduces excitatory activity in the limbic system and ultimately results in

8

unconsciousness. The reason that the state of anesthesia produced by ketamine is referred to as dissociative anesthesia is because these patients appear to be in a cataleptic state versus appearing to be in a normal state of sleep as with other anesthetics.

Plaintiff's claim that a "flat line EEG" indicates unawareness only serves to demonstrate their fundamental lack of understanding of both the pharmacology of ketamine and the interpretation of EEG. It is well-established that the mechanism of action and pharmacodynamics of ketamine are unique and vary greatly compared to other agents used for anesthesia, and the ability of ketamine to produce unconsciousness falls outside of the mechanistic framework for all other anesthetic agents. Ketamine tends to increase the power of high-frequency EEG activity, whereas most anesthetics depress this bandwidth. Plaintiff's elementary attempt to define "unawareness" by "flat line EEG" is without merit as it is a known fact within the medical and pharmacologic fields that ketamine is indicated and used routinely for the induction of unconsciousness and will not produce an EEG pattern consistent with those of other general anesthetics. The dose of ketamine utilized in the lethal injection manual is sufficient to produce a state of general anesthesia.

**11. Ketamine in large quantities burns the veins and lungs, causing extreme pain and pulmonary edema because it is a strong acid. Page 14:5-7**

Ketamine has a low molecular weight, a pKa near the physiologic pH, and high lipid solubility contributing to its rapid onset of action. Injection site pain or reactions are not associated with the drug itself, and there is no evidence to support the theory that administration of ketamine would "burn the veins and lungs" or cause any degree of pain.

**12. Ketamine will interfere with consciousness checks. Page 14:7-9**

Plaintiff has failed to provide an explanation or any evidence as to how this interference may occur or demonstrate that it is "very likely" to occur. Ketamine is being used for and will produce a state of unconsciousness as the dose provided in the lethal injection manual.

9

**13. Cisatracurium will mask any problems from the administration of the other drugs, while providing no medical benefit. Page 14:12-14**

Cisatracurium, or any other neuromuscular blocking agent, when administered with fentanyl will aid in the mitigation of muscle rigidity if it were to occur.

Additionally, the clinical effects of the first and second drugs, consciousness checks performed after administration of the first and second drugs, and the duration of effect of fentanyl/alfentanil and ketamine, are sufficient such that the inmate will not be aware of or sensate to the clinical effects of the subsequent drugs administered.  There is no evidence to support the implication that the first steps of the lethal injection manual will fail or result in problems.

**14. "It is widely accepted that potassium chloride is 'an extraordinarily painful chemical'" because it "causes burning and intense pain as it circulates throughout the body"; "Potassium acetate is no better"; "The protocol creates a substantial risk that the potassium chloride or potassium acetate will be administered while Floyd is not properly anesthetized, causing Floyd to suffer excruciating pain." Page 15:13 – 16:5**

Plaintiff has no basis for the presumption that the drugs administered in steps 1-3 will fail to produce the well-known and expected clinical effects and induce and maintain a state of unconsciousness. There is no inherent risk of these agents failing to achieve anesthesia, and thus no inherent risk that the inmate will experience any pain or other IV injection site reactions related to the administration of the final drug.

**15. (Proposed Alternative) Execution solely using a barbiturate such as pentobarbital or sodium pentothal (thiopental) would significantly reduce the substantial risk of pain inherent in Nevada's current protocol because a barbiturate reliably induces and maintains a coma-like state that renders a person insensate to pain and necessarily precedes death. Page 17:11-15**

APP00076

The Plaintiff's claim is without medical and scientific support. There is no documentation or valid premise to state that Floyd would have a "substantial" risk of pain or a method to opine their comparative level of pain from either a single barbiturate (such as pentobarbital) or the 4-drug or 3-drug regimens as outlined within the Nevada lethal injection manual. In my professional opinion, there is no rationale to believe that he would experience pain from any of the above listed regimens.

In addition, the is no mandate or expectation that an inmate be either insensate to pain, "coma-like," or be in general anesthesia as described in their complaint. Even the American Society of Anesthesiologists definitions of Continuum of Depths of Sedation: Definition of General Anesthesia and Levels of Sedation/Analgesia is the term "coma-like" ever defined or referenced to support such a speculation.

In addition, their complaint proposes the alternative use of barbiturates, such as sodium pentobarbital (Nembutal®) and sodium thiopental (Pentothal®). This complaint is disingenuous because neither of these agents are available for acquisition, purchase, or use by states Departments of Corrections due to the collusion and restrictions between pharmaceutical manufacturers and drug wholesalers that openly preclude such access under commercial duress and penalty.

### Conclusion:

12.   Plaintiff's unsupportable claims and concerns regarding the use of fentanyl or alfentanil, ketamine, cisatracurium, and potassium chloride or potassium acetate openly contradict the well-established pharmacologic properties and the clinical and toxicologic effects of these agents. Plaintiff has also grossly mischaracterized and exaggerated the risk of occurrence and severity of rare adverse effects that have been observed with fentanyl, alfentanil, and ketamine. It is my opinion that the Nevada Department of Corrections Execution Manual, via the pharmaceutical substances employed within, either 4-drug or 3-drug regimens, will produce and maintain a sufficient level of analgesia and anesthesia such that the inmate will be rendered unconscious and insensate to pain for the duration of the lethal injection procedure. It is further my opinion that the drugs utilized in the lethal injection manual do not carry an

APP00077

inherent risk of causing increased pain or other complications that would interfere with the lethal injection process.

13.  I declare under penalty of perjury pursuant to 28 U.S.C. section 1746 that the foregoing is true and correct.

Further affiant sayeth naught.

_____
**Dr. Daniel E. Buffington**

SWORN TO AND SUBSCRIBED before me this 24th day of June 2021.

[x] Personally known

[x] Identification produced     ID Type - Florida Driver's License

_____
Name

NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires:

```
MARJORIE W. KOPEC
Notary Public - State of Florida
Commission # GG 321967
My Comm. Expires Aug 5, 2023
Bonded through National Notary Assn.
```

20210624.2

APP00078

# ATTACHMENT 1 – CV

APP00079

# CURRICULUM VITAE

# DANIEL E. BUFFINGTON, PharmD, MBA

Clinical Pharmacology Services, Inc.
6285 E. Fowler Ave
Tampa, FL 33617

813-983-1500 Work
813-983-1501 Fax
813-679-0792 Cell

---

**PERSONAL:**

| | |
|---|---|
| Place of Birth | Clearwater, FL |
| Citizenship | United States |

**EDUCATION:**

| | | |
|---|---|---|
| Postgraduate | **Emory University Hospital** | |
| | Pharmacy Practice Residency | 07/1987 – 06/1988 |
| | Clinical Pharmacology Fellowship | 07/1988 – 06/1989 |
| | Atlanta, GA | |
| Graduate | **Mercer University, School of Pharmacy** | |
| | Doctor of Pharmacy | 08/1983 - 06/1987 |
| | Atlanta, GA | |
| | **Mercer University, College of Business & Economics** | |
| | Master of Business Administration | 06/1987 – 05/1995 |
| | Atlanta, GA | |
| Undergraduate | **University of South Florida** | |
| | Biology | 08/1980 – 08/1983 |
| | Tampa, FL | |

**SPECIALTY TRAINING:**

**National Association of Drug Diversion Investigators (NADDI)**
**Southern Regional Training**
St. Pete Beach, FL
May 7-8, 2015

**Transportation & Management of Hazardous Materials**
Morton Plant Mease, Certificate Program
Tampa, FL
September 8, 2001

APP00080

**Nephrology Preceptorship**
University of Pittsburgh, School of Pharmacy
Pittsburgh, PA
October 25, 1995

## EMPLOYMENT:

| | |
|---|---|
| 03/2014 – Present | **United States Center for Medicare and Medicaid Services (CMS)**<br>Washington, DC & Baltimore, MD |
| | **Center for Medicare and Medicaid Innovation (CMMI)**<br>ORISE Fellow – Medication Safety Expert<br>03/2014 – 10/2016 |
| | **Center for Clinical Standards and Quality (CCSQ)**<br>Technical Expert - Medication Management and Safety<br>11/2016 - Present |
| 01/2007 – Present | **American Institute of Pharmaceutical Sciences, Inc.**<br>President & CEO<br>Tampa, FL |
| 05/1991 – Present | **University of South Florida** |
| | **College of Medicine**<br>Department of Internal Medicine<br>Division of Clinical Pharmacology<br>Clinical Associate Professor of Medicine<br>Tampa, FL<br>05/1991 - Present |
| | **College of Pharmacy**<br>Department of Pharmacotherapeutics and Clinical Research<br>Clinical Associate Professor of Pharmacy<br>Tampa, FL<br>2011 - Present |
| | **College of Nursing**<br>Clinical Pharmacology for Advanced Registered Nurse Practitioners<br>1998 - 2002 |
| 01/1990 - Present | **Clinical Pharmacology Services, Inc.**<br>President & CEO<br>Tampa, FL |

## PRIOR EMPLOYMENT:

| | |
|---|---|
| 10/2013 –07/2015 | **North Shore Long Island Jewish Health System**<br>CareConnect® and LiveWell®<br>Director of Pharmacy<br>Long Island, NY |

06/1989 - 06/1991   **H. Lee Moffitt Cancer Center**
Gynecology/Oncology, Infectious Diseases, Clinical Research
Clinical Pharmacist
Tampa, FL

03/1989 - 09/1990   **Professional Designs, Inc.**
Presentation Graphics & Design Consulting
President
Atlanta, GA

01/1985 - 06/1989   **Beta Technology**
Medical Computer Systems and Presentation Consulting
President
Atlanta, GA

## LICENSES:

Florida (Pharmacy)              PS 0024260

Georgia (Pharmacy)             150301

## FACULTY AFFILIATIONS:

**Marshall University**          School of Pharmacy
Adjunct Faculty
Huntington, WV
2018 – Present

**Belmont University**          College of Pharmacy
Clinical Preceptor
Nashville, TN
2018 – Present

**University of Connecticut**    College of Pharmacy
Clinical Preceptor
Storrs, CT
2012 – Present

Guest Professorship
02/2012 – 04/2012

**Lake Erie College of**         College of Pharmacy
**Osteopathic Medicine**         Clinical Preceptor
Bradenton, FL
2010 – Present

**Creighton University**         College of Pharmacy
Clinical Preceptor
Omaha, NE
2007 – Present

**Shenandoah University**        College of Pharmacy
Clinical Preceptor
Winchester, VA
2004 – Present

| | |
|---|---|
| **Idaho State University** | College of Pharmacy<br>Affiliate Faculty Member<br>Potatello, ID<br>2004 – Present |
| **Palm Beach Atlantic University** | Lloyd L Gregory School of Pharmacy<br>Clinical Instructor of Pharmacy Practice<br>West Palm Beach, FL<br>2003 – Present |
| **Mercer University** | Southern School of Pharmacy<br>Adjunct Faculty, Department of Pharmacy<br>2000 – Present |
| **Florida A&M University** | College of Pharmacy<br>Clinical Preceptor<br>Tampa, FL<br>1999 – Present |
| **Nova Southeastern University** | College of Pharmacy<br>Department of Pharmacy Practice<br>Clinical Assistant Professor of Pharmacy<br>North Miami Beach, Florida<br>1996 – Present |
| **University of South Florida** | College of Medicine<br>College of Pharmacy<br>College of Nursing (ARNPs)<br>1991 – Present |
| **University of Florida** | College of Pharmacy<br>Department of Pharmacy Practice<br>Assistant Clinical Professor & Clinical Preceptor<br>1990 – Present |

## PROFESSIONAL & COMMUNITY ORGANIZATIONS:

### NATIONAL

Healthcare Information and Management Systems Society (HIMSS) 2018 – Present
- Member North American Chapter

National Academies of Practice 2016 – Present
- Practitioner Fellow

American Pharmaceutical Association (APHA), 1985 – Present
- Government Affairs Committee 2013 – Present
- Board of Trustees Executive Committee,
  - First Term 2011 – 2014
  - Second Term 2016-2019
- Finance Committee, 2016 - 2019
- APHA Delegate, 2011 – Present
- Strategic Directions Committee, 2011 - Present
- STAT Task Force - Reimbursement for Pharmacy Services, 1995, 1996
- Academy of Pharmaceutical Care Specialists, 1996 – Present
- Student APA, Vice-President, 1983 -1985

Board of Pharmacy Specialties, 2009 - 2012
- Oncology Specialty – Exam Question Development
- Pharmacotherapy Specialty – Exam Question Development
- Ambulatory Care Specialty Counsel, 2009 – 2012

American Medical Association (AMA), 2004 - Present
- CPT/RUC Emerging Issues Workgroup 2015 - 2019
- Therapeutic Drug Monitoring Workgroup, 2013 – 2016
- Drug Infusion Workgroup, 2005 – 2009
- Current Procedural Terminology, Editorial Panel, CPT Advisor, 2004 - Present
- Healthcare Professional Advisory Committee, Pharmacy, 2004 - Present

American College of Clinical Pharmacology (ACCP), 1991 - Present
- Program Planning Committee, 1992 - 1994

American College of Clinical Pharmacy (ACCP), 1988 - Present
- Clinical Affairs Committee, 1991 -1992
- Reimbursement Task Force, 1993 -1994
- Public & Professional Relations Committee, 1994 -1995

American Society of Consultant Pharmacists, 1988 – Present

American Society of Health-System Pharmacists (ASHP), 1985 – Present
- Specialty Practice Group (SPG):
- Vice-Chair, 1996 – 1997
- Public Policy and Government Relations Committee, 1995 – 1996
- Section for Clinical Specialist, 1995 - Present
- Vice-Chair, 1993 -1994
- Task Force on Unlabeled Uses of Medications, 1993 - 1994
- House of Delegates, 1993 – present
- Clinical Pharmacokinetics, 1990 -1995

International Society for Pharmacoeconomics and Outcomes Research, 2000 - 2003

American Society of Microbiology (ASM), 1992 – 1997

**STATE**

American Cancer Society, Hillsborough County, 1991 -1993
- Board of Directors, 1991 - 1993

American College of Clinical Pharmacology, Tampa Chapter, 1989 – Present
- Tampa Chapter, Program Committee, 1991 - 1993

Association for Clinical Research Professionals – SunCoast Chapter, 1999 - 2000
- SunCoast Chapter, President-elect, 1999
- SunCoast Chapter, President, 2000

Florida Society of Health-System Pharmacists, 1989 – Present
- Experiential Education Innovation Forum - 2012
- House of Delegates, 2011 - Present
- Legal and Regulatory Affairs Council Chairman, 1992, 1993 member, 2002-2005
- President, 2000 - 2001
- President Elect, 1999
- Educational Affairs Council, Council Chairman, 1998
- House of Representative, 1993 - present
- Reimbursement Task Force, 1993 - 1995
- Board of Directors 1993 -1995
- Communications Council/Board Liaison, 1993 – 1994

- Board of Directors, 1992 - Present
- Clinical Council/Chair, 1992 -1993
- Editor, FSHP/Digest, 1990 -1993
- Clinical Council/member, 1990 -1992

Southwest Florida Society of Hospital Pharmacists, 1989 – 2003
- President, 1992 - 1993
- President-Elect, 1991 - 1992
- Nominations Committee 1990 - 1991

Florida Pharmacy Association, 1991 – Present
- Government Affairs Committee, 2012 - Present
- Professional Affairs Council, 2000 – 2002; 2012-2014
- Public Affairs Committee, 1993
- Public Relations Committee, 1992 -1993

Hillsborough County Pharmacy Association, 1991 - 2010
- Board of Directors, 1992 -1993

Atlanta Academy of Institutional Pharmacist, 1987 -1990

University of South Florida, 1993 - 1996
- USF Institutional Review Board, Human Research, 1994 – 1996
- USF Community Music Division, Board of Directors, 1994 -1996
- Health and Safety Committee, 1993 - 1996

Mercer University School of Pharmacy, 1984 - 1987
- National Deans List, 1986 -1987
- Mercer Dean's List - 1986, 1987
- Class of 1987, Vice-President, 1985 -1987
- Class of 1987, Secretary, 1984 -1985
- Georgia Pharmaceutical Association: Board of Directors/Student Rep, 1984

Florida Pharmacy Foundation, 2012 - 2013
- Board of Trustee, 2012 - 2013

Florida Community Pharmacy Network and Political Action Committee 2009 - Present


**COMMUNITY**

LifePath Hospice and Palliative Care, 1999 - Present
- Executive Committee, 2005 - Present
- Bioethics Committee, Chairman, 2001 – 2003
- Board of Directors, Tampa, FL, 1999 – Present

