## EXHIBIT LIST

| Exhibit | Title | Pages |
|---------|-------|-------|
| *A* | *Declaration of NDOC's Pharmacy Director Linda Fox* | *3* |
| *B* | *Cardinal Health Invoice* | *2* |