# EXHIBIT B

## Cardinal Health Invoice

# EXHIBIT B

| | | |
|---|---|---|
| S (623) 478-8500 | CARDINAL HEALTH<br>600 N 83RD AVE<br>TOLLESON, AZ 85353 | PAGE 1 OF 1   ROUTE/STOP 312 / 007   DV |

**CardinalHealth**   DEA RW-0263056   FED ID 68-0158739

| CUST. NO. | DATE | ORIGINAL INVOICE |
|---|---|---|
| 163264 | 7/08/19 | 4778072 |
| REG NO. | CUST. DEA NO. | ORDER NO. | CUSTOMER P.O. NUMBER |
| CA00001 | AS2995922 | 7000581 | |
| ORDER DATE | CONF. NO | | |
| 7/05/19 | 01954 | | |

BILL TO:
NV DEPT OF CORRECTION CTR PHCY
CENTRAL PHCY
3955 W RUSSELL RD-CASA GRANDE
LAS VEGAS, NV 89118

SHIP TO:
NV DEPT OF CORRECTION CTR PHCY
CENTRAL PHCY
3955 W RUSSELL RD-CASA GRANDE
LAS VEGAS, NV 89118

| ITEM NUMBER | NDC/UPC | QTY SHIPPED | QTY | DESCRIPTION | SIZE | RETAIL PRICE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 5471487 | 72439-0500-10<br>TOTE#991 | 8 | 8 | CT POTASSIUM CL 2MEQ/ML 10X10ML | 10AM | | 28.50 | 228.00 CT |
| | | 8 | | PIECES SHIPPED | | | SUBTOT | 228.00 |
| | | 8 | | TOTAL PIECES SHIPPED | | | | |

--------- S U M M A R Y ---------

Total RX                    228.00

NET AMOUNT                  228.00

INVOICE SHIP DATE: 7/07/2019

For SDS Visit: http://www.mycardinalsdspd.com

exp 7/21

PLEASE REMIT YOUR PAYMENTS TO FOLLOWING ADDRESS:
CARDINAL HEALTH 110, LLC
C/O BANK OF AMERICA
PO BOX 56412
LOS ANGELES, CA 90074-6412

8/07/19                     228.00
DUE DATE

312 / 007

Customer is a final dispenser purchasing for own use and will not redistribute prescription pharmaceuticals into the secondary market.

The prices shown on this invoice are net of discounts provided at the time of purchase. Some of the products listed on this invoice may be subject to additional discounts or rebates. Please refer to your contract for any applicable additional discounts or rebates that may apply to these purchases. You may have an obligation pursuant to 42 USC §1320a-7b to report discounts and rebates to Medicare, Medicaid or other governmental health care programs.

Effective January 1, 2015, DSCSA Transaction Data for qualified prescription drugs can be accessed via

NDOC-DPP-0028