AARON D. FORD
  Attorney General
D. Randall Gilmer (Bar No. 14001)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3427
Facsimile: (702) 486-3773
Email: DGilmer@ag.nv.gov

*Attorneys for Defendants Daniels, Wickham, Gittere, Reubart, Drummond, Minev, Green and Fox (NDOC Defendants)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZANE M. FLOYD,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>Defendants. | Case No. 3:21-cv-00176-RFB-CLB<br><br>**DECLARATION OF LINDA FOX, PHARMACY DIRECTOR OF THE NEVADA DEPARTMENT OF CORRECTIONS PURSUANT TO MINUTE ORDER DATED JUNE 30, 2021**<br>**(ECF No. 115)** |

I, Linda Fox, hereby declare based on personal knowledge and/or information and belief, that the following assertions are true.

1. I have been a registered pharmacist with the State of Nevada since 1990.

2. I have worked as a pharmacist for the Nevada Department of Corrections (NDOC) since 2004.

3. I currently am the Pharmacy Director for the NDOC, a position I have held since 2010. This position is also occasionally referred to Chief of Pharmacy or Pharmacy Director. I am responsible for the administrative and day-to-day functions of pharmaceutical services for the NDOC. This position requires me to do many things, including ensuring that medications are ordered, obtained, and properly stored and secured until they are utilized for their intended use.

4. I am providing this Declaration to the Court at the request of my counsel, as it is my understanding the Court has sought the following information pertaining to each of the drugs referenced in the Execution Manual:

    a. "when the drug or drug batch was purchased,"

    b. "[w]hen the drug or drug batch was received by the NDOC, and"

    c. "the expiration date for the respective drug or drug batch expired."

5. In response to these three specific questions, there is some important information I need to share with the Court as to the processes and storage information to put the information into context.

6. First, for purpose the Court's question in ¶ 4(a), I am providing the information for the date of ordering the drugs, which to me as a layperson I consider purchasing, and based on the context of the Court's question, appears to be what the Court is requesting information on. I would have to defer to my counsel as to whether there is a distinction between ordering and purchasing.

7. Second, with regard to the Court's question in ¶ 4(b), I note that the general and standard practice is that NDOC receives a drug the next business day following the drug being ordered/purchased on the Cardinal website portal. This is generally noted by the "stamped received" marking on the invoice and also generally aligns with the date listed on the invoice immediately following the "Cust. No." box on the right-hand side of the invoice. The invoices also note the "order date" in the box entitled the same. As an example, I direct the Court to one of the invoices that will be referenced below and contained in "**Attachment 2**" to this Declaration, NDOC0001.

8. Third, with regard to the Court's question in ¶ 4(c), once the drugs are received, they are stored in the same location in the pharmacy, and it is not possible at that point to determine which "batch" the drug was part of, due the manner in which the medications are stored.  I can certainly provide the expiration dates for each of the drugs as requested. I simply cannot provide to this Court what specific order unless the drug is the only supply of the drug in NDOC's possession, or the only supply of that drug from a particular manufacturer. This is because if the drug is from the same manufacturer, once ordered, received, and purchased, the drugs are stored in the same location without any readily available markings or posting suggesting which "batch" the drug was part of at the time of ordering.

9. With those three important caveats, I believe I can provide this Court with the information it seeks for "all drugs (including different batches of the same drug) listed in the Execution Protocol" as referenced in the Order and referenced in ¶¶ 4(a)-(c) above.

10. To that end, I direct the Court to the Chart incorporated into this declaration as "**Attachment 1**," which provides five categories: (1) drug name and quantity; (2) invoice bates number; (3) order/purchase date; (4) receive date; and (5) expiration date. The invoices referenced in category two of the chart are located in **"Attachment 2."** The "drug name" referenced in the chart is the generic name for the drug, e.g. fentanyl, alfentanil, ketamine, cisatracuriam, potassium chloride or potassium acetate, and not the specific brand name, which can be found on the invoices. The use of the word "I" in any footnotes in the Chart at Attachment 1 should be read as referring to me, Linda Fox. The Chart has been organized alphabetically and in order the drugs are injected pursuant to the Execution Protocol. They have also been organized in reverse chronological order from the date of order/purchase.

11. I do not believe there is any other "underlying documentation" pertinent to the Court's question, but in an abundance of caution I have also provided the "perpetual inventory logs," which I understand have previously been disseminated in response to a public records request. Those logs are located at **"Attachment 3."** NDOC Pharmacy maintains perpetual logs for controlled substances and therefore no such logs exist for any purchases of cisatracuriam, potassium chloride, or potassium acetate as those are not controlled substances. I have not yet completed the perpetual log for the alfentanil purchase of June 1, 2021 contained in the Chart. Therefore, there is no log to provide to the Court regarding that purchase. However, the information contained in the Chart pertaining to the June 1, 2021 purchase is accurate and correct. These logs are being provided to the Court as further support for the quantities, whereabouts, and expiration dates associated with the drugs set forth herein. Please note the logs also contain other drugs not listed in the Chart as the drugs were purchased prior to 2018. To ensure there is no confusion however, the Chart accurately reflects the current stock of drugs referenced in the Execution Manual.

12. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this 30th day of June, 2021.

/s/ *Linda Fox*\*
Chief Linda Fox
Pharmacy Director,
Nevada Department of Corrections

---

\* Pursuant to Temporary General Order 2020-05, entered by Chief Judge Du on March 30, 2020, https://www.nvd.uscourts.gov/wp-content/uploads/2020/03/GO-2020-05-re-COVID-19-Remote-Hearings.pdf, and as extended on March 29, 2021, https://www.nvd.uscourts.gov/wp-content/uploads/2021/03/Order-Extending-GO-2020-05.pdf, Chief Fox has authorized counsel to affix her electronic signature to this Declaration. Should counsel have misconstrued these Temporary Orders in any way, or if the Court wishes to have a hand-signed copy of this Declaration, one will be provided to the Court upon request.