# ATTACHMENT 1 – CHART OF DRUGS (PARTIALLY REDACTED)

| DRUG AND QUANTITY | INVOICE BATES NUMBER | ORDER/PURCHASE DATE | RECEIVED DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Alfentanil – 80,000mcg | NDOC0004 | June 1, 2021 | June 2, 2021 | |
| Alfentanil – 25,000mcg | NDOC0001 | May 25, 2021 | May 26, 2021 | |
| Alfentanil – 80,000mcg | NDOC-DPP-0024/NDOC0021 | March 31, 2021 | April 1, 2021 | Unknown/Not in Stock[1] |
| Fentanyl – 2,500mcg | NDOC0011 | March 30, 2018 | April 2, 2018 | All stock expires by |
| Ketamine – 2,500mg | NDOC0003 | May 25, 2021 | May 26, 2021 | |
| Ketamine – 10,000mg | NDOC0008/NDOC-DPP-0030 | July 3, 2019 | July 5, 2019 | |
| Ketamine – 15,000mg | NDOC0007/NDOC-DPP-0029 | July 2, 2019 | July 3, 2019 | |
| Cisatracuriam – 400mg | NDOC0002 | May 25, 2021 | May 26, 2021 | |
| Cisatracuriam – 200mg | NDOC0009 | May 2, 2018 | May 3, 2018 | June 1, 2019 |
| Cisatracuriam – 200mg | NDOC0010 | April 9, 2018 | April 10, 2018 | April 1, 2019 |
| Cisatracuriam -- 100mg | NDOC0012 | March 30, 2018 | April 2, 2018 | February 1, 2019 |
| Potassium Acetate – 1000mEq | NDOC0002 | May 25, 2021 | May 26, 2021 | |
| Potassium Acetate – 2000mEq | NDOC0023 | March 31, 2021 | April 1, 2021 | Unknown/Not in Stock[3] |
| Potassium Chloride – 1600mEq | NDOC0006/NDOC-DPP-0028 | July 5, 2019 | July 8, 2019 | July 31, 2021 |

---

[1] I was instructed to return this order by Director Daniels and therefore it is not in NDOC's possession, and I do not know the expiration date. The credit invoice indicates we received credit for this return on April 28, 2021. *See* NDOC-DPP-0025/NDOC0022.

[2] I have provided the Court with all purchases of fentanyl from 2018 forward as requested by this Court; however, NDOC has possession of unexpired fentanyl that predates the 2018 date the Court sought ordering date receive date information for. In total, NDOC has a total amount of 32,500 mcg of unexpired fentanyl on hand. The following quantities of expire on the following dates: 15,000mcg on June 30, 2021; 15,000mcg on August 31, 2021; and 2,500mcg on ▮▮▮▮▮.

[3] This drug was returned based on instructions from Director Daniels on or about April 8, 2021. *See* NDOC0005.