METRO BAND, Christian Music Ministry, 1994 – Present

Idlewild Baptist Church, Orchestra, 1989 – Present

Great American Teach-In, 2001 – 2012
- Young Middle Magnet School
- Lewis Elementary School

Hillsborough Regional Science Fair Judge, 2003 and 2001

SideFX: Medical Band (Charity Functions), 1993 – 2005

Judeo Christian Health Clinic Volunteer, 1991-1995

Paint Your Heart Out Tampa, Hillsborough County Medical Association, 1989-1991

Community Relations Board, Ex-Officio Member, City of Clearwater, 1979

### FRATERNITY - PROFESSIONAL

Kappa Psi Pharmaceutical Society, 1984

Phi Lambda Sigma - Leadership / Honor Society (Mercer University), 1985
- Vice-President, 1986 -1987
- National Convention Representative, 1986

### FRATERNITY – SOCIAL

Sigma Alpha Epsilon Fraternity, 1981

## PROFESSIONAL APPOINTMENTS AND ENGAGEMENTS:

| | |
|---|---|
| 10-04-2009 | **National Dean's Advisory Council**<br>University of Florida, College of Pharmacy<br>Gainesville, FL |
| 01-13-2009 | **Medication Measures Special Study Technical Expert Panel**<br>Quality Partners of Rhode Island |
| 06-01-2006 | **Pharmacy Quality Alliance (PQA)**<br>Center for Medicare and Medicaid Services (CMS)<br>Baltimore, MD |
| 12-12-2005 | **Technical Advisory Panel: Center for Medicare & Medicaid (CMS), Medicare Prescription Drug, Improvement and Modernization Act of 2003**<br>Baltimore, MD (BearingPoint) |
| 04-03-2005 | **Board of Pharmaceutical Specialties (BPS) Focus Group**<br>Pharmacy Certification Programs, Orlando FL |
| 12-18-2003 | **Health Care Professionals Advisory Committee (HCPAC)**<br>American Medical Association, Current Procedural Terminology (CPT) Editorial Panel, 2003 – Present |
| 11-15-2002 | **Pharmacists Services Technical Advisory Coalition (PSTAC)**<br>Representing the American Society of Health-Systems Pharmacists 2002 – Present |
| 11-01-2002 | **Mercer Southern School of Pharmacy Campaign Committee**<br>Associate Chair |
| 10-02-2002 | **Dean's Advisory Board of Visitors**<br>Mercer University, Southern School of Pharmacy, Atlanta, GA |
| 09-23-2000 | **Dean's National Advisory Board**<br>University of Florida, College of Pharmacy, Gainesville, FL |
| 07-16-1999 | **National Faculty: Managing Respiratory Tract Infections in the New Millennium**<br>Thomas Beam, Jr. Memorial Institute, Bayer, Denver, CO |

**EDITORIAL REVIEW BOARD:**

American Journal of Health-System Pharmacy Supplement, Guest Editor, 2007

American Pharmacists Association, Reviewer, 2007

Cancer Control - Journal of the Moffitt Cancer Center

Florida Digest, Co-Editor, 1991, 1992, 1993

Florida Journal of Hospital Pharmacy

Clinical Pharmacy

American Journal of Hospital Pharmacy

Hospital Pharmacy

**HONORS / AWARDS / SCHOLARSHIPS:**

**Preceptor Award**
Palm Beach Atlantic University Gregory School of Pharmacy 2018

**Distinguished Service Award, 2016**
Florida Society of Health-System Pharmacists

**Florida Pharmacist of the Year - James H Beal Award, 2016**
Florida Pharmacy Association

**Outstanding Achievement in the Field of Pharmaceutical Relations in Florida
R Q Richards Award, 2015**
Pharmaceutical Public Relations

**Outstanding Pharmacy Service Award, 2013**
University of Florida, College of Pharmacy

**Appreciation for Service, Mock Trial, 2011 - 2018**
University of South Florida, College of Pharmacy

**APhA Practice Excellence - Daniel B. Smith Award, 2010**
American Pharmacists Association

**Education Awareness Certificate, 2009**
University of South Florida

**APhA Pinnacle Award, 2008**
American Pharmacists Association Foundation

**Award of Excellence, 2008**
American Society of Health-System Pharmacists

**The Inaugural Distinguished Alumni Award, 2009**
Mercer University, College of Pharmacy & Health Sciences

**NetSmartz® Sponsorship Award, 2007**
Hillsborough County

**Dr. G. Van Greene Distinguished Lecturer, 2005**
Mercer University College of Pharmacy

**Distinguished Achievement Award in Clinical Pharmacotherapeutic Practice, 2005**
Academy of Pharmacy Practice and Management
American Pharmacists Association

**Florida Pharmacist of the Year, 2002**
Florida Society of Health-System Pharmacists

**Florida Pharmacist Fore Runner Award, 1994**
Florida Society of Hospital Pharmacists

**President's Award, 1993**
Florida Society of Hospital Pharmacists

**Distinguished Service Award, 1991 -1993**
Florida Pharmacy Association

**Outstanding Service Award, 1993**
Florida Society of Hospital Pharmacists

**Bristol Laboratories Award, 1987**
Mercer University, School of Pharmacy

**Collegiate Student Government Award, 1987**
Mercer University

**Outstanding Young Men of America Award, 1987**
Mercer University

**United States Achievement Academy Award, 1987**
Mercer University

**Georgia Pharmaceutical Association, 1986**
Scholarship

**Churches Home Foundation, 1986**
Scholarship

**Clearwater Community Service Award, 1980**
City of Clearwater, FL


**PHILANTHROPY:**

**International Health Service Collaborative (2017)**
**Children's Hospital (2015 - 2016)**
**Pediatric Cancer (2014)**
**Ruth Eckerd Hall (2013 – 2018)**
**AIM Convention Health Fair 2012**
**Autism Speaks (2010 - 2015)**
**Make A Wish Foundation (2010 - 2012)**

**Denver & the Mile-High Orchestra 2010**
Global Missions Project – Russia
**Temple Terrace Rotary Club – Linwood Park 2010**
Opening ceremony
**Idlewild Baptist Church**
Cuba Missions Trip (2009 – Present)
**University of Florida Foundation (2009 - 2014)**
**Steve McCauley Memorial Golf Tournament 2009**
Proceeds benefit the Steve McCauley Memorial Scholarship Fund

**Children's Dream Fund (2009)**
**Temple Terrace Rotary Foundation (2008)**
**University of South Florida Library Fund (2007 – 2014)**
**Ohio State University Pharmacy Society (2007 - 2010)**
**Hillsborough County – NetSmartz® Launch 2007**
Internet Safety for Kids
**Cross International (2007)**
**Global Missions (2006 - 2011)**
**Stamford University (2006 - 2008)**
**Breast Cancer Donation (2006)**
**Cystic Fibrosis Foundation (2006)**
**University of South Florida Foundation (2005 – Present)**
**American College of Clinical Pharmacy (2005 - Present)**
**American Pharmacists Association (2005 – Present)**
**American Cancer Society (2005 - 2010)**
**Mercer University (2002 - 2016)**
**Muscular Dystrophy Association (2002 – 2012)**
**American Society of Consultant Pharmacists Foundation (2001 – Present)**
**Kayla's Hope for Kids Golf Tournament 2001 - 2014**
Proceeds benefit The Children's Hospital of Philadelphia, Division of Neuro-Oncology
**Florida Family Association (2001 - 2006)**
**LifePath Hospice and Palliative Care 1999 - 2016**
Board of Directors and committee work

## MUSIC PERFORMANCES:

| | |
|---|---|
| 06-22-2005 | **Southern Baptist Convention, Nashville, TN**<br>Celebration Orchestra, Idlewild Baptist Church |
| 03-22-2004 | **Cuba National Orchestra: Global Missions Project, Havana, Cuba**<br>National Theatre Performance (03-25-2004)<br>Concert in the Park, Plaza De Armas (03-26-2004) |
| 2003 - Present | **Idlewild Baptist Church, Tampa, FL, Celebration Choir and Orchestra** |
| 01-29-1999 | **Academy of Gospel Music Arts**<br>Orlando Region, Metro Band |
| 1993 - 2005 | **SideFX: Medical Band** |

## POSTER PRESENTATIONS:

**Evaluation of the Utility of Sinus Endoscopy versus Sinus Aspiration for Microbiologic Documentation of Acute Maxillary Sinusitis-Zagam Endoscopy Study Group**
International Conference on Antimicrobial Agents and Chemotherapy 35th (ICAAC)
San Francisco, CA, 09-15-1995

**Development of Reimbursement Mechanisms for Pharmacist Services**
American Pharmacy Association 1995 Annual Meeting
Orlando, FL, 03-19-1995

**Creation of a Software Program to Assess Patient Risk Factors for the Development of Candidemia**
American Society of Hospital Pharmacists, Midyear Clinical Meeting
Miami Beach, FL 12-06-1994

**Task Force on Reimbursement for Cognitive Services Report**
ACCP Annual Meeting
08-15-1993

**Clinical Pharmacokinetics: Software Review**
American Society of Hospital Pharmacists, Clinical Midyear Meeting
Dallas, TX 12-07-1988

**COURSE LECTURES:**

**University of South Florida, College of Nursing**
Tampa, FL

**Clinical Pharmacology for Advanced Nurse Practitioners (USF, NGR 6199)**
Registered Nurse Practitioners - Graduate Program
Course Director
1998 – 2002

**University of South Florida, College of Pharmacy**
Tampa, FL

**Medical Informatics and Technology**
Interoperability and Health Information Exchanges
2018

**Pharmacy Management**
Managing People – Human Resource Management
2017

**Pharmacy's Role in the US Healthcare System**
2017

**The Future of Pharmacy**
2016

**Healthcare Administration and Economics**
2016

**Drugs of Abuse & Forensic Pharmacology**
2013 – Present

**Pharmacy Practice Orientation**
2014 - 2016

**Pharmacy Leadership**
Professional Pharmacy Advocacy
2014

**USF AMCP Student Group Lecture**
2016

**University of South Florida, College of Public Health**
Tampa, FL

> **Pharmacoepidemiology (6934) – "Pharmacoeconomics"**
> Lecturer
> [insert Years]

**University of Florida College of Pharmacy**
Gainesville, FL

> **Clinical Pharmacokinetics (PHA 4123, PHA 5121)**
> Aminoglycosides & Vancomycin Pharmacokinetics: Clinical Applications
> BS & Doctor of Pharmacy Programs
> **Pharmacy Management (PHA 4210)**
> "Reimbursement for Pharmaceutical Care Services"
> BS & Doctor of Pharmacy Programs
>
> **Clinical Pharmacy & Therapeutics**
> Non-Traditional Doctor of Pharmacy Program
>
> Topics:
> - Pharmacokinetics
> - Gynecologic Malignancies
> - Infectious Diseases (Sinusitis, Infectious Diarrhea)
> - Allergic Rhinitis

**University of Connecticut - School of Pharmacy Department of Pharmacy Practice**
Hartford, CT

> **Creating, financially sustaining, and providing MTM Services**
> 2012
>
> **MTM and Pharmacists' Practice Models**
> 2012

**Lake Erie College of Medicine**
Erie. PA

> **Toxicology Lecture**
> 2015 - 2016
>
> **Forensic Pharmacology**
> 2014

**University of Washington**
Seattle, WA
2013

**Preceptor Development Conference**
Ft Myers, FL

> **Encouraging Critical Thinking Skills in Students and Residents**
> 2013

**Nova Southeastern University**
Ft Lauderdale, FL

> **Strategic Positioning of MTM Services and Reimbursement in HealthCare Reform**
> 2012

**Philadelphia College of Medicine**
Philadelphia, PA

> [title of lecture]
> 2011

**University of Pittsburgh, School of Pharmacy**
Pittsburgh, PA

> **Nicholas C. Tucci Lecture**
> 2009

**West Virginia University, School of Pharmacy**
Morgantown, WV

> **Annual Bergy Lecture**
> 2011

**University of Maryland**
Baltimore, MD

> **Future of Medication Therapy Management: Winning or Loosing**
> 2008

**Mercer University Southern School of Pharmacy Inaugural Distinguished Lecture**
Atlanta, GA

> **Medicare Modernization Act**
> Focus on Improving Care
> 2005

**Bernard J. Dunn School of Pharmacy at Shenandoah University**
Washington, DC

> **Hooding Ceremony – Guest Speaker**
> 2018

**University of South Florida**
Tampa, FL

> **Interoperability and Health Information Exchange**
> 2018

**PUBLICATIONS:**

Opiate Disposal/Pain Research/Buffington D (Purdue Pharma)
Understanding factors that contribute to the disposal of unused opioid medication
Sep 2018

Brill J, Ashmore J, Buffington D, Brengman M, Streett S
White Paper AGA: An Episode-of-Care Framework for the Management of Obesity: Moving Towards High Value, High Quality Care
Clinical Gastroenterology and Hepatology the Official Clinical Practice Journal, Feb 2017

Whalen K, Hardin H, Buffington D
Medication Therapy Management: A Pharmacotherapy and Medication System Primer, McGraw-Hill, 2017

Green D, Rubenstein A, Buffington D, Martin D
Leveraging FDA and CMS collaboration to enhance quality improvement in safe medication use
Research in Social and Administrative Pharmacy, Jul 2016

Isetts B, Buffington D, Carter B, Smith M, Polgreen L, James P
Evaluation of Pharmacists' Work in a Physician-Pharmacist Collaborative Model for the Management of Hypertension, Pharmacotherapy, Feb 2016

Buffington D, Wager D, McGann P
 All In: Using Healthcare Collaboratives to Save Lives and Improve (Care, *Spurlock & Teske)*, Chapter 4: "Key Elements of Effective Collaborative Design – Fostering Leadership at All Levels"
2015

Buffington D (Contributing Author)
Medication Therapy Management: A Pharmacotherapy and Medication System Primer McGraw-Hill 2014

Buffington D
New Codes for Transitional Care Management and Chronic Care Coordination Services
2012

Buffington D, Isetts B
Coding Principles for Medication Therapy Management Services: The ABCs of CPTs
The Pharmacist's Guide to Compensation for MTM Services, Chapter 6, 2009

Buffington D
Future of medication therapy management services in delivering patient-centered care
American Journal of Health-System Pharmacy, Sep 2007

Brill J, Buffington D, Downs C, Siegel
Perspectives one year after implementation of the Medicare Prescription Drug Improvement and Modernization Act: A Socratic Panel Discussion
American Journal of Health-System Pharmacy, Sep 2007

Buffington D, Isetts B
CPT cod-change proposal: National data on pharmacists' medication therapy management services
Journal of the American Pharmacists Association, Jul/Aug 2007, 491-495

Isetts, B, Cipolle R, Buffington D
Medication Therapy Management Relative Value Scale Survey Proposal
American Pharmacists Association, May 2007

Buffington D
Pharmacist current Procedural Terminology codes and medication therapy
management
Medicare Modernization Act Q&A
American Journal of Health-System Pharmacists, Vol 63 Jun 2006

Buffington D
Coding Communication:  Medication Therapy Management Services
American Medical Association, CPT Assistant, Apr 2006 / Volume 16, Issue 4

Rauck RL, Wallace M, Leong M, MineHart M, Webster L, Charapata S, Abraham J,
Buffington D, Ellis D, Kartzinel R, et al
A Randomized, Double-Blind, Placebo-Controlled Study of Intrathecal Ziconotide in
Adults with Severe Chronic Pain
Journal of Pain and Symptom Management, 2006; 31:393-406

Turner JL, Kosstman JR, Aquino A, Wright D, Szabo S, Bidwel RI, Goodgame J, Daigle A,
Kelley E, Jensen F, Duggy C, Carlo D, and Moss RB
The effects of an HIV-1 immunogen (Remune) on viral load, CD4 cell counts and HIV-
specific immunity in a double-blind, randomized, adjuvant-controlled subset study in
HIV infected subjects regardless of concomitant antiviral drugs
HIV Medicine, Buffington D, Editorial Panel, Research Site, 2001 2, 68-77

Buffington D, et al
Participation as an Investigator in the IRC 806 Clinical Research Trial
JAMA, Feb 2001

Buffington D
Improving Our Communications Via the Internet
Florida Journal of Health-System Pharmacy, Volume 18, Number 3, Jan 2001

Buffington D, et al
Sparfloxacin for the treatment of acute bacterial maxillary sinusitis documented by
sinus puncture
Annual Allergy Asthma Immunology, 2000; 84:63-71 Volume 84, Jan 2000

Poirier S, Buffington D, Memoli G
Billing Third Party Payers for Pharmaceutical Care Services
Annals of Allergy, Asthma and Immunology, Feb 1999

Buffington D, Garrison N, Spector S, Stafford C, Granito K, Zhang H, Talbot G
Sparfloxacin for the Treatment of Acute Bacterial Maxillary Sinusitis
Manuscript for Rhone-Poulenc Rorer, Nov 1997

Buffington D
Identifying Profitable Areas of Expansion: Obtaining Reimbursement
American Society of Health-System Pharmacists, Center on Pharmacy Practice
Management, Oct 1997

Buffington D
Reimbursement for Pharmacy Services
Specialists Spectrum, ASHP, Vol.1, No.1, p.3, Fall 1994

Buffington D, Lampasona V, Chandler M.
Computers in Pharmacokinetics:  Choosing Software for Clinical Decision Making
Clinical Pharmacokinetic, 25 (3):205-216, Oct 1993

Buffington D
Predict what major changes will result from health care reform.  What impact will these changes have on you and how you conduct your business
Florida Journal of Hospital Pharmacists, Vol. 13, No. 4, p. 23, Aug 1993

Asbury WH, Darsey EH, Rose WB, Murphy JE, Buffington DE, Capers CC
Vancomycin Pharmacokinetics and Neonates in Infants:  A Retrospective Evaluation
Annuals of Pharmacotherapy, Apr 1993;27:490-6

Pritchard J, Buffington D
Is varicella immune globulin (VZIG) an appropriate therapy for the treatment of chicken pox
Florida Journal of Hospital Pharmacy, Vol. 13, No. 3, Jul 1993:29-30

Perkins J, Buffington D, Hoffman M
Gynecologic Malignancies (Chapter 120)
Pharmacotherapy (Second Edition)

Buffington D, Wallach P
Is methemoglobinemia associated with dapsone therapy?
Florida Journal of Hospital Pharmacy, Vol. 13, No. 1, Feb 1993:29

Morton T, Buffington D
Post-graduate pharmacy training programs in Florida
Florida Journal of Hospital Pharmacy, Vol. 13, No. 1, Feb 1993:29-31

Buffington D, Toney J
Focus on temafloxacin: A new rapidly absorbed, extended-spectrum fluoroquinolone antibiotic
Hospital Formula, Jan 1992:27:241-247

Buffington D
Injectable Nonsteroidal Anti-inflammatory: Alternative to Narcotics
Hospital News p. 16, Mar 1991

Buffington D
How is alfa interferon being used in the treatment of cancer?
Florida Society of Hospital Pharmacist Digest, Feb 1991

Buffington D
New medication helps protect the bladder during chemotherapy
Hospital News p. 19, Jan 1991

Buffington D
The Fluoroquinolones and Theophylline:  A Potential for Interaction
Pharmacotherapy Forum Vol.1/No.1, Oct 1990

Buffington D
Word Processors and desktop publishing put shine on drug utilization reviews
Drug Utilization Reviews Vol.5/No.4, Apr 1989

Buffington D
Ticar7 and Timentin7: Recent Formulary Changes
EUH/Antibiotic Use Reviews, Oct 1987

Buffington D
Methicillin-Resistant Staphylococcus Aureus (MRSA)
DGH/Pharmacy News, May 1986

Gilmore R, Russell J, Buffington D
<u>Legislative Review of Georgia's Third-Party Prescription Programs</u>
Georgia Pharmaceutical Association, May 1986

Toler SM, Lopez AV, Buffington D
<u>Smoking and the fetus - What You Should Know</u>
Georgia Pharmaceutical Association Journal, (Computer Graphics)

## RESEARCH PROTOCOLS:

### 2015

COV02520124: An Open-Label, Safety and Pharmacokinetic Study of Hydromorphone Hydrochloride Extended-Release Tablets
(Once-Daily Hydromorphone) in Opioid-Tolerant Pediatric Subjects with Chronic Pain

### 2012

D3820C0005: A Randomized, Double-blind, Placebo-Controlled Study to Assess the Efficacy and Safety of NKTR-118 in Patients with Non-Cancer-Related Pain and Opioid-Induced Constipation (OIC)

### 2011

D3820C0004: A Randomized, Double-blind, Placebo-Controlled Study to Assess the Efficacy and Safety of NKTR-118 in Patients with Non-Cancer-Related Pain and Opioid-Induced Constipation (OIC)

GWCA0999: A multicenter, non-comparative, follow-on study to assess the long term safety of Sativex oromucosal spray (Sativex®; Nabiximols) therapy in patients with cancer related pain.

GWCA0958: A double blind, randomized, placebo-controlled, parallel group study of Sativex oromucosal spray (Sativex®; Nabiximols) in relieving pain in patients with advanced cancer, who experience inadequate analgesia during optimized chronic opioid therapy

### 2010

CQAB149B2223: A multi-center, randomized, double-blind, placebo controlled, parallel group, repeated-dose study to evaluate the efficacy, safety, tolerability and pharmacokinetics of three different dosing regimens of inhaled indacaterol maleate in patients with persistent asthma

GS-US-164-0216 The SWIFT Study: A Prospective, Randomized, Open-Label Phase IV Study to Evaluate the Rationale of Switching from Fixed-Dose Abacavir (ABC)/Lamivudine (3TC) to Fixed-Dose Tenofovir DF (TDF)/Emtricitabine (FTC) in Virologically-Suppressed, HIV-1 Infected Patients Maintained on a Ritonavir-Boosted Protease Inhibitor-Containing Antiretroviral Regimen

### 2009

The SWIFT Study: A Prospective, Randomized, Open-Label Phase IV Study to Evaluate the Rationale of Switching from Fixed-Dose Abacavir (ABC)/ Lamivudine (3TC) to Fixed-Dose Tenofovir DF (TDF)/Emtricitabine (FTC) in Virologically-Suppressed, HIV-1 Infected Patients Maintained on a Ritonavir-Boosted Protease Inhibitor-Containing Antiretroviral Regimen GS-US-164-0216

APP00096

Blood Pressure and Metabolic Effects of Nebivolol Compared with Hydrochlorothiazide and Placebo in Hypertensive Patients with Impaired Glucose Tolerance or Impaired Fasting Glucose Protocol ID: NEB-MD-04

A double blind, randomized, placebo controlled, parallel group dose-range exploration study of Sativex® in relieving pain in patients with advanced cancer, who experience inadequate analgesia during optimized chronic opioid therapy GWCA0701

**2005**

An Open-Label, 12-Month Study to Evaluate the Safety, Tolerability, and Efficacy of ORAVESCENT® Fentanyl Citrate for the Management of Breakthrough Pain in Opioid-Tolerant Patients with Chronic Non-cancer Pain C25608/3040/BP/US (Cephalon)

A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy and Safety of ORAVESCENT® Fentanyl Citrate for the Management of Breakthrough Pain in Opioid-Tolerant Patients With Chronic Neuropathic Pain C25608/3041/BP/US (Cephalon)

A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy and Safety of ORAVESCENT® Fentanyl Citrate for the Management of Breakthrough Pain in Opioid-Tolerant Patients With Chronic Low Back Pain C25608/3042/BP/US (Cephalon)

Survey to Assess the Prevalence, Characteristics and Impact of Breakthrough Pain in Chronic Pain Patients with and without Cancer Managed by Clinicians Who are not Pain Specialists SMI05002

**2004**

THE SAFETY, TOLERABILITY, AND IMMUNOGENICITY OF ACAM2000 SMALLPOX VACCINE IN ADULTS WITH PREVIOUS SMALLPOX VACCINATION.  A Randomized, Double-Blind, Fixed Dose, Phase 3 Comparison between ACAM2000 and Dryvax® Smallpox VaccinesH-400-012 (Acambis)

A Multicenter, Phase 3 Study to Confirm the Safety and Efficacy of Intravenous Doripenem in Complicated Lower Urinary Tract Infection or PyelonephritisDORI-06 (Peninsula Pharmaceuticals)

THE SAFETY, TOLERABILITY, AND IMMUNOGENICITY OF ACAM2000 SMALLPOX VACCINE IN ADULTS WITHOUT PREVIOUS SMALLPOX VACCINATION.  A Randomized, Double-Blind, Fixed Dose, Phase 3 Comparison between ACAM2000 and Dryvax® Smallpox VaccinesH-400-009 (Acambis)

An Open-Lable, Long Term, Multi-Center, Intrathecal Ziconotide (PRIALT™) Effectiveness And Safety Trial (ZEST) In Patients With Chronic Severe Pain ELN92045-501

A Multi-Center, Open-Label, Long-Term Study of OraVescent® Fentanyl Citrate for the Treatment of Breakthrough Pain in Opioid-Tolerant Cancer Patients099-15 (CIMA)

A Multi-Center, Double-Blind, Placebo-Controlled Study of OraVescent® Fentanyl Citrate for the Treatment of Breakthrough Pain in Opioid-Tolerant Cancer Patients099-14 (CIMA)

**2003**

A multicenter, international, randomized, open-label, assessor-blind, non-inferiority study comparing the efficacy and safety of once-weekly subcutaneous SanOrg 34006 with the combination of (LMW)Heparin and vitamin K antagonist (VKA) in the treatment of acute symptomatic pulmonary embolism P64714 / EFC 3484 (Organon/Sanofi)

An Open-label, Multicenter Study of the Safety and Efficacy of Combined Intrathecal Infumorph and Ziconotide (Prialt): Addition of Infumorph in Patients Receiving Prialt for Severe Chronic PainELN92045-201(Elan Pharmaceuticals)

A Double-Blind, Double-Dummy, Randomized, Placebo- and Active-Controlled, Multicenter, Parallel-Group Study of (R,R)-Formoterol in the Treatment of Subjects with Chronic Obstructive Pulmonary Disease091-051 (Sepracor)

**2002**

A Phase III, Vehicle-Controlled Study of Topical Resiquimod (R-848) 0.01% Gel Applied 2 Times per Week for 1 Week for Each Recurrence of Anogenital Herpes over 52 Weeks Study 1452-RESI (3M Pharmaceuticals)

A Retrospective, Case-Control Study to Investigate Genetic Polymorphisms in HIV Infected Subjects Who Developed Hypersensitivity Following Treatment with Abacavir CNA30032 (GlaxoSmithKline)

Vehicle-Controlled, Double-Blind Study to Assess the Safety and Efficacy of Imiquimod 5% Cream Applied Once Daily 3 Days per Week for the Treatment of Actinic Keratoses on the Head1447-IMIQ (3M Pharmaceuticals)

An Open-label, Long-term, Multicenter Study of Ziconotide Administered IntrathecallyELN92045-352 (Elan Pharmaceuticals)

A RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED STUDY OF INTRATHECAL ZICONOTIDE IN ADULTS WITH SEVERE CHRONIC PAIN ELN92045-301(Elan Pharmaceuticals)

AN OPEN-LABEL, LONG-TERM, MULTICENTER STUDY OF ZICONOTIDE ADMINISTERED INTRATHECALLY ELN92045-351, IND # 45,718 (Elan Pharmaceuticals)

A Case Control Investigation Exploring the Relationship Between Gene Variants (HAP ™ Markers) and Agranulocytosis or Granulocytopenia In Adult Patients Treated With Clozapine

A 6-month open label, multi-national, effectiveness, and safety study of Elidel® (pimecrolimus) Cream, 1% in subjects with atopic dermatitis Novartis CASM981 C2405

**2001**

APV30001:  A Phase III, randomised, multicenter, parallel, open-label study to compare the efficacy, safety and tolerability of GW433908 (1395mg bid) and Nelfinavir (1250mg bid) over 48 weeks in antiretroviral therapy naïve HIV-1 Infected Adults (Glaxo Welcome)

APV30005:  An open-label phase III study to assess the long term safety profile of GW43398 containing regimens in HIV-1 infected subjects (Glaxo Welcome)

A Phase II, Randomized, Double-Blind, Vehicle-Controlled, Dose Frequency Response Study of Topical Resiquimod (R-848) Gel Applied to Anogential Herpes Lesions Once, Twice or Three Times Per Week for One Recurrence to Prevent Future Recurrences 1411-RESI (3M Pharmaceuticals)

Vehicle-Controlled, Double-Blind Study to Assess the Safety and Efficacy of Imiquimod 5% Cream Applied Once Daily 3 Days per Week for the Treatment of Actinic Keratoses on the Head (3M Pharmaceuticals)

A prospective, randomized, double blind, multicenter trial assessing the safety and efficacy of sequential (intravenous/oral) BAY 12 -8039 (moxifloxacin) 400 mgevery 24 hr compared to intravenous piperacillin/tazobactam 3.0/0.375 g every 6 hr followed by oral amoxicillin/clavulanic acid suspension 800 mg every 12 hr for the treatment of patients with complicated skin and skin structure infections (Bayer)

Protocol #: CPS 2000-01A An Open Label, Phase 1 Study of the Safety and Tolerability of Coccoloba uvifera in Healthy Volunteers

Omapatrilat Cardiovascular Treatment Assessment versus Enalapril (OCTAVE) Protocol Number: CV137-120

Protocol Number: CPS.USF.001 An Open Labeled, Single Blind, Patient-Controlled Study of the Safety and Efficacy of Clobetasol Propionate Foam, 0.05% in the Treatment of Alopecia Areata

CNA30021: A phase III, 48-week, randomized, double-blind, multicentre study to evaluate the safety and efficacy of abacavir (ABC) 600mg once-daily (QD) vs abacavir 300mg BID in combination with lamivudine (3TC) (300mg QD) and efavirenz (EFV) (600mg QD) in antiretroviral therapy naïve HIV-1 infected subjects (GlaxoSmithKline)

A Phase III, randomized, multicenter, parallel, open-label study to compare the efficacy, safety, and tolerability of GW433908 1395 mg bid and Nelfinavir 1250 mg bid over 48 weeks in antiretroviral therapy naive HIV-1 Infected Adults (Glaxo)

A Multicenter Dose Randomized Evaluation of Targretin® Capsules + PUVA In Patients With Stage IB – IIA Cutaneous T-Cell Lymphoma IND No. 61,896 (Ligand)

A Multicenter, Randomized, Open-Label Study Comparing the Efficacy And Safety Of Once Daily (OD) ORG 31540/SR90107A Versus Adjusted-Dose Intravenous (IV) Unfractionated Heparin (UFH) In The Initial Treatment Of Acute Symptomac Pulmonary Embolism (PE) (Organon)

Protocol Number: 25000/592. An Open, Non-Comparative Multicenter Study to Assess the Efficacy and Safety of Oral Augmentin® SR 2000/125 mg Twice Daily for 10 Days in the Treatment of Acute Bacterial Sinusitis in Adults (Smith-Kline Beecham)

VER001-5:  Phase II Pilot, Randomized, Open-Label, Multi-center Study to Evaluate the Safety and Efficacy of Dalbavancin (V-Glycopeptide) Versus Investigator/Physician Designated Comparator in Skin and Soft Tissue Infection  IND # 60,613 (Vericor)

**2000**

A Phase III, Multicenter, Randomized, Parallel Group, Evaluator Blinded, Comparative Study to Evaluate the Effectiveness and Safety of "Topical Otic CILODEX™ (ciprofloxacin 0.3%, dexamethasone 0.1%) Suspension Compared to CILOXAN® (ciprofloxacin 0.3%) Solution and CORTISPORIN® Suspension (neomycin 0.35%, polymyxin 10,000 IU/mL, hydrocortisone 1.0%) for Treatment of Patients with Moderate to Severe Acute Otitis External

**1999**

Protocol Title: Safety and Efficacy of Intravenous HMR4396 and Epogen® for the Management of Anemia in Subjects with Chronic Renal Failure Requiring Hemodialysis HMR4396A/3001

An Open-Label, Long-Term Safety and Tolerability Study of Ziconotide® Administered Intrathecally to Patients with Chronic, Severe Pain (Elan Pharmaceutical s)

**1998**

A One-Year Randomized, Double Blind, Placebo Controlled Study of Alosetron (GR68755) 1mg BID in Female Subjects with Irritable Bowel Syndrome  S3B30006

A Open, Non-Comparative Multicentre Study to Assess the Efficacy and Safety of Oral Augmentin SR 2000/125 mg, Twice Daily for 10 Days in the Treatment of Acute Bacterial Sinusitis in Adults, Protocol BRL-02500/551 (Smith-Kline Beecham)

**1997**

A Multicenter, Double-Blind, Phase III, Adjuvant-Controlled Study of the Effect of 10 units of HIV-1 Immunogen Compared to IFA Alone Every 12 Weeks on AIDS-Free Survival in Subjects with HIV Infection and CD4 T Lymphocytes Between 300-549 cells mcg Regardless of Concomitant HIV Therapies Protocol IRC-806 (Immune Response Corporation)

A Randomized, Double Blind, Placebo Controlled, Efficacy and Safety Study of Oral Lobucavir In Patients With Recurrent Herpes Labialis, AI459-012 (Bristol-Myers Squibb)

A Randomized, Double Blind, Placebo Controlled, Efficacy and Safety Study of Oral Lobucavir In Patients With Recurrent Genital Herpes, AI459-011 (Bristol-Myers Squibb)

Phase II Multi-Center, Randomized, Placebo-Controlled, Two-Step Dose-Escalation Safety, Tolerability, and Hypothesis Generating Trail of Recombinant Tissue Factor Pathway Inhibitor (rTFPI), SC-59735 in Sepsis Patients, Protocol CS-TF004 (Chiron)

**1996**

A Randomized, Double-Blind, Multicenter Trial Assessing the Safety and Efficacy of a Single Intravenous Dose of CP-116,517 (alatrofloxin) Compared with Cefotetan for the Prophylaxis of Infection Following Colorectal Surgery #154-128 (Pfizer Central Research)

**1995**

Pfizer 154-128   Colo-Rectal Prophylaxis (Pfizer)

Pfizer 154-124   Intraabdominal Infections(Pfizer)

Matrix 66-94-2  5 FU/epi Basal Cell Carcinoma (Matrix)

RPR 106972  Streptogramin Sinusitis (Rhone-Poulenc Rorer)

Oral Cefpodoxime Proxetil (Vantin®) Tablets in the Treatment of Acute Maxillary Sinusitis in Adults #M/116/40/0108. (Upjohn Company)

A Double Blind, Comparative Study of the Efficacy and Safety of Orally Administered OPC-17116 and Clarithromycin in the Treatment of Patients with Community Acquired Pneumonia  #106-94-206 (Otsuka America Pharmaceuticals, Inc.)

A Prospective, Randomized, Double-Blind, Parallel, Control, Multicenter Trial Comparing The Efficacy and Safety of 1% terbinafine (Lamisil®) Cream Applied Once Daily to Placebo In The Treatment of Cutaneous Candidiasis  SFC-352 (Sandoz Pharmaceuticals)

**1994**

Multicenter, Randomized, Partially-Blind, Parallel Group, Clinical Trial to Compare the Efficacy and Safety of Twice and Once Daily Subcutaneously Administered Enoxaparin and Continuous Infusion Heparin in the Treatment of Patients with Deep Vein Thrombosis and Pulmonary Embolism RP-54536-529 (Rhone-Poulenc Roher)

Multicenter, Double Blind, Comparative Study of Intravenous meropenem (Merrem®) and imipenem (Primaxin®) for the Treatment of Nosocomial Lower Respiratory Tract Infections 359IL/0059 (Zeneca Pharmaceuticals)

Open, Non-comparative, Multicenter Study of RP64206 sparfloxacin in the Treatment of Acute Bacterial Maxillary Sinusitis RP64206-359 (Rhone-Poulenc Roher)

A Double-Blind, Parallel Group, Randomized Trial to Compare the Efficacy and Safety of Enoxaparin 40mg SC QD and Unfractionated Heparin 5000 IU SC TID During 6-12 Days for Prevention of Deep Vein Thrombosis (DVT) in 800 Evaluable Patients After Planned Elective Curative Cancer Surgery RP-54563-567 (Rhone-Poulenc Roher)

A Double-Blind Multinational Trial Comparing Sorivudine (BV-araU) (SQ 32,756) vs. Acyclovir for the Treatment of Acute Localized Herpes Zoster and the Effect on Zoster-associated Pain In Immunocompetent Subjects.  BMS-AI458-072-008 (Bristol Myers Squibb)

Assessment and Analysis of Risk Factors for the Development of Candidemia in Hospitalized Patients, (Pfizer)

**1993**

Pharmacoeconomic Analysis of Systemic Antifungal Prescribing Patterns. (Pfizer/Roerig)

A Multicenter, Double-Blind Comparative Study of Intravenous Merrem (Meropenem) and Primaxin (imipenem-cilastatin) for the Treatment of Intra-Abdominal Infections. (Zeneca)

A Multicenter, Double-Blind Comparative Study of Intravenous Merrem (Meropenem) and Primaxin (Imipenem-Cilastatin) for the Treatment of Nosocomial Lower Respiratory Tract Infections (Zeneca)

Double Blind, Placebo-Controlled Study of the Efficacy and Safety of three doses of CP-127 and Placebo in Patients with Presumed Sepsis and the Systemic Inflammatory Response Syndrome (SIRS)  CP-0127-92-002 (Cortech, Inc)

Double Blind, Randomized, Comparative Study of RP-64206 (Sparfloxacin) vs. Cefaclor in the Treatment of Community-Acquired Pneumonia  (Rhone-Poulenc Rorer)

A Randomized, Double Blind, Placebo-Controlled, Multicenter Study of Oral GR122311X Compared with Ranitidine and GR88502X for the Prophylaxis of Nonsteroidal Anti-Inflammatory Drug Associated Gastric or Duodenal Ulcers in Patients with Osteo- or Rheumatoid Arthritis and without a History of Gastric or Duodenal Ulcers  (Glaxo)

Prospective, Randomized, Third Party-Blind, Study to Compare the Safety and Efficacy of Ciprofloxacin (Sequential IV/PO) with Intravenous Ceftazidime and Tobramycin in the Treatment of Pediatric Cystic Fibrosis Patients with Acute Pulmonary Exacerbation D91-024, BAY o9867m BAY q3939 (Miles, Inc)

A Multicenter, Open-Label Treatment Protocol to Provide Aerosolized rhDNase Therapy to Patients with Cystic Fibrosis.  rhDNase Protocol Z0507g-A2 (Genetech)

A Multicenter Epidemiologic Protocol to Evaluate Pulmonary Function and the Rate of Respiratory Tract Infections in Patients with Cystic Fibrosis  rhDNase Z0525n (Genetech)

Lorabid, 200 mg vs. 400 mg BID in Sinusitis with Bacteriology.  Lorabid Protocol B9U-MC-AZBX(b) IND No. 29957, NDA No. 50-668 (Eli Lilly)

Uncomparative Study of Sparfloxacin in Acute Sinusitis (Rhone-Poulenc Rorer)

**1992**

Comparison of the Safety and Efficacy of Cefodizime versus Ceftriaxone in the Treatment of Complicated Urinary Tract Infections.  Cefodizime CSZ-300  (Fujisawa Pharmaceutical Corporation)

A Multicenter, Double-blind, Randomized, Comparative Study of the Efficacy and Safety of Temafloxacin Intravenous/Oral Sequential Therapy Versus Cefuroxime with or without Erythromycin Intravenous/Oral Sequential Therapy in the Treatment of Hospitalized Patients with Community Acquired Pneumonia.  Temafloxacin #M91-651. (Abbott Laboratories)

A Phase III, Multicenter, Double-Blind, Placebo-Controlled, Parallel Study to Evaluate the Safety and Efficacy of Aerosolized Recombinant Human DNASE I (rhDNase) in Patients with Cystic Fibrosis (Genentech, Inc.)

Centocor:  HA-1A™ Efficacy in Septic Shock Trial  CHESS #C0041T20  (Centocor, Inc.)

A Randomized, Double-Blind Repeat-Dose Crossover Study to Determine the Safety and Efficacy of sustained Versus Immediate Release Codeine Sulfate on Chronic Cancer Pain.  Codeine #CSR-0192 (Roxane Laboratories)

A Randomized, Double-Blind Comparative Study of the Safety and Efficacy of Sustained Versus Immediate Release Codeine Sulfate in the Treatment of Chronic Cancer Pain. Codeine #CSR-0292 (Roxane Laboratories.)

A Multicenter Randomized, Double Blind, Placebo-Controlled Evaluation of Healing and Relapse Rates Following Oral GR122311X Compared with GR88502X, Ranitidine and Placebo in Patients with Duodenal Ulcer. Ranitidine #H2B-302 (Glaxo, Inc.)

A Multicenter Randomized, Double-Blind, Placebo-Controlled Evaluation of Healing and Relapse Rates Following Oral GR122311X Compared with GR88502X, Ranitidine and Placebo in Patients with Benign Gastric Ulcer. Ranitidine #H2B-312 (Glaxo, Inc.)

A Multicenter, Open-Label Treatment Protocol to Provide Aerosolized rhDNase Therapy to Patients with Cystic Fibrosis (Genentech, Inc.)

Prospective, Double Blind, Controlled, Randomized, Multi-Center Comparison of the Safety and Efficacy of Intravenous Ciprofloxacin Versus Intravenous Imipenem for the Treatment of Patients with the Sepsis Syndrome (Miles, Inc.)

RENOVA for the Treatment of Photo damaged Skin (Ortho Pharmaceuticals)

A Multicenter, Controlled Evaluation of the Safety and Efficacy of Repeated Oral Doses of Vicoprofen (hydrocodone bitartrate with ibuprofen) for the Treatment of Chronic Pain. Vicoprofen VP-04 IND No. 29498  (Knoll Pharmaceuticals)

**1991**

A Prospective Comparison of Ondansetron (IV) and Dexamethasone (PO) Versus Prochlorperazine (PO) and Dexamethasone (PO) for the Prevention of Post Chemotherapy Related Nausea and Vomiting

A Comparative Study of the Safety and Efficacy of BIOLID versus EES in the Treatment of Group a Beta-Hemolytic Streptococcal Pharyngitis.  BIOLID BE-C200 (Belmac Corporation)

**1989**

A Randomized, Prospective, Comparative Study of the Efficacy of Cefoperazone/ Sulbactam Versus Ceftazidime Plus Vancomycin Versus Ticarcillin Plus Gentamicin in Febrile Neutropenic Patients.  Cefoperazone/Sulbactam 88-S-137.  (Pfizer)

**1988**

An Open, Prospective Study to Evaluate the Incidence of Prothrombin Time Elevation and Clinical Bleeding in Patients Receiving One of Ten Selected Antibiotics.  PT Elevation 88-R-041.  (Pfizer Pharmaceuticals)

Imipenem-Cilastatin Efficacy, Tolerability and Economic Comparisons to Combination Antibiotic Therapy. Imipenem-Cilastatin.

A Comparison of Ampicillin/Sulbactam Versus Cefoxitin in the Prevention of Infections Complicating Radical Abdominal Hysterectomy.  Ampicillin/Sulbactam 87-S-421. (Pfizer Pharmaceuticals)

Evaluation of Antibiotic Prophylaxis in Open Heart Surgery.

A Study of the Cost of Administration of Vancomycin and a Comparison with Alternative Antibiotic Therapy.  Vancomycin.  (Merrell Dow Pharmaceutical, Inc.)

**1987**

Evaluation of Gentamicin Levels Obtained from Hickman Catheters in a Hematology Population.  Hickman Catheters HIC-118-87

## PRESENTATIONS:

| | |
|---|---|
| 03-05-19 | **Pharmacist-guided Exemplary Opioid Management Practices**<br>WebEx Presentation<br>Tampa, FL |
| 11-28-18 | **(INSERT TITLE)**<br>PHIT Nov 28th CC Meeting & FYI Guiding Principles for the Development and Use of Documentation and Billing Codes for Pharmacists' Patient Care Services<br>Washington, DC |
| 09-12-18 | **Prescription Drug Monitoring Programs**<br>The Opioid Safety Project American Medical Association PDMP<br>Opioid Webinar Lecture Series |
| 08-04-18 | Florida Society of Health-System Pharmacists Association 52nd Annual Meeting – Leadership Track<br>Orlando, FL |
| 05-09-18 | **Advanced Practice Models:  Transitions of Care**<br>American Society of Consultant Pharmacist<br>Tampa, FL |
| 07-28-17 | **DUI: Extrapolation, Medical v. Legal Draws, etc.**<br>Florida Public Defender Association, Summer Training Program<br>Bonita Springs, FL |
| 07-13-17 | **Innovations in Pharmacy Practice**<br>Florida Pharmacy Association, 127th Annual Meeting and Convention<br>Orlando, FL |

APP00103

07-01-17 **Health Choice Network's 23rd Annual Educational Conference**
[insert title]
Boca Raton, FL

04-24-17 **Pharmacy Deans' Forum**
[insert title]
National Association of Chain Drug Stores Annual Meeting
Scottsdale, AZ

04/19-17 **Emerging Payment Models for Physicians: What Does it Mean for AMCP Members and Medication Management?**
Academy of Managed Care Pharmacy
Webinar Presentation

03-25-17 **Creating a Successful Specialty Pharmacy**
American Pharmacists Association Annual Meeting
San Francisco, CA

03-16-17 **Medication Therapy Management (MTM), Clinical Research, and Forensic Pharmacy**
University of South Florida Pharmacy Skills Lecture (Clinical & Forensics)
Tampa, FL

03-14-17 **2017 Florida Pharmacists Legislative Days and Health Fair**
Pharmacy Advocacy Efforts
[insert title]
Tallahassee, FL

02-18-17 **Kappa Psi Ideals:  How They Can Shape Your Future and Ensure Your Success**
Keynote Speaker
Kappa Psi Spring Assembly
Tampa, FL

02-01-17 **Pharmacy HIT Collaborative Council Face to Face Meeting**
**American Pharmacist's Association**
[insert title]
Washington, DC

01-26-17 **Current Issues/Advocacy – Pharmacy Reimbursement**
Shenandoah University
Winchester, VA

10-25-16 **Keynote Speaker**
FSHP Mentor Dinner
University of South Florida
Tampa, FL

10-13-16 **Provider Status Update**
Hillsborough County Pharmacist Association
Tampa, FL

10-03-16 **Making Your Goals a Reality**
Mentoring Hour and Leadership Presentation
University of South Florida
Tampa, FL

08-12-16            **Keynote Speaker**
                   Larkin Health Sciences Institute, College of Pharmacy
                   White Coat Ceremony
                   Miami, FL

06-30-16            **Pharmacy Practice Update:  CMS Update and Reimbursement**
                   Florida Pharmacy Association
                   Ft. Lauderdale, FL

06-24-16            **Establishing and Paying for New Models of Pharmacy Care**
                   Medical College of Wisconsin, College of Pharmacy
                   Milwaukee, WI

02-01-16            **USF AMCP Student Group Lecture**
                   Tampa, FL

02-20-16            **Pharmacist's Reimbursement:  Current and Future Trends**
                   American Association of Colleges of Pharmacy
                   Tampa, FL

02-11-16            **National Progress Toward a Health System that Supports
                   Pharmacist Clinical Services**
                   The 3rd USC Conference on Optimizing Medication Safety and
                   Healthcare Quality:  Best Practices and Collaborations for
                   Public Health, Geriatrics, and Mental Health
                   University of Southern California
                   Los Angeles, CA

08-12-15            **U.S. Healthcare Reform and Its Impact on Pharmacy Practice**
                   University of South Florida, College of Pharmacy
                   Tampa, FL

08-09-15            **Ask the Experts Panel: Provider Status**
                   Florida Society of Health-System Pharmacists Association
                   Orlando, FL

08-09-15            **MTM Services with a focus on Provider**
                   Florida Society of Health-System Pharmacists Association
                   Orlando, FL

06-26-15            **Profession & Career Planning: Expanding Your Horizons**
                   Florida Pharmacy Association 2015 Annual Meeting
                   St. Augustine, FL

04-18-15            **Medicare & Health Care Reform:  Opportunities for Pharmacists**
                   Florida Pharmacy Association Law and Regulatory Conference
                   Tampa, FL

03-16-15            **Recognizing Pharmacists as Providers: Expanding Scope of
                   Practice**
                   South Carolina Society of Health-System Pharmacists Annual
                   Meeting
                   Hilton Head Island, SC

02-21-15            **Pharmacists Influencing Positive Health Outcomes**
                   Virginia Pharmacist's Association Midyear Meeting
                   34th Annual Rooke Award Lecture
                   Roanoke, VA

01-10-15      **Defining Your Path as Leaders… Oh the Places You'll Go!**
Florida Pharmacy Association Leadership Conference
Orlando, FL

12-06-14      **What is Pharmacist Provider Status and Why Is It Necessary**
Florida Pharmacy Association Law and Regulatory Conference
Sarasota, FL

11-06-14      **Protecting Your Patient and Yourself: Universal Precautions, the Pharmacist, and Ebola**
American Society of Consultant Pharmacists (SCP) 2015 Annual Meeting
Orlando, FL

08-25-14      **Future of Pharmacy Curricula:  Blending Clinical & Entrepreneurial Skills**
University of Virginia College of Pharmacy, Visiting Faculty
Virginia Commonwealth University School of Pharmacy
Richmond, VA

07-10-14      **Innovative Health Care Solutions:  The Impact of Integrating Pharmacist's Services**
124th Annual Florida Pharmacy Association Meeting
Ft. Lauderdale, FL

12-07-13      **Update on the Provider Status and MTM Reimbursement**
Florida Pharmacy Association
Regulatory and Law Conference
Sarasota, FL

09-08-13      **Update on the Provider Status and MTM Reimbursement**
Florida Pharmacy Association
Regulatory and Law Conference
Ft. Lauderdale, FL

07-13-13      **Florida Healthcare Law Update**
University of Florida, College of Pharmacy
FPA Gator Reception
Orlando, FL

07-13-13      **MTM Practice Models and CPT Coding Update**
123rd Annual Meeting and Convention
Florida Pharmacy Association
Orlando, FL

05-03-13      **Medicare Provider Status for Pharmacists**
University of Florida, College of Pharmacy
Spring National Advisory Board Meeting
Orlando, FL

04-04-13      **Employer-based Initiatives: Role of the Pharmacists in Transition of Care.**
Transition of Care & Readmissions Boot Camp
36th Annual Conference, Survive and Thrive in the Changing Health Care Environment
American Board of Quality Assurance & Utilization Review Physicians (ABQAURP)
Tampa, FL

03-22-13       **The Future of Pharmacy:  Your Vision, Your Plan?**
National Student Pharmacist Compounding Competition,
University of Florida College of Pharmacy
Gainesville, FL

03-23-13       **MTM Coding: Current Procedural Terminology**
National Student Pharmacist Compounding Competition,
University of Florida College of Pharmacy
Gainesville, FL

11-03-12       **Strategic Positioning of MTM Services and Reimbursement in HealthCare Reform**
Nova Southeastern University
Ft. Lauderdale, FL

07-20-12       **Medication Therapy Management: Emerging Payment Options**
Georgia Society of Health-System Pharmacists
2012 Summer Meeting
Amelia Island, FL

06-24-12       **Compensation for MTM Services: Where We've Been And Where We're Going**
American Pharmacist's Association
MTM Emerging Opportunities (McKesson Meeting)
Las Vegas NV

3-31-12       **Opiate Metabolism: Dangerous Interactions**
Prescribing in an Epidemic – Uniting Medical, Legal &
Corporate Entities in Fighting America's Deadly Epidemic
Gulf Stream, FL

03-10-12       **Compensation for MTM Services: Where We've Been and Where We're Going**
American Pharmacist's Association Annual Meeting 2012
New Orleans, LA

02-16-12       **Overview CDTM with metrics Measurement-Inpatient and Ambulatory Practice**
CDTM Summit
New York State Council of Health-system Pharmacists
Albany, NY

10-17-11       **ACCP Meeting**
Challenges to Expanding the Scope of Clinical Pharmacy
Pittsburgh, PA

10-17-11       **Challenges to Expanding the Scope of Clinical Pharmacy**
American College of Clinical Pharmacy Annual Meeting
Pittsburgh, PA

08-27-11       **Prescribing in an Epidemic**
Associates in Emergency Medical Education
Tampa, FL

05-26-11       **Collaborative Drug Therapy Management as a Tool for Medication Therapy Management**
34th Annual Schwarting Symposium Presentation
Hartford, CT

| | |
|---|---|
| 12-4-10 | **Developing ED practice models to ASHP**<br>**Emergency Medicine PRN**<br>45th Annual Midyear Meeting<br>Anaheim, CA |
| 09-18-10 | **Healthcare Reform Update**<br>Central Florida Society of Health-System Pharmacists<br>Orlando, FL |
| 07-17-10 | **Summer Seminar**<br>University of Florida<br>Tampa, FL |
| 04-28-10 | **Therapy Management:  Rheumatology and High Cost Agent**<br>Lake Erie College of Osteopathic Medicine (LECOM)<br>Bradenton, FL |
| 02-26-10 | **The Current Healthcare Environment:  Where Does Medication**<br>**Therapy Management Fit it?**<br>Florida A & M University<br>33rd Annual Clinical Pharmacy Symposium<br>Tallahassee, FL |
| 12-09-09 | **Educating Patients about Gene Therapy: Information and Tools**<br>44th Annual Midyear meeting<br>American Society of Health-System Pharmacists<br>Las Vegas, NV |
| 12-08-09 | **Submitting Medical Service Claims for Pharmacists' Clinical**<br>**Activities**<br>44th Annual Midyear meeting<br>American Society of Health-System Pharmacists<br>Las Vegas, NV |
| 11-06-09 | **Medication Therapy Management and CPC codes for**<br>**Reimbursement**<br>University of Florida COP 2009 Dean's National Advisory Board<br>Meeting<br>Gainesville, FL |
| 09-25-09 | **Journal Club Session**<br>University of Florida Fall Faculty Workshop Conference<br>Orlando, FL |
| 09-19-09 | **Pharmacy Managed Hyperlipidemia Clinic: Practice Models**<br>**and Payment Mechanisms for Clinical Services**<br>Southwest Florida Society of Health-System Pharmacy<br>Tampa, FL |
| 07-31-09 | **Reaching Milestones MTM**<br>Florida Society of Health-System Pharmacists<br>43rd Annual Meeting<br>Orlando, FL |
| 07-11-09 | **Pharmacy Managed Hyperlipidemia Clinic: Practice Models**<br>**and Payment Mechanisms for Clinical Services**<br>Florida Pharmacy Association 119th Annual Meeting and<br>Convention<br>St. Augustine, FL |

| | |
|---|---|
| 02-24-09 | **Medication Therapy Management, Documentation and Marketing**<br>Lake Erie College of Osteopathic Medicine (LECOM)<br>Bradenton, FL |
| 01-15-09 | **The Profession's Perspective on MTM Documentation and Billing in Providing Effective and Efficient Patient Care**<br>2009 Annual Industry & Technology Issues Conference<br>American Society for Automation in Software (ASAP)<br>St. Petersburg, FL |
| 12-9-08 | **AMA-CPT Code Development and Update**<br>2008 ASHP Management Pearls<br>Orlando, FL |
| 12-05-08 | **Medication Therapy Management: Getting Paid for Clinical Services**<br>University of Florida Seminar Presentation<br>Gainesville, FL |
| 11-14-08 | **Medication Therapy Management: Getting Paid for Clinical Services**<br>Keynote Speaker, 2008 Michigan Society of Health-System Pharmacists Annual Meeting<br>Lansing, MI |
| 10-07-08 | **Documentation & Billing Standardization**<br>2008 APHA Foundation Conference<br>Bethesda, MD |
| 09-12-08 | **Design and Management of Medical Journal Club**<br>2008 University of Florida, College of Pharmacy, Dean's Counsel Symposia<br>Orlando, FL |
| 08-25-08 | **Medication Therapy Management: What's Next for Community Pharmacy?**<br>2008 National Association of Chain Drug Stores Pharmacy & Technology Conference<br>San Diego, CA |
| 07-10-08 | **The MTMS Business Plan and Dealing with Legal Billing Issues**<br>Florida Pharmacy Association<br>Orlando, FL |
| 06-08-08 | **ASHP Summer Meeting**<br>Seattle, WA |
| 04-12-08 | **Strategies for Optimal Therapy in High Risk Patients:  Treatment of COPD, Acute Coronary Syndrome & Venous Thromboembolism**<br>Florida Chapter of American Society of Consultant Pharmacists<br>Senior Care 2008<br>Tampa, FL |

04-7-08      **Determining the value of Pharmacy Services and Interventions in the ambulatory care setting**
American College of Clinical Pharmacy
2008 Spring Practice and Research Forum
Phoenix, AZ

03-16-08      **Documenting MTM and Patient Care Activities**
APhA 2008 Annual Meeting
San Diego, CA

02-09-08      **A Vision for the Future: Developing Pharmacy Practice Models**
Pennsylvania Pharmacists Association 2008 Mid Year Meeting
Harrisburg, PA

10-14-07      **Development of Pharmacist Professional Services: The Future of MTMS**
NCPA 109th Annual Convention
Anaheim, CA

09-20-07      **Software, Documentation and Billing**
National Association of Chain Drug Stores Meeting, Medication Therapy Management Services in Community Pharmacy: Building Process, Partnerships, and Outcomes
Philadelphia, PA

06-26-07      **Current Legislative and Regulatory Issues in Pharmacy 2007**
American Society of Health-system Pharmacists –
Summer Meeting
San Francisco, CA

05-22-07      **General Session:  Perspectives in Practice: Medication Therapy Management Services**
American Society of Consultant Pharmacists 29th Midyear Conference
Hollywood, FL

05-22-07      **Business Skills 101: Contracting to Provide MTM Services**
American Society of Consultant Pharmacists 29th Midyear Conference
Hollywood, FL

12-2/4-06      **Impact of the Medicare Modernization Act on Pharmacy Reimbursement:  Lessons Learned at the One Year Benchmark**
American Society of Health-system Pharmacists –
Midyear Meeting
Anaheim, CA

11-20-06      **PQA National Meeting**
American Society of Health-system Pharmacists
Washington, DC

11-18/20-06      **Purchasing Medications Through the Internet**
CDMI – Pfizer
Chicago, IL

11-16-06      **Understanding CPT Codes**
American Society of Consultant Pharmacists
37th Annual Meeting and Exhibition - Senior Care Pharmacy
Phoenix, AZ

| 11-16-06 | **Defining Your Professional Services**<br>American Society of Consultant Pharmacists<br>37th Annual Meeting and Exhibition - Senior Care Pharmacy<br>Phoenix, AZ |
|---|---|
| 10-28-06 | **Pharmacy Perspective on Quality Issues**<br>29th Annual Health Care Quality and Patient Safety<br>Conference Quality: The Pathway to Success<br>American Board of Quality Assurance & Utilization Review<br>Physicians<br>Chicago, IL |
| 10-27-06 | **Models of Delivery for Patient Care – Future of MTMS**<br>American College of Clinical Pharmacy<br>29th Annual Health Care Quality & Patient Safety Conference<br>Quality: The Pathway to Success<br>St. Louis, MO |
| 10-19-06 | **Effective Oncology Benefit Management**<br>Center for Business Intelligence's Effective Oncology Benefit<br>Management Conference<br>Chicago, IL |
| 09-29-06 | **Pharmacist Service Payment: Blueprint for Success**<br>Alabama Pharmacy Consensus Conference<br>Auburn University Harrison School of Pharmacy<br>Auburn, AL |
| 09-20-06 | **Opportunities to Implement Compliant MTMP**<br>HCPro<br>Online Audio Conference |
| 07-09-06 | **CPT Coding**<br>Georgia Society of Health-System Pharmacists<br>2006 Summer Meeting<br>Amelia Island, FL |
| 05-15-06 | **MTM – Focus Presentation**<br>FMQAI Presentation<br>Tampa, FL |
| 05-05-06 | **Emerging Trends in Clinical Medical Management: Value of Pharmacists Services**<br>American Board of Quality Assurance & Utilization Review<br>Physicians (ABQAURP), Medical Management System<br>Innovations: The Next Generation<br>Orlando, FL |
| 04-28-06 | **Pharmacist/Physician Collaboration Strategies**<br>Walgreen's National Advisory Board Meeting<br>Rosemont, IL |
| 04-27-06 | **Medicare Part D and the Expanding Need for Pharmacists Services**<br>Pharmacy Society of Wisconsin<br>Madison, WI |

APP00111

04-24-06      **Value of Psychiatric Medicine Debate – Industry and Managed Care Perspectives**
College of Psychiatric and Neurologic Pharmacists (CNCP)
Annual Meeting 2006
Baltimore, MD

04-22-06      **Medicare Part D: The Pharmacist's Role in Patient Management**
National Advisory Board
University of Florida College of Pharmacy
Gainesville FL

04-07-06      **Pharmacists Billing Codes: Application in Practice Models**
AMCP 18th Annual Meeting and Showcase
Seattle, WA

04-05-06      **Medicare Part D: Prescription Drug Plans and MTMS Benefit Design**
Academy of Managed Care Pharmacy (AMCP)
18th Annual Meeting & Showcase
Seattle, WA

03-23-06      **Medicare/CPT/Hospital**
Catholic Health Partners
Cincinnati, OH

02-26-06      **Medicare Reimbursement of Drug Therapy Management**
Tennessee Society of Health –System Pharmacists (TSHP)
Midyear Seminar
Nashville, TN

02-20-06      **University of South Carolina**
University of South Carolina College of Pharmacy (USC COP)
Rho Chi Society Banquet,
Columbia, SC

02-17-06      **Medication Therapy Management Services:  Opportunities for Pharmacists and Implications for Treatment Options**
American Society of Consultant Pharmacists
2006 Spring Meeting, Hilton Clearwater Beach Resort
Clearwater, FL

01-28-06      **Update on Medicare Part D and CPT Codes for Pharmacists' Services**
Iowa Pharmacy Association
Educational Expo 2006
Des Moines, IA

01-25-06      **Update on Medicare Part D and CPT Codes for Pharmacists' Services**
Pinellas County Pharmacy Association Meeting
Hospice of the Florida Suncoast
Clearwater, FL

12-06-05      **Practice Applications in Medication Therapy Management Services (MTMS) in Medicare Part-D**
American Society of Health-System Pharmacists
Midyear Meeting (ASHP)
Las Vegas, NV

| | |
|---|---|
| 12-05-05 | **Cutting-Edge Ambulatory Practice Program**<br>American Society of Health-System Pharmacists<br>Midyear Meeting (ASHP)<br>Las Vegas, NV |
| 12-03-05 | **Impact of Medicare Part D and MTMS on Anticoagulation Services**<br>20th Anniversary of the Pharmacy Invitational Conference on Antithrombotic Therapy (PICAT), Tuscany Suites and Casino<br>Las Vegas, NV |
| 12-03-05 | **Selective Issues in Hospital Pharmacy Practice for 2006: Medicare Part D – It's Here!**<br>University Health-System Consortium, Pharmacy Council<br>Las Vegas, NV |
| 12-03-05 | **Anticoag**<br>ASHP Midyear Meeting<br>Las Vegas, NV |
| 11-15-05 | **Electronic Billing of Non-Dispensing Pharmacy Services**<br>National Association of Chain Drug Stores (NACDS) 2005 Pharmacy & Technology Conference<br>San Diego, CA |
| 11-12-05 | **Clinical Pharmacy Interventions Post MMA**<br>American Society of Consultant Pharmacists, Senior Care Pharmacy '05 (ASCP)<br>36th Annual Meeting Exhibition Course Tracking/Publishing #20-39948/10-231316<br>Boston, MA |
| 10-26-05 | **MMA and Medicare Part D**<br>AmeriDrug & JSA Medical Group<br>Tampa, FL |
| 09-29-05 | **MTMS Presentation**<br>Florida Hospital Presentation & Consulting<br>Orlando, FL |
| 09-26-05 | **MMA and Medicare Part D**<br>NCPDP Educational Summit<br>Countdown to MMA:  New & Unfinished Business<br>San Diego, CA |
| 09-15-05 | **Pharmacist-Based CPT Codes for Medication Management**<br>The Profession has been recognized with CPT Codes, What Next?<br>ASHP Teleconference Seminar |
| 08-31-05 | **Electronic Billing of Non-Dispensing Pharmacy Services**<br>National Association of Chains Drug Stores Foundation (NACDS) 2005 Pharmacy & Technology Conference<br>San Diego, CA |
| 08-16-05 | **Current Opportunities in Billing for Pharmacist Clinical Services**<br>National Council of Prescriptions and Drug Programs (NCPDP) Educational Summit, Countdown to MMA: New and Unfinished Business<br>Philadelphia, PA |

08-06-05     **Using a PDA to Demonstrate the Value of Clinical Pharmacy Services**
Florida Society of Health-System Pharmacists (FSHP)
39th Annual Meeting, Gaylord Palms Resort and Convention Center
Orlando, FL

08-02-05     **MTMS Medicare Part D**
Keystone Medical
Philadelphia, PA

07-08-05     **Medicare Modernization Act:  What we need to Know on January 1, 2006**
Florida Pharmacy Association (FPA)
115th Annual Meeting and Convention
Marco Island, FL

06-23-05     **Show me the Money: Billing & Payment for MTM**
National Association of Chain Drug Stores Foundation
Washington, DC

06-16-05     **Develop a Clinical Practice**
Arizona Pharmacy Association (AZPA)
1st Annual Meeting
Phoenix, AZ

06-16-05     **Update on Medication Therapy Management Services (MTMS) and Medicate Part D**
Tampa Bay Residency Forum, St. Bart's Island House
Tampa, FL

05-01-05     **How to Start a Clinical Practice**
Arizona Pharmacy Association
1st Annual Convention, Wild Horse Pass Resort ND  Spa
Chandler, AZ

04-30-05     **Tip Jars for Pharmacists: Current Update on Pharmacist Reimbursement Trends**
Nova Southeastern University (NSU)
16th Annual Program Contemporary Pharmacy Issues
Davie, FL

04-11-05     **Current Opportunities in Billing and the Medicare Drug Benefit**
American College of Clinical Pharmacy (ACCP)
2005 Spring Practice Research Forum/Updates in Therapeutics
Myrtle Beach, FL

04-02-05     **Development of Current Procedural Terminology (CPT) Codes for Pharmacists Services:  Implications for Residency Training Programs**
American Pharmacists Association Community Pharmacy Residency Program (CPRP)
Annual Meeting 2005
Orlando, FL

02-15-05     **Value of Medicine**
Diagnostic Clinic of Largo
Largo, FL

APP00114

12-05-04 **Section Connection**
American Society of Health-System Pharmacists (ASHP)
39th Midyear Meeting
Orlando, FL

11-22-04 **Developing an Advanced Pharmacy Practice Model – Position
in the Pharmacist to Meet the Needs of the Healthcare
Marketplace**
National State Executives Association Meeting (NCSPAE)
Fall Symposium
Marco Island, FL

10-21-04 **Treatment of Pulmonary Embolus**
Journal Club for St. Joe's ER, Donnetello's
Tampa, FL

10-17-04 **To Switch or Not to Switch**
Brevard County Pharmacist's Association
Melbourne, FL

9-26-04 **Reimbursement Update**
Nebraska Health-System Pharmacists Association
2004 Annual Fall Seminar
Mahoney State Park, NE

09-09-04 **Value of Medicine**
Tampa Bay Association of Health Underwriters, Feather Sound
Country Club
Clearwater, FL

08-28-04 **MMA and Reimbursement**
National Association of Chain Drug Stores (NACDS)
2004 Pharmacy & Technology Conference
San Diego, CA

08-26-04 **Pancreatic Enzymes in Malabsorption Disorders**
Wake AHEC Meeting
Raleigh, NC

07-30-04 **Value of Medicine**
Georgia Society of Health-System Pharmacists
2004 GSHP Summer Meeting
Amelia Island, FL

07-08-04 **Medicare Part D and CPT Coding Update**
Florida Pharmacy Association, Pfizer
Marco Island, FL

04-30-04 **Medicare Part D and CPT Coding Update**
Nova Southeastern University (NOVA)
Ft. Lauderdale, FL

11-15-03 **Documenting and Being Reimbursed for Care and Panel
Discussion Opportunities for Pharmacists and Expanding Their
Practices in Caring for Patients with Dementia, Delirium and
Depression**
Florida Pharmacy Association
Academy of Pharmacy Practice (APP)
Mid-Year Clinical Conference
Orlando FL

10-11-03            **Overview of Direct Thrombin Inhibitors**
                    SouthWest Florida Society of Health-System Pharmacists
                    2003 Annual Meeting
                    Professional and Therapeutic Update
                    Tampa, FL

10-11-03            **Antibiotic Treatments in the Inpatient Setting**
                    SouthWest Florida Society of Health-System Pharmacists
                    2003 Annual Meeting
                    Professional and Therapeutic Update
                    Tampa, FL

09-10-03            **Public Debate Forum – Pharmaceutical Importation**
                    Suncoast Tiger Bay Club
                    St. Petersburg, FL

06-27-03            **New Developments in the Treatment of Erectile Dysfunction**
                    **Managed Care Consultancy Panel**
                    Bayer Healthcare Pharmaceuticals, Sheraton City Centre Hotel,
                    Salt Lake Centre Hotel
                    Salt Lake City, UT

06-03-03            **Transforming Pharmacy Reimbursement – Planning Your Route:**
                    **Applying Reimbursement Strategies to diverse Practice Settings**
                    American Society of Health-System Pharmacists (ASHP)
                    Summer Meeting 2003, Learners and Leaders
                    San Diego, CA

06-02-03            **Under Construction: Obtaining Reimbursement for Clinical**
                    **Services.**
                    American Society of Health-System Pharmacists (ASHP)
                    Summer Meeting 2003, Learners and Leaders
                    San Diego, CA

05-08-03            **Treatment Options for Persistent Asthma**
                    Merck, Roy's Restaurant
                    Tampa, FL

04-01-03            **Roundtables in Pharmaceutical Care**
                    American Pharmaceutical Association (APhA)
                    Annual Meeting & Exposition 2003
                    Pharmacy Administration and Management
                    ACPE 202-000-03-087-L04
                    New Orleans, LA

03-31-03            **How to get paid for Pharmaceutical Care**
                    American Pharmaceutical Association (APhA)
                    Annual Meeting & Exposition 2003, Pharmacy Administration
                    and Management ACPE 202-000-03-040-L04
                    New Orleans, LA

03-22-03            **Pharmacy Education and Pharmacy Practice: Improving Health**
                    **Outcomes Through the Provision of Comprehensive Pharmacy**
                    **Services**
                    Senate Health Educational and Labor and Pension Committee
                    Congressional Briefing, United States Capitol, Room S-115
                    Washington, DC

03-13-03      **Peer Discussion Group TOPIC: Treatment Options for Persistent Asthma**
Merck Speaker, Del Frisco
Winter Park, FL

12-10-02      **Ambulatory and Chronic Care Practitioners:  Development and implementation of collaborative Management plans with other providers**
American Society of Health-system Pharmacists (ASHP)
37th Annual ASHP Midyear Meeting, The ASHP Section of Home
Atlanta, GA

11-13-02      **Clinical Service Reimbursement Workshop**
American Society of Consultant Pharmacists (ASCP)
2002 Senior Care Pharmacy 33rd Annual Meeting and Exhibition
Anaheim, CA

11-10-02      **Reimbursement for Pharmacy Services**
University of Florida, Pharmacy Law and Management Conference 2002
Orlando, FL

10-05-02      **Quinolone Antibiotic Update**
Southwest Florida Society of Health-System Pharmacists (SWFSHP)
2002 Annual Meeting, Professional and Therapeutic Update
Tampa, FL

09-26-02      **The Nuts and Bolts of Billing for Pharmacists' Services, Billing for Clinical Services**
Iowa Pharmacy Association
Des Moines, IA

07-03-02      **Fluoroquinolone Overview Lecture**
Bayer, Primary Care 2002
Kiawah Island, SC

06-14-02      **Toxicology and DUI**
DUI Seminar, Hillsborough County Public Defender's Office Meeting
Tampa, FL

06-09-02      **Anti-Infective Treatment of Sinusitis**
Allergy, Asthma, and Immunology Associates
Key Largo, FL

06-07-02      **HIV Pharmacology Update**
Florida Allergy, Asthma & Immunology Society
2002 Annual Meeting
Key Largo, FL

02-20-02      **Insulin Delivery Devices**
Duval County Pharmacological Society, Novo Nordisk
Jacksonville, FL

12-13-01      **Avelox Clinical Advisory Panel**
Bayer - Stratagem Plus, Inc., Donatello's
Tampa, FL

| | |
|---|---|
| 12-05-01 | **Public Relations:  How to Get the Message Out About Today's Pharmacy Practice**<br>American Society of Health-System Pharmacists (ASHP)<br>Midyear Meeting<br>New Orleans, LA |
| 12-04-01 | **Serving as a Medical Expert Witness**<br>American Society of Health-System Pharmacists (ASHP)<br>2001 36th Annual Midyear Meeting<br>New Orleans, LA |
| 11-18-01 | **Diabetes Update:  Alternative Delivery Devices**<br>Eckerd's Health Care<br>Southeastern Region Symposium<br>Bonita Springs, FL |
| 11-06-01 | **Billing for Clinical Services**<br>American Society of Clinical Pathologists (ASCP)<br>32nd Annual Meeting<br>Chicago, IL |
| 08-09-01 | **Collaboration is the Secret to Success**<br>Florida Society of Health-System Pharmacists (FSHP)<br>Annual Meeting<br>Orlando, FL |
| 06-28-01 | **FPA 111th Annual Meeting and Convention**<br>Marriott Marco Island Resort<br>Marco Island, FL |
| 05-17-01 | **New Drug Approvals and Research Pipelines**<br>Central Savannah River District of the Georgia Society of Health-System Pharmacists<br>Martinez, GA |
| 05-16-01 | **Geriatric Practice: Pharmacy Consulting Models**<br>American Society of Consultant Pharmacists (ASCP)<br>23rd Midyear Conference 2001 Geriatrics Meeting<br>Washington, DC |
| 05-05-01 | **Getting Paid for your Services**<br>American Society of Consultant Pharmacists (ASCP)<br>23rd Midyear Conference<br>Washington, DC |
| 03-25-01 | **Handheld Medical Applications**<br>Florida Society of Health-System Pharmacists (FSHP)<br>2001Spring Meeting, Health Professions Division, Nova Southeastern University<br>Ft. Lauderdale, FL |
| 03-01-01 | **Update on Diabetes and Current Clinical Opportunities**<br>Association of Clinical Research Professionals (ACRP)<br>Suncoast Chapter<br>Tampa, FL |
| 02-15-01 | **Anti-infective Selection: The Impact Of Our Decisions**<br>Bayer<br>Tampa, FL |

| 01-30-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Orlando, FL |
|---|---|
| 01-23-01 | **Diabetes Care and Clinical Research Update**<br>St. Joseph's Hospital, Institutional Review Board (IRB)<br>Tampa, FL |
| 01-23-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Publix Divisional Office<br>Marietta, GA |
| 01-21-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Gainesville, FL |
| 01-18-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Tampa, FL |
| 01-14-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Deerfield Beach, FL |
| 12-08-00 | **Legislative Update: Pharmacy Law and Current Initiatives**<br>American Society of Health-System Pharmacists<br>Public Relations Advisory Network<br>Midyear Clinical Meeting<br>Las Vegas, NV |
| 10-02-00 | **Managing the Pharmacy Benefit:  We Must Strive to Improve Patient Care**<br>Pfizer - Tri-Service Forum Regions 3 &4<br>Callaway Gardens, GA |
| 05-26-00 | **DUI Issues Training Seminar**<br>Hillsborough County Public Defender's Office<br>Tampa, FL |
| 03-09-00 | **Fluoroquinolone Update**<br>South Florida Society of Health System Pharmacists Meeting<br>Miami, FL |
| 12-07-99 | **Issues Surrounding Pharmacist Reimbursement**<br>American Society of Health-System Pharmacists (ASHP)<br>1999 Mid-Year Clinical Meeting<br>Orlando, FL |
| 12-02-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Dallas, TX |

| | |
|---|---|
| 12-01-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Houston, TX |
| 11-02-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Baton Rouge, LA |
| 10-25-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Meeting<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Ft. Worth, TX |
| 09-29-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Bayer, The Pillars Restaurant<br>Mobile, AL |
| 09-25-99 | **Designing an Anticoagulation Clinic**<br>Saint Louis College of Pharmacy, St. Louis College of Medicine,<br>Fundamentals for Pharmaceutical Care Reimbursement<br>St. Louis, MO |
| 09-23-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Bayer, Donatello's Restaurant<br>Tampa, FL |
| 08-13-99 | **Getting Paid for Pharmaceutical Care: Guidelines for Medicaid, Medicare and Third Party Payer Reimbursement**<br>Pharmacy Society of Wisconsin (PSW)<br>1999 Annual Meeting<br>La Crosse, WI |
| 03-05-99 | **Long Term Care: Reimbursement for Clinical Services**<br>American Society of Consultant Pharmacists (ASCP)<br>North Carolina Chapter<br>Charlotte, NC |
| 04-18-98 | **Polypharmacy and the 20 Newest Drugs**<br>Nurse Practitioners Associates for Continuing Education<br>NPACE National Primary Care Conference<br>Orlando FL |
| 03-03-98 | **Advances in Quinolone Antibiotic Therapy**<br>Southern Gulf Society of Health-system Pharmacists<br>Ft. Myers, FL |

02-24-98      **Overview of Quinolone Antibiotics: Current Market Trends**
Department of Pharmacy, St. Joseph's Hospital
Tampa, FL

02-20-98      **Establishing, Documenting & Marketing Clinical Services**
Clinical Practice in a Managed Care Era
22nd Annual Clinical Pharmacy Symposium
Florida A&M University School of Pharmacy
Tallahassee, FL

01-27-98      **Pharmaceutical Care Services in the Long Term Care Setting: Reimbursement Strategies**
Clinical Advisory Board
Omnicare International
Cincinnati, OH

11-15-97      **Compensation Strategies for Hyperlipidemia Programs**
Hyperlipidemia Conference '97
Auburn University, School of Pharmacy
Auburn, AL

11-11-97      **Biotechnology: Pharmaceutical Care Practice Opportunities**
University of Illinois at Chicago, College of Pharmacy
Symposium on Biotechnology
Chicago, IL

10-18-97      **Managed Care: Drug Formulary Strategies**
Managed Care Success Strategies, Tampa Westin Hotel
Tampa, FL

09-27-97      **Embracing Pharmaceutical Care Practices**
Southern California Society of Health-systems Pharmacists
Los Angeles, CA

09-17-97      **Biotechnology: Pharmaceutical Care Practice Opportunities**
Chicago, IL

09-09-97      **Update on Reimbursement Strategies for Pharmaceutical Care Services**
University of Florida Law & Management Conference
Orlando, FL

08-26-97      **Development of Clinical Pharmacy Services and Practice Management Systems**
VHA Conference, Opryland Hotel
Nashville, TN

08-02-97      **Reimbursement Strategies for Clinical Services for Managing Patients with Osteoporosis**
Osteoporosis Treatment Management
Mercer University
Atlanta, GA

07-11-97      **Asthma: Treatment and Therapeutic Alternatives**
Establishing Patient Care Services in the Pharmacy: The Basics, CarePoint
Atlanta, GA

06-27-97    **Osteoporosis & Reimbursement**
Mercer University
Atlanta, GA

06-20-97    **Developing Advanced Practice Models for Pharmaceutical Care Services**
Pennsylvania Society of Health-System Pharmacists
Long Branch, NJ

06-07-97    **Developing Reimbursement Strategies for Ambulatory Care Services**
Nebraska Pharmacists Association
1997 Annual Convention
Grand Island, NE

05-17-97    **Pharmacists-based Clinical Pharmacology Research**
Florida Society of Health-Systems Pharmacists
1997 Annual Meeting
Ft. Lauderdale, FL

05-16-97    **Reimbursement for Pharmaceutical Care: Present and Future Considerations**
Pharmaceutical Care A Closer Look, North Carolina Council on Pharmaceutical Care
Chapel Hill, NC

05-16-97    **Marketing Pharmaceutical Care: An Essential Ingredient**
Pharmaceutical Care A Closer Look
North Carolina Council on Pharmaceutical Care
Chapel Hill, NC

05-10-97    **New Horizons in Diabetes Management: Reimbursement Models**
New Jersey Society of Certified Diabetes Education
Diabetes Educators Symposium
Voorhees, NJ

05-03-97    **Practice models for service and reimbursement – Diabetes Management**
Metro New York – Garden State Diabetes Educators Symposium
West Orange, NJ

05-01-97    **Evaluation Methods for Clinical Pharmacology Trials**
University of South Florida, Department of Pediatrics
Residents Program
Tampa, FL

04-29-97    **Tinnitus: Treatment and Management Update**
American Tinnitus Association
Tampa Bay Chapter/Support Group
Tampa, FL

04-22-97    **Clinical Pharmacology Review: American Board of Internal Medicine Review Course**
University of South Florida College of Medicine
Medical Residents
Tampa, FL

04-12-97          **Advanced Practice Models: The Future of Pharmaceutical Care**
Louisiana Society of Health-System Pharmacists
New Orleans, LA

04-04-97          **New Treatments for HIV: Update**
National Association of Nurse Practitioner's Conference
1997 NPACE
Orlando, FL

04-04-97          **Top 20 New Medications**
National Association of Nurse Practitioner's Conference
1997 NPACE
Orlando, FL

04-04-97          **Antibiotic Update: 1997**
National Association of Nurse Practitioner's Conference
1997 NPACE
Orlando, FL

03-15-97          **Advanced Practice Models for Pharmaceutical Care**
South Florida Society of Health-System Pharmacists
Miami, FL

03-09-97          **Developing Reimbursement Strategies for Clinical Pharmacy
Services**
Greensboro AHEC
Greensboro, NC

03-07-97          **Getting Paid for Pharmaceutical Care: Reimbursement
Workshop**
American Pharmaceutical Association (APhA)
1997 Annual Meeting
Los Angeles, CA

12-12-96          **Cost Impact of Lipid Lowering Therapy**
Managed Care Medical Directors of Florida
1996 Annual Meeting
Tampa, FL

09-14-96          **Management of Tuberculosis: Clinical Case Studies**
Southwest Florida Society of Health system Pharmacists
(SWFSHP)
1996 Annual Meeting
Update on the Management of Infectious Diseases
Tampa, FL

11-07-96          **Value of Pharmaceutical Disease Management in Reducing
Overall Health Care Costs**
Merck - Central Florida Health Care Coalition (CFHCC)
Orlando, FL

08-17-96          **Management and New Therapies for HIV Infection**
Update on HIV and Related Infections
A Continuing Education Program for Pharmacists
University of South Florida
Tampa FL

04-08-96      **Implementation of Community Based Pharmaceutical Care Service**
Florida Society of Health-System Pharmacists Midyear Meeting
Ft. Lauderdale, FL

03-26-96      **Newer Antibiotics in the Managed Care Setting**
Challenges in Pharmaceutical Care
Braintree, MA

02-22-96      **Pharmacokinetic Services:  Pharmacist Managed Consult Service Model**
Polk County Pharmaceutical Association
Bartow, FL

02-10-96      **Pharmacoeconomic Trials:  Designing Research Trials to Improve Clinical Outcomes and Reduce Health Care Costs**
United States Pharmacoeconomic Advisory Board, Bayer
Vail, CO

11-07-95      **Value of Pharmaceutical Disease Management In Reducing Overall Health Care Costs Reducing Overall Health Care Costs Through Pharmaceutical and Disease Intervention,**
The Healthcare Revolution, Central Florida Health Care Coalition (CFHCC)
Orlando, FL

10-04-95      **Pharmacy Management Course**
University of Florida
Gainesville, FL

10-01-95      **Applying Reimbursement Coding to Pharmaceutical Care Services**
New York State Council of Health-System Pharmacists
1995 Annual Meeting
Newburgh, NY

09-16-95      **Pharmacists Care of Anticoagulant and Cardiovascular Patients**
Florida Pharmacy Association Continuing Education Series
St. Petersburg, FL

08-26-95      **Practical Issues Related to the Conduct of Clinical Trials, Research & Development: Oral Streptogramins In Sinusitis**
Four Seasons Hotel
Chicago, IL

08-15-95      **Expanding Services in the Diabetes Marketplace**
Orange County Pharmaceutical Association
Orlando, FL

08-07-95      **Macrolide Antibiotic Update**
American College of Clinical Pharmacy
1995 Annual Meeting
Washington, DC

08-04-95      **Pharmaceutical Care: Nephrology Services, Developing Reimbursement Strategies**
Florida Society of Health-system Pharmacist
1995 Annual Meeting, Stouffer Hotel
Orlando, FL

| | |
|---|---|
| 08-04-95 | **Justification of Pharmacy Services: Survival for the Future, Panel Discussion**<br>Opening Session, Florida Society of Health-system Pharmacist 1995 Annual Meeting, Stouffer, Hotel<br>Orlando, FL |
| 07-25-95 | **Implementing Pharmaceutical Care**<br>Practitioner Panel Tennessee Pharmacist Association 108th Annual Meeting<br>Memphis, TN |
| 06-06-95 | **Expanding Pharmaceutical Care in and Era of Declining Resources**<br>American Society of Hospital Pharmacists<br>1995 Annual Meeting<br>Philadelphia, PA |
| 05-21-95 | **Issues in Infectious Diseases: 1995**<br>CE on the SEA, Continuing Education Seminar<br>Ocho Rios, Jamaica |
| 05-19-95 | **Antibiotic Update: 1995**<br>Florida Nurses Association, Belleview Biltmore<br>Clearwater, FL |
| 05-16-95 | **Update on Antifungal Therapy: Primer for Clinical Practice**<br>Pinellas County Pharmaceutical Association<br>Pinellas Park, FL |
| 05-10-95 | **Steroid Overview for Primary Care Practice**<br>Nurse Practitioner Association for Continuing Education 1995 Annual Meeting<br>Orlando, FL |
| 04-18-95 | **Pharmaceutical Care: Intensive Insulin Therapy**<br>Southern Gulf Society of Hospital Pharmacist, Holiday Inn<br>Ft. Myers, FL |
| 04-08-95 | **Pharmacotherapeutic Care Plans for Ambulatory Patients**<br>Implementation of Community Based Pharmaceutical Care Service<br>Ft. Lauderdale, FL |
| 04-08-95 | **Developing a Nephrology Pharmaceutical Care Practice**<br>Florida Society of Hospital Pharmacist<br>1995 Annual Meeting<br>Ft. Lauderdale, FL |
| 04-07-95 | **Issues and Advances in Pediatrics. Advances in Pediatric Pharmacology: Medications and Drug Delivery Systems**<br>Sheraton Sand Key Resort<br>Clearwater Beach, FL |
| 03-21-95 | **Reimbursement for Pharmaceutical Care Services**<br>Southern Gulf Society of Hospital Pharmacist<br>Lee Memorial Hospital<br>Ft. Myers, FL |

| | |
|---|---|
| 02-16-95 | **Early Presumptive Antifungal Therapy**<br>Internal Medicine Grand Rounds, University of South Florida College of Medicine<br>Tampa, FL |
| 02-24-95 | **Aminoglycoside and Vancomycin Pharmacokinetics: Clinical Application**<br>Course# PHA4123/5121, University of Florida, College of Pharmacy<br>Gainesville, FL |
| 02-25-95 | **Pediatric Hyperlipidemia: Assessment and Management**<br>University of Florida College of Pharmacy<br>Post Graduate PharmD. Program, USF College of Public Health<br>Tampa, FL |
| 02-04-95 | **New Approaches to Cancer Therapy: Gene Therapy and Monoclonal Antibodies**<br>Florida Pharmacy Association<br>Academy of Pharmacy Practice<br>Clinical Mid-Year Conference<br>Orlando, FL |
| 01-27-95 | **Reimbursement Factors in Modern Healthcare**<br>Miles 1995 Pharmacy Advisory Board<br>Innisbrook, FL |
| 01-28-94 | **Pharmaceutical Care and Reimbursement for Pharmacy Services**<br>Miles Pharmacy Advisory Group<br>Tarpon Springs, FL |
| 12-13-94 | **Establishing Reimbursement Guidelines for Cognitive Services**<br>North Pinellas Pharmacy Association<br>Tarpon Springs, FL |
| 12-05-94 | **Issues in Antifungal Therapy**<br>American Society of Hospital Pharmacists<br>Exhibitor's Theater Program<br>29th Midyear Clinical Meeting, Miami Beach Convention Center<br>Miami, FL |
| 11-19-94 | **Clinical Aspects of Early Antifungal Therapy in the ICU**<br>Cost Effectiveness in the ICU<br>Orlando Hilton<br>Orlando, FL |
| 11-10-94 | **Review of Antifungal Therapy**<br>Mobile Pharmacy Association, Providence Hospital<br>Mobile, AL |
| 10-18-94 | **Diabetes and the Geriatric Patient**<br>VA Medical Center<br>Miami, FL |

APP00126

10-07-94      **Medications and Their Impact on Ototoxicity and Patient Assessment**
Florida Speech and Hearing Association
1994 Annual Meeting
Cocoa Beach, FL

10-06-94      **Contribution of Biotechnology to Pharmaceutical Pipelines: Current and Future**
American College of Clinical Pharmacology, Symposium
23rd Annual Meeting
Orlando, FL

08-05-94      **Obtaining Reimbursement for Therapeutic Outcomes Monitoring**
TOM Pharmacist Meeting
University of Florida College of Pharmacy
Gainesville, FL

08-04-94      **Considerations in the Diagnosis and Treatment of Fungal Infections**
National Teleconference, American Teleconferencing
Tampa, FL

08-04-94      **A Pharmacotherapeutic Care Plan Model: Renal Disease, Pharmacoeconomic Considerations II**
Florida Society of Health system Pharmacists
1995 Annual Meeting
Orlando, FL

08-04-94      **Financial Impact of Innovative Pharmaceutical Services**
Florida Society of Health system Pharmacists
Opening General Session: Forces Affecting Health Care in Florida
1995 Annual Meeting
Orlando, FL

07-08-94      **Reimbursement for Pharmacy Services**
Arizona Society of Hospital Pharmacists
1994 Annual Meeting
Tucson, AZ

06-22-94      **Antifungal Therapy: Clinical Software Applications**
Pharmacy Grand Rounds, Gunnersville Hospital
Gunnersville, AL

06-21-94      **Antifungal Therapy: Clinical Software Applications**
University Hospital Pharmacists
Birmingham, AL

06-20-94      **Rational Antifungal Therapy in Hospitalized Patients**
Grand Rounds, Lakeland Regional Hospital
Lakeland, FL

06-08-94      **Pain Management and Non-steroidal Anti-inflammatory Agents**
Pain Management Symposium, Tampa General Hospital
Tampa, FL

06-07-94        **Maximizing Reimbursement for Pharmaceutical Products and Services**
American Society of Hospital Pharmacists, Exhibitor's Theater, 51st Annual Meeting
Reno, NV

05-05-94        **The Rising Cost of Candida Infections**
Northwest Alabama Pharmacists Association
Florence, AL

04-08-94        **Antifungal Therapy in the Critically Ill**
American Association of Critical Care Nurses Gulf coast Chapter Spring Meeting

03-26-94        **Reimbursement Guidelines for Pharmacy Services**
Pharmaceutical Care Forum, CarePoint
Folly Beach, SC

03-06-94        **Health Care Reform: Preparing Pharmacy for Change**
Tennessee Society for Hospital Pharmacist
1994 Annual Meeting
Nashville, TN

02-25-94        **Patient Education and Pharmaceutical Care**
1994 Update: Colony Stimulating Factors
St. Petersburg, FL

02-15-94        **Opportunities for Pharmacists in Biotechnology**
West Alabama Society of Hospital Pharmacists
Tuscaloosa, AL

02-10-94        **Health care Reform:  It's Impact on Pharmacy Practice**
Society of Hospital Pharmacists
Tallahassee, FL

02-05-94        **Patient Monitoring - Software Applications**
Cytokine Forum Group
San Diego, CA

02-04-94        **Developing Reimbursement Guidelines of Pharmaceutical Care Services**
CarePoint Pharmaceutical Care Conference
Atlanta, GA

01-28-94        **Pharmaceutical Care and Reimbursement for Pharmacy Services**
Miles Pharmacy Advisory Group
Tarpon Springs, FL

01-13-94        **Implementing System for Payment**
An update on OBRA 90
The 22nd Annual Pharmacy Law and Management Conference
Lake Buena Vista, FL

12-09-93        **New Clinical Software Applications**
American Society of Hospital Pharmacists
1993 Midyear Clinical Meeting
Atlanta, GA

| | |
|---|---|
| 12-09-93 | **Clinical Case Studies: Antifungal Therapy**<br>American Society of Hospital Pharmacists<br>1993 Midyear Clinical Meeting<br>Atlanta, GA |
| 12-08-93 | **Health Care Reform: It's Impact on Hospitals and Pharmacy, How Hospital Pharmacy Will Be Affected**<br>American Society of Hospital Pharmacists<br>1993 Midyear Clinical Meeting<br>Atlanta, GA |
| 11-21-93 | **Biotechnology Pharmaceutical Products: The Pharmacists Role**<br>South Dakota Pharmaceutical Association<br>1993 Annual Meeting<br>Sioux Falls, SD |
| 11-13-93 | **Implementing a System for Payment**<br>University of Florida College of Pharmacy<br>22nd Annual Pharmacy Law and Management Conference, "An Update of OBRA 90"<br>Gainesville, FL |
| 11-12-93 | **The Diabetes Marketplace**<br>Gulf Coast Pharmaceutical Association<br>Ft. Meyers, FL |
| 11-07-93 | **Pharmacoeconomics and Colony Stimulating Factors**<br>Georgia Society of Hospital Pharmacists<br>Thomasville, GA |
| 10-03-93 | **Reimbursement for Patient Consultation**<br>Illinois Pharmacists Association<br>113th Annual Meeting and Exhibition<br>Rockford, IL |
| 09-26-93 | **Insulin & Diabetes Update**<br>Southeastern Society of Hospital Pharmacists<br>Ft. Lauderdale, FL |
| 09-14-93 | **Update on Health Care Reform**<br>Eastern Shores Florida Society of Hospital Pharmacists<br>Daytona, FL |
| 08-22-93 | **Experiences with Utilization of CPT Coding Reimbursement for Clinical Services:  Round Table Forum**<br>Florida Society of Hospital Pharmacists<br>1993 Annual Meeting<br>Orlando, FL |
| 08-19-93 | **Managing Patients on Biologic Response Modifiers Practical Applications of Biologic Response Modifiers**<br>Florida Society of Hospital Pharmacists<br>1993 Midyear Meeting<br>Orlando, FL |
| 08-14-93 | **Leadership Skills:  Tricks of the Trade**<br>Florida A&M Leadership Conference<br>Orlando, FL |

07-13-93          **The Pharmacoeconomics of Antifungal Therapy**
                  Vanderbilt University, Department of Pharmacy
                  Nashville, TN

07-10-93          **Pharmaceutical Biotechnology Update**
                  ALCO Health Services Corporation
                  1993 Annual Meeting
                  Orlando, FL

06-24-93          **Important Issues in the Selection of IV versus PO Fluconazole**
                  Teleconference Pfizer Pharmaceuticals

06-22-93          **Insulin Update**
                  Hillsborough County Pharmaceutical Association
                  Tampa, FL

06-10-93          **Important Issues in the Selection of IV versus PO Fluconazole**
                  Teleconference Pfizer Pharmaceuticals
                  Tampa, FL

06-07-93          **Amlodipine and Beta Blockers**
                  American Society of Hospital Pharmacists
                  1993 Annual Meeting
                  Denver, CO

05-30-93          **Developing Reimbursement Strategies for Clinical Services**
                  Florida A&M University
                  Clearwater, FL

05-25-93          **Monitoring Patients on Biologic Response Modifiers**
                  National Home Infusion Association/National Association of
                  Retail Druggist
                  1993 Annual Meeting, Rx Expo '93
                  Orlando, FL

05-21-93          **Clinical Pharmacokinetic Software**
                  University of Florida, Applied Pharmacokinetics 1993
                  Gainesville, FL

05-19-93          **Important Issues in the Selection of IV versus PO Fluconazole**
                  Teleconference Pfizer Pharmaceuticals
                  Tampa, FL

05-13-93          **Important Issues in the Selection of IV versus PO Fluconazole**
                  Capital Society of Hospital Pharmacists
                  Tallahassee, FL

05-07-93          **Important Issues in the Selection of IV versus PO Fluconazole**
                  Flagler Community Hospital, Department of Pharmacy
                  St. Augustine, FL

05-07-93          **Important Issues in the Selection of IV versus PO Fluconazole**
                  St. Vincent's Hospital, Department of Pharmacy
                  Jacksonville, FL

05-01-93          **Drug Research and Development: From the Laboratory to the
                  Drug Store**
                  Cystic Fibrosis Family Day, University of South Florida,
                  Department of Pediatrics
                  Tampa, FL

| 04-29-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Teleconference Pfizer Pharmaceuticals<br>Tampa, FL |
|---|---|
| 04-28-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Birmingham Hospital Pharmacists Program<br>Birmingham, AL |
| 04-27-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Montgomery Regional Hospital Pharmacists, Penach at<br>Rose Hill<br>Montgomery, AL |
| 04-23-93 | **Pharmaceutical Biotechnology Update**<br>American Association Critical Care Nurses<br>1993 Annual Meeting<br>Clearwater, FL |
| 04-22-93 | **Pharmaceutical Biotechnology: Research and Development**<br>Anderson Memorial Hospital, Medical Grand Rounds<br>Anderson, SC |
| 04-07-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Teleconference Pfizer Pharmaceuticals<br>Tampa, FL |
| 02-24-93 | **Important Issues in the Selection of IV versus PO Fluconazole**<br>Teleconference Pfizer Pharmaceuticals<br>Tampa, FL |
| 02-18-93 | **Therapeutic Drug Monitoring: Antibiotics**<br>University of Florida, College of Pharmacy<br>Pharmacokinetics Course<br>Gainesville, FL |
| 12-28-92 | **JCAHO and Home Health Care**<br>CareStat of Colorado, Department of Pharmacy<br>Denver, CO |
| 12-15-92 | **Selection of IV versus PO Fluconazole Therapy**<br>Teleconference<br>Tampa, FL |
| 12-13-92 | **Reimbursement for Clinical Pharmacy Services**<br>Florida Pharmaceutical Association<br>Sarasota, FL |
| 11-21-92 | **Reimbursement for Clinical Pharmacy Services "Implementing OBRA '90"**<br>Twenty-First Annual Pharmacy Law and Management<br>Conference<br>Orlando, FL |
| 11-20-92 | **Pharmacy Practice in the 1990's**<br>Seminole Heights Elementary School, Great American Teach-In<br>Tampa, FL |

| | |
|---|---|
| 10-24-92 | **New Medications and Absorption Routes - How They Can Interact**<br>Florida Nurses Association<br>Third Annual Pharmacology Update<br>Tampa, FL |
| 10-14-92 | **Drug Utilization Review and Outcomes Management**<br>Georgia Shared Services, Fall Forum 1992<br>Callaway, GA |
| 10-07-92 | **Pharmacological Approach to the Treatment of Pressure Ulcers**<br>Pressure Ulcers - Prevention, Assessment, Treatment and Infection Control<br>Sand Key Beach, FL |
| 09-30-92 | **Review of Antifungal Therapy**<br>Pfizer Pharmaceuticals, Southeastern Regional Sales Division<br>Regional Sales Meeting<br>Tampa, FL |
| 09-15-92 | **Advances in Oral Antibiotics**<br>Augusta Pharmaceutical Association<br>Augusta, GA |
| 09-06-92 | **Biotechnology and Immunology**<br>Puerto Rico Pharmaceutical Association<br>San Juan, Puerto Rico |
| 08-14-92 | **Biotechnology and Drug Development**<br>Pharmacy Grand Rounds<br>HCA Community Hospital<br>New Port Richey, FL |
| 08-13-92 | **Review of Amphotericin B and Antifungal Therapy**<br>Roche Professional Services Division<br>Home Health Pharmacy Services<br>Tampa, FL |
| 07-27-92 | **Advances in Biotechnology and Drug Development**<br>Pharmacy Grand Rounds, St. Joseph's Hospital<br>Tampa, FL |
| 07-18-92 | **Application of Biotechnology in Medicine**<br>Florida Pharmaceutical Association, Annual Meeting 1992,<br>Boca Raton, FL |
| 07-14-92 | **Advances in Hospital Pharmacy Practice**<br>Pharmaceutical Training Seminar, Miles, Inc.<br>Orlando, FL |
| 05-20-92 | **Health Care Reform: Impact on Pharmacy Services**<br>Eastern Shores Society of Hospital Pharmacists<br>Daytona Beach, FL |
| 05-15-92 | **All Americas Health care Conference**<br>AIDS Update, Moderator<br>Tampa, FL |
| 04-16-92 | **Antimicrobial Testing and Resistance**<br>Memorial Hospital (AMI)<br>Tampa, FL |

| | |
|---|---|
| 04-14-92 | **Clinical Pharmacology Review or Sertraline**<br>Hillsborough County Pharmaceutical Association<br>Tampa, FL |
| 04-02-92 | **Monoclonal Antibodies and Antibiotic Selection**<br>Pinellas County Hospital Pharmacists<br>Clearwater, FL |
| 03-25-92 | **Monoclonal Antibodies: Clinical Applications**<br>Health care Forum, Regional Hospital Consortium<br>Miami, FL |
| 03-11-92 | **Biotechnology in Retail Pharmacy**<br>Pasco/Hernando County Pharmaceutical Association<br>New Port Richey, FL |
| 03-05-92 | **Introduction to Use and Handling of Biotechnology Agents**<br>Ohio Society of Hospital Pharmacists, "Pharmacy Technician Program"<br>1992 Annual Meeting<br>Dayton, OH |
| 02-27-92 | **Introduction to Clinical Pharmacology Principles**<br>University of South Florida, Internal Medicine Noon Conference<br>Tampa, FL |
| 02-05-92 | **Therapeutic Drug Monitoring in Psychiatry**<br>University of South Florida, Psychiatry Residence Conference<br>Tampa, FL |
| 01-15-92 | **Analysis of Antibiotic Selection and Treatment on the Clinical Outcome of Monoclonal Anti-Endotoxin Therapy**<br>Merck Research Laboratories<br>Rahway, NJ |
| 12-10-91 | **Profile of the Clinical Pharmacokinetic Software Marketplace**<br>Syva International, Marketing Division<br>Tampa, FL |
| 12-05-91 | **Selecting Clinical Pharmacokinetic Software**<br>American Society of Hospital Pharmacists<br>1991 Midyear Clinical Meeting<br>New Orleans, LA |
| 12-01-91 | **Clinical Applications for Colony Stimulating Factors**<br>Long Island Hospital Pharmacy Directors Meeting<br>Long Island, NY |
| 09-29-91 | **Clinical Documentation:  Important or Impractical?**<br>Indian River Pharmacy Association<br>Vero Beach, FL |
| 08-10-91 | **Colony Stimulating Factors:  From Laboratory to Clinical Applications**<br>Southern Gulf Society of Hospital Pharmacist<br>Ft.  Myers, FL |
| 08-08-91 | **Medical Legal Issues in Pharmacy Practice**<br>Moderator Current Issues in Pharmacy Practice<br>Lake Buena Vista, FL |

06-07-91      **Colony Stimulating Factors: Clinical Applications**
Southeastern Society of Hospital Pharmacists
North Broward Medical Center
Ft. Lauderdale, FL

05-16-91      **Colony Stimulating Factors: From Laboratory to Clinical Applications**
Polk County Pharmacy Association
Lakeland, FL

04-26-91      **Evaluation of Clinical Services: Outcomes Management**
Moses H. Cone Hospital, Pharmacy Grand Rounds
Greensboro, NC

04-06-91      **Clinical Impact of Nutrition Support in Home Health care**
Roche Professional Services, Clinical Training Program
Tampa, FL

03-15-91      **Therapeutic Drug Monitoring: Applications in Home Health care**
Dun & Bradstreet Corporation
Tampa, FL

01-26-91      **Pharmacology Concerns for the Audiologist**
Florida Association of Speech, Hearing, and Audiology
(FLASHA) Winter Conference
Gainesville, FL

01-91      **Drug-Induced Ototoxicity**
Florida Language Speech and Hearing Association
1991 Winter Meeting
Cocoa Beach, FL

11-90      **Clinical Outcomes Management**
Southwest Florida Society of Hospital Pharmacists
1990 Annual Meeting
St. Petersburg, FL

08-90      **Clinical Pharmacokinetics: Software Review**
Florida Society of Hospital Pharmacists
24th Annual Meeting
Orlando, FL

06-90      **Outcomes Management**
Southwest Central Louisiana Society of Hospital Pharmacists
Baton Rouge, LA

05-90      **Anti-infective Therapy in the Immunocompromised Patient**
Orlando Pharmacy Symposium '90, Co-Chairman
Orlando, FL

10-89      **Review of Clinical Pharmacokinetic Software**
California Society of Hospital Pharmacists Seminar
1989 Meeting
Los Angeles, CA

10-89      **Evaluation of Commercially Available Pharmacokinetic Software Systems**
Georgia Society of Hospital Pharmacists Midyear Meeting
Athens, GA

| | |
|---|---|
| 10-89 | **Bayesian Pharmacokinetics**<br>Pharmacy Grand Rounds, H. Lee Moffitt Cancer Center<br>Tampa, FL |
| 02-89 | **Clinical Pharmacokinetics Software Systems**<br>Pharmacy Grand Rounds, H. Lee Moffitt Cancer Center<br>Tampa, FL |
| 04-88 | **Design and Implementation of a Computerized Pharmacokinetic Patient Tracking System**<br>Southeastern Residents Conference<br>Athens, GA |
| 10-87 | **Geriatric Pharmacology: Therapeutic Considerations**<br>Emory University Hospital, Pharmacy Grand Rounds<br>Atlanta, GA |
| 11-86 | **Aminoglycoside Dosing Adjustments in Renal Failure**<br>Emory University Hospital, Clinical Pharmacy Department<br>Atlanta, GA |
| 08-86 | **Vaccinating the Elderly**<br>Veteran's Administration Hospital, Medical Staff<br>Atlanta, GA |
| 06-86 | **Pneumocystis carinii Pneumonia in AIDS Patients: Current Treatments and Investigational Agents**<br>Dekalb General Hospital, Clinical Pharmacy Department<br>Atlanta, GA |
| 11-85 | **The Pharmacological Interactions of Lithium Carbonate**<br>Georgia Mental Health Institute, Medical Staff Conference<br>Atlanta, GA |
| 11-85 | **Clinical Case Study: Organic Personality Syndrome**<br>Georgia Mental Health Institute, Medical Staff Conference<br>Atlanta, GA |

## TELEVISION / RADIO / MEDIA:

| | |
|---|---|
| 05-01-13 | **Transitional Care CPT Codes May Include Pharmacists' Services**<br>Pharmacy News<br>Kate Traynor |
| 09-11-12 | **Connecting Health: Medication Therapy Management**<br>Medical Update Show<br>Jacksonville, FL |
| 01-14-10 | **Antidepressants Can Lead to Weight Gain**<br>St. Petersburg Times<br>Irene Maher |
| 10-09 | **Current Concepts in Pharmacy Management: Medicare Part D**<br>Interview<br>David's Production, Inc. |
| 07-09-09 | **United Stated Health Care Reform 2009**<br>Drive Time with Bill Bunkley, WTBN<br>William Bunkley |

| | |
|---|---|
| 07-09 | **Viagra – Video Taped Interview**<br>Posted on website |
| 06-24-09 | **Increased abuse of synthetic medications**<br>BBC World News: World Service<br>George Arney |
| 08-18-08 | **Opiate Toxicity**<br>Dr. G Medical Examiner Show<br>Discovery Health |
| 10 – 07 | **Front-line Practitioners Offer Keys To Their Success**<br>Pharmacy Today<br>Page 36 |
| 07-21-07 | **Tampabay.com Know it now**<br>**An Hour of Expert Witness Time, $4,000**<br>Interview with Scott Barancikn |
| 06-01-06 | **Pharmacist Current Procedural Terminology Codes and Medication Therapy Management**<br>American Journal of Health-System Pharmacists<br>Volume 63, Page 1008 & 1010 |
| 05-09-06 | **Medicare Part D: The Facts about the May 15th Deadline for Signing up**<br>Drive Time, WTBM AM 570/910, News Radio |
| 04-12-06 | **Medicare Part D:  Selecting the Plan That Meets Your Needs**<br>Drive Time, WTBM AM 570/910, News Radio |
| 09-07-05 | Linda Hurtado, Channel 28 |
| 07-19-05 | **Medication Importation and Risk of Fatal Toxicities**<br>Dr. G Medical Examiner (Jan C. Garavaglia, MD)<br>Discovery Health Channel |
| 07-13-05 | **Post Partum Depression**<br>Channel 13, WTVT/FOX, Kathy Fountain Show,<br>Tampa, FL |
| 05-01-05 | **Distinguished Achievement Award in Clinical/Pharmacotherapeutic Practice**<br>APhA – APPM awardees to be recognized APhA2005<br>Annual Meeting News |
| 01-25-05 | **Jeff Fisher (WFLA-AM) Interview**<br>Tampa, FL |
| 02-24-04 | **Violence In 'Passion' Necessary, Viewers Say**<br>The Tampa Tribune, Metro, Philip Morgan |
| 02-01-04 | **APhA Member Goes to Bat for Pharmacy**<br>Pharmacy Today, Volume 10, Number 2 |
| 12-03 | **People Talk - Daniel E. Buffington, PharmD, MBA a Member of The X12 Panel**<br>Computer Talk, Volume 23, Number 6, November/December 2003, Page 51 |

06-03 **What You Can Do:  Tips for Telling Your Story**
ASHP Action Line, Special Edition, The American Society of
Health-System Pharmacists, Monthly New Bulletin, Volume 33,
Number 3

01-03 **Beyond dispensing and drug therapy management: Pharmacist
creates a medical specialty practice model**
APHA Pharmacy Today, Volume 9, Number 1, January 2003,
Pages 14-15, 18

01-10-02 **Experts: Safe overall, drug demands caution**
St. Petersburg Times, Newspaper

06-20-01 **Oxycontin**
Channel 62, WVEA-TV (Entravision), Evening News,
Tampa, FL

10-06-00 **Drug Pricing**
Channel 8, WFLA, Evening News,
Tampa, FL

Summer 2000 **Innovative Pharmacology Practice Decreases Healthcare Costs**
Health & Medical Feeling Good, Summer 2000, Page 27-28

02-09-98 **Golf Max**
CBS Channel 10, WTSP, Evening News,
Tampa, FL

01-30-98 **Cleaning Out Your Medicine Cabinet**
Channel 8, WFLA, Evening News,
Tampa, FL

10-13-97 **Nutritional Supplements:  Trends in Alternatives to Prescription
Medications**
Channel 10, WTSP/ACB, Evening News,
Tampa, FL

06-30-97 **Non-prescription Products for Relief of Alcohol Related Hangovers**
Channel 10, WTSP/ACB, Evening News,
Tampa, FL

06-18-97 **Caffeine Containing Soft Drinks and their Impact on Your Health**
Channel 8 WFLA, NBC Evening News,
Tampa, FL

04-28-97 **Understanding Prescription Medication Pricing**
Channel 10, WTSP/ABC News,
Tampa, FL

02-25-97 **Oral Contraceptives: Morning After Pills?**
Channel 8, WFLA, NBC Evening News,
Tampa, FL

01-28-97 **Breast Pill**
Channel 10, WTSP News,
Tampa, FL

11-28-96 **Diabetes: Understanding New Drug Therapies**
Channel 28, WFTS/ABC, Evening News
Tampa, FL

| | |
|---|---|
| 11-11-96 | **Medications which may cause weight gain**<br>Channel 8, WFLA, NBC Evening News,<br>Tampa, FL |
| 11-05-96 | **Nutritional Supplements for Sports & Fitness:  Helpful or Harmful**<br>Channel 28, WFTS/ABC, Evening News,<br>Tampa, FL |
| 09-23-96 | **HIV Treatment Update: Salk/Remune Vaccine**<br>Channel 13, WTVT/FOX, Good Morning Tampa Bay,<br>Tampa, FL |
| 09-13-96 | **Dr. On Call, What is Remune?**<br>Channel 13,<br>Tampa, FL |
| 09-09-96 | **New Experimental Vaccine Therapy for HIV**<br>Channel 8, WFLA/NBC, Evening News,<br>Tampa, FL |
| 1996 | **Clinical Pharmacology Services – Medication Consulting & Clinical Research**<br>Feeling Good, Premiere Issue 1996, Page 39 |
| 08-29-96 | **Developing New Treatments for HIV & AIDS Infection**<br>Channel 8, WFLA, NBC Evening News,<br>Tampa, FL |
| 02-07-96 | **Smoking Cessation: Using Injectable Medications**<br>Channel 8, WFLA/NBC, Evening News,<br>Tampa, FL |
| 11-07-95 | **Analgesics**<br>Channel 13,<br>Tampa, FL |
| 10-10-95 | **Medications in the Treatment of Obesity**<br>Channel 13 WTVT, Evening News,<br>Tampa, FL |
| 09-14-95 | **Non-approved use of prescription medications: Misoprostol and Methotrexate**<br>Channel 13, WTVT, FOX, Evening News,<br>Tampa, FL |
| 08-24-95 | **Medications in the Elderly: United States General Accounting Office 1995 Report**<br>Channel 13, WTVT, FOX, Good Morning Tampa Bay,<br>Tampa, FL |
| 08-23-95 | **GATT Treaty and it's Impact on Pharmaceutical Patents and Pricing**<br>National Public Radio (NPR), WUSF 90 FM,<br>Tampa, FL |
| 07-27-95 | **Prescription to over-the-counter antacid preparations**<br>Channel 13, WTVT/FOX, Good Morning Tampa Bay,<br>Tampa, FL |

06-13-95     **Diet Pills and Weight Loss**
Channel 13, WTVT/CBS, Evening News
Tampa, FL,

02-22-95     **Overmedication in The Elderly**
Channel 8, WFLA/NBC News, Evening News,
Tampa, FL

11-01-94     **Awards and Installation Banquet, FSHP Forerunner Award**
The Florida Journal of Hospital Pharmacy, Volume 14 Number 5,

05-19-94     **Medical Charity Concert - Band Side FX**
Channel 8, WFLA, NBC, Evening News,
Tampa, FL

05-04-94     **Antibiotic Resistance**
Channel 8, WFLA, NBC, Evening News,
Tampa, FL

04-13-94     **Toxic Effects of Tobacco and Solvents Used in the Production of Cigarettes**
Channel 10, WTSP, ABC, Evening News,
Tampa, FL

02-15-94     **Health Tips: Medication Awareness and Counseling**
Channel 8, WFLA, NBC, Evening News,
Tampa, FL

06-30-93     **Cow's Head Pills: Asian Herbal Medications**
Channel 13, WTVT, CBS, Morning News,
Tampa, FL

03-25-93     **New Medical Uses for Aspirin**
Channel 8, WFLA, NBC, Morning News
Tampa, FL