# ATTACHMENT 2 – INVOICES

**CardinalHealth**

(3) 478-8500

CARDINAL HEALTH
600 N 83RD AVE
TOLLESON, AZ 85353

DEA RW-0263056  FED ID 68-0158739

| B | NV DEPT OF CORRECTION CTR PHCY | S | NV DEPT OF CORRECTION CTR PHCY |
| I | CENTRAL PHCY | H | CENTRAL PHCY |
| L | 3955 W RUSSELL RD-CASA GRANDE | I | 3955 W RUSSELL RD-CASA GRANDE |
| L | LAS VEGAS, NV 89118 | P | LAS VEGAS, NV 89118 |
| T | | T | |
| O | | O | FORM 222: 21XC00021 |

PAGE 1 OF 1   ROUTE/STOP 312 / RO   ORIGINAL INVOICE COPY 1

| CUST. NO. | DATE | | | CUSTOMER P.O. NUMBER |
|---|---|---|---|---|
| 163264 | 5/26/21 | | | 6430123 |
| REG NO. | CUST. DEA NO. | ORDER NO. | CONF. NO. | |
| CA00001AS295922 | 887913 | 08527 | 21XC00021 | |
| ORDER DATE | | | | |
| 5/25/21 | | | | |

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | F/O/R/M | U/M | DESCRIPTION | SIZE | F/O/R/S | RETAIL PRICE | UNIT PRICE | EXTENSION | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4349825 | 17478-0067-05 | 1 | 1 | 1 | CT | ALFENTA 500MCG/ML 10X5ML C2 | 10AM | 2 | 113.51 | 113.51 | 113.51 | |
| | TOTE# 1 | | | | | | | | | | | |

For SDS visit: http://www.mycardinalsdspd.com

INVOICE SHIP DATE: 5/25/2021

PLEASE REMIT YOUR PAYMENTS TO FOLLOWING ADDRESS:
CARDINAL HEALTH 110, LLC
C/O BANK OF AMERICA
PO BOX 56412
LOS ANGELES, CA 90074-6412

TOTAL PIECES SHIPPED   1
PIECES SHIPPED   1

Total RX   113.51

NET AMOUNT   113.51   SUBTOT

FOR DELIVERY 5/26/21   LAST INVOICE COPY

RECEIVED
MAY 26 2021
CO

DUE DATE 6/25/21

312 / 007

Note Codes:
T  Taxable                    CT  Contract              C  Dropship           4  Not stocked        7  Drug Recall
CO Contract Item Override     SN  Special Net           2  DC Out             5  Mfr Disc           8  New Item/stock unavail.
CN Contract Net               OV  Price Override        3  Mfr Out            6  DC Disc            9  Restricted Item
SP Special Pricing            CS  Source Contract                                                    S  Regulatory Review

List Chemical Designations:
E - Ephedrine
P - Phenylpropanolamine
S - Pseudoephedrine
L - Other List Chemical

Non-wholesale customers are final dispensers that are purchasing for their own use and will not redistribute prescription pharmaceuticals to any other entity.

Effective January 1, 2015, DSCSA Transaction Data for qualified prescription drugs can be accessed via your usual ordering platform, such as Order Express or Med eCommerce, or at cardinalhealth.com/trace.

The prices shown on this invoice are net of discounts provided at the time of purchase. Some of the products listed on this invoice may be subject to additional discounts or rebates. Please refer to your contract for any specific additional discounts or rebates that may apply to these purchases. You may have an obligation pursuant to 42 USC §1320a-7b to report discounts and rebates to Medicare, Medicaid or other governmental health care programs.

NDOC0001

(623) 478-8500

**Cardinal Health**

CARDINAL HEALTH
600 N 83RD AVE
TOLLESON, AZ 85353

DEA RW-0263056   FED ID 68-0158739

| S | NV DEPT OF CORRECTION CTR PHCY | H | NV DEPT OF CORRECTION CTR PHCY |
|---|---|---|---|
| O | CENTRAL PHCY | I | CENTRAL PHCY |
| L | 3955 W RUSSELL RD-CASA GRANDE | P | 3955 W RUSSELL RD-CASA GRANDE |
| T | LAS VEGAS, NV 89118 | T | LAS VEGAS, NV 89118 |
| O | | O | |

PAGE 1 OF 1   ROUTE/STOP 312 / 007

| CUST. NO. | DATE | ORIGINAL INVOICE COPY DV |
|---|---|---|
| 163264 | 5/26/21 | |
| REG. NO. | CUST. DEA NO. | ORDER NO. | CUSTOMER P.O. NUMBER |
| CA00001AS295922 | 8879093 | 6430067 |
| ORDER DATE | CONF. NO. | |
| 5/25/21 | 08498 | |

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | U/M | DESCRIPTION | SIZE | F/O/R/M | RETAIL PRICE | UNIT PRICE | EXTENSION | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1804947 | 00832-0302-00 | 1 | 1 | EA | CHLORPROMAZINE 50MG 100 | 100TB | | | 159.72 | 159.72 | CT |
| 3000908 | 00074-4380-10 | 2 | 2 | CT | NIMBEX 2MG/ML 10X10ML | 10MD | | | 255.44 | 510.88 | CT |
| 5212246 | 51754-2001-04 | 1 | 1 | | IPOTASS ACET 2MEQ/ML25X20ML FTV | 25SD | | | 117.78 | 117.78 | CT |
| | TOTE# 8 | | | | | | | | | | |

PLEASE REMIT YOUR PAYMENTS TO FOLLOWING ADDRESS:
CARDINAL HEALTH 110, LLC
C/O BANK OF AMERICA
PO BOX 56412
LOS ANGELES, CA 90074-6412

For SDS Visit: http://www.mycardinalsdspd.com

INVOICE SHIP DATE: 5/25/2021

PIECES SHIPPED:         4
TOTAL PIECES SHIPPED:       S U M M A R Y
                   Total Rx          788.38
                   NET AMOUNT        788.38

SUBTOTAL          788.38
LAST INVOICE COPY

RECEIVED
MAY 26 2021

6/25/21
DUE DATE

312 / 007

Note Codes:
T Taxable         CT Contract      SN Special Net
CO Contract Item Override    OV Price Override
CN Contract Net   CS Source Contract
SP Special Pricing

Omit Codes:
C Dropship        4 Not Stocked    7 Drug Recall
2 DC Out          5 Mfr Disc       8 New Item/stock unavail.
3 Mfr Out         6 DC Disc        9 Restricted Item
                                    S Regulatory Review

List - Chemical Designations:
E - Ephedrine
P - Phenylpropanolamine
S - Pseudoephedrine
L - Other List Chemical

Non-wholesale customers are final dispensers that are purchasing for their own use and will not redistribute prescription pharmaceuticals to any other entity.
Effective January 1, 2015, DSCSA Transaction Data for qualified prescription drugs can be accessed via your usual ordering platform, such as Order Express or Med eCommerce, or at cardinalhealth.com/trace.

The prices shown on this invoice are net of discounts provided at the time of purchase. Some of the products listed on this invoice may be subject to additional discounts or rebates. Please refer to your contract for any specific additional discounts or rebates that may apply to these purchases. You may have an obligation pursuant to 42 USC §1320a-7b to report discounts and rebates to Medicare, Medicaid or other governmental health care programs.

NDOC0002

(3) 478-8500

**CardinalHealth**

CARDINAL HEALTH
600 N 83RD AVE
TOLLESON, AZ 85353

S  NV DEPT OF CORRECTION CTR PHCY
O  CENTRAL PHCY
L  3955 W RUSSELL RD-CASA GRANDE
D  LAS VEGAS, NV 89118

S  NV DEPT OF CORRECTION CTR PHCY
H  CENTRAL PHCY
I  3955 W RUSSELL RD-CASA GRANDE
P  LAS VEGAS, NV 89118
T
O

DEA RW-0263056   FED ID 68-0158739

PAGE 1 OF 1   ROUTE/STOP 312 / 7   DV

| CUST. NO. | DATE | | ORIGINAL INVOICE COPY 1 |
|---|---|---|---|
| 163264 | 5/26/21 | | 6430068 |
| REG NO. | CUST. DEA NO. | ORDER NO. | CUSTOMER P.O. NUMBER |
| CA00001AS2995922 | 8879094 | | |
| | ORDER DATE | CONF. NO. | |
| | 5/25/21 | 08499 | |

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | R/N M | U/M | DESCRIPTION | SIZE | FORM | C S | RETAIL PRICE | UNIT PRICE | EXTENSION | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5309802 | 00143-9509-10 | 1 | 1 | | CT | KETAMINE 100MG/ML 10X5ML | 10ML | | C3 | | 89.07 | 89.07 | CT |
| | TOTE# 2 | | | | | | | | | | | | |

PLEASE REMIT YOUR PAYMENTS TO FOLLOWING ADDRESS:
CARDINAL HEALTH 110, LLC
C/O BANK OF AMERICA
PO BOX 56412
LOS ANGELES, CA 90074-6412

For SDS visit: http://www.mycardinalsdspd.com

INVOICE SHIP DATE: 5/25/2021

PIECES SHIPPED                                    1
TOTAL PIECES SHIPPED                              1
Total Rx                                      89.07
NET AMOUNT - - - - SUMMARY - - - -         SUBTOT 89.07
                                          LAST INVOICE COPY

312 / 007

RECEIVED MAY 26 2021 C.P.

6/25/21
DUE DATE

Note Codes:
T   Taxable
CO  Contract Item Override
CN  Contract Net
SP  Special Pricing

CT  Contract
SN  Special Net
OV  Price Override
CS  Source Contract

Unit Codes:
C  Dropship
2  DC Out
3  Mfr Out

4  Not stocked
5  Mfr Disc
6  DC Disc

7  Drug Recall
8  New Item/stock unavail.
9  Restricted Item
S  Regulatory Review

List - Chemical Designations
E - Ephedrine
P - Phenylpropanolamine
S - Pseudoephedrine
L - Other List Chemical

Non-wholesale customers are final dispensers that are purchasing for their own use and will not redistribute prescription pharmaceuticals to any other entity.

Effective January 1, 2015, DSCSA Transaction Data for qualified prescription drugs can be accessed via your usual ordering platform, such as Order Express or Med eCommerce, or at cardinalhealth.com/trace.

The prices shown on this invoice are net of discounts provided at the time of purchase. Some of the products listed on this invoice may be subject to additional discounts or rebates. Please refer to your contract for any specific additional discounts or rebates that may apply to these purchases. You may have an obligation pursuant to 42 USC §1320a-7b to report discounts and rebates to Medicare, Medicaid or other governmental health care programs.

NDOC0003

**CardinalHealth**

(623) 478-8500

CARDINAL HEALTH
600 N 83RD AVE
TOLLESON, AZ 85353

PAGE 1 OF 1  ROUTE/STOP 312 / 007  RO

| CUST. NO. | DATE | ORIGINAL INVOICE COPY |
|---|---|---|
| 163264 | 6/02/21 | 6444097 |
| REG NO. | CUST. DEA NO. | ORDER NO. | CUSTOMER P.O. NUMBER |
| CA00001AS2995922 | 8894040 | 21XC00023 |
| ORDER DATE | CONF. NO. | |
| 6/01/21 | 06269 | |

```
S  NV DEPT OF CORRECTION CTR PHCY        S  NV DEPT OF CORRECTION CTR PHCY
O  CENTRAL PHCY                         H  CENTRAL PHCY
L  3955 W RUSSELL RD-CASA GRANDE        I  3955 W RUSSELL RD-CASA GRANDE
T  LAS VEGAS, NV 89118                  P
O                                        T  LAS VEGAS, NV 89118
                                         O
```

DEA RW-0263056  FED ID 68-0158739
FORM 222: 21XC00023

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | U/M | DESCRIPTION | SIZE | F/R/S | RETAIL PRICE | UNIT PRICE | EXTENSION | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4290292 | 17478-0067-02 | 8 | 8 | CT | ALFENTA 500MCG/ML 10X2ML C2 | 10AM | 2 | 525.36 | 65.67 | 525.36 | 1 |
| | NOTE# 1 | | | | | | | | | | |

For SDS visit: http://www.mycardinalsdspd.com

INVOICE SHIP DATE: 6/01/2021

Total RX
TOTAL PIECES SHIPPED                      8
PIECES SHIPPED                            8
NET AMOUNT                          525.36

SUBTOTAL  525.36
LAST INVOICE COPY

PLEASE REMIT YOUR PAYMENTS TO FOLLOWING ADDRESS:
CARDINAL HEALTH 110, LLC
C/O BANK OF AMERICA
PO BOX 56412
LOS ANGELES, CA 90074-6412

RECEIVED
JUN 02 2021

FOR DELIVERY  6/02/21
DUE DATE 7/02/21

312 / 007

**Note Codes:**
| | | Omit Codes: | |
|---|---|---|---|
| T Taxable | CT Contract | C Dropship | 4 Not stocked | 7 Drug Recall |
| CO Contract Item Override | SN Special Net | 2 DC Out | 5 Mfr Disc | 8 New Item/Stock unavail. |
| CN Contract Net | OV Price Override | 3 Mfr Out | 6 DC Disc | 9 Restricted Item |
| SP Special Pricing | CS Source Contract | | | S Regulatory Review |

List Chemical Designations
E - Ephedrine
P - Phenylpropanolamine
S - Pseudoephedrine
L - Other List Chemical

Non-wholesale customers are final dispensers that are purchasing for their own use and will not redistribute prescription pharmaceuticals to any other entity.

Effective January 1, 2015, DSCSA Transaction Data for qualified prescription drugs can be accessed via your usual ordering platform, such as Order Express or Med eCommerce, or at cardinalhealth.com/trace.

The prices shown on this invoice are net of discounts provided at the time of purchase. Some of the products listed on this invoice may be subject to additional discounts or rebates. Please refer to your contract for any specific additional discounts or rebates that may apply to these purchases. You may have an obligation pursuant to 42 USC §1320a-7b to report discounts and rebates to Medicare, Medicaid or other governmental health care programs.

NDOC0004

**CardinalHealth**

(623) 478-8500

| | | PAGE | OF | ROUTE / STOP |
|---|---|---|---|---|
| | | | | 1 |

CARDINAL HEALTH
PHARMACEUTICAL DISTRIBUTION
600 N 83RD AVE
TOLLESON, AZ 85353
DEA RW0263056 FED ID 68-01587

| B<br>L<br>L<br>T<br>O | NV DEPT OF CORRECTION CTR PHCY<br>CENTRAL PHCY<br>3955 W RUSSELL RD-CASA GRANDE<br>LAS VEGAS, NV 89118 | S<br>H<br>I<br>P<br>T<br>O | NV DEPT OF CORRECTION CT<br>CENTRAL PHCY<br>3955 W RUSSELL RD-CASA G<br>LAS VEGAS, NV 89118 |
|---|---|---|---|

| CUST. NO. | DATE | |
|---|---|---|
| 163264 | 4/08/21 | ORIGINAL CREDIT COPY |
| REG NO. | CUST DEA NO. | ORDER NO. | CUSTOMER P.O. NUMBER |
| CA00001 | AS2995922 | | 962238-0 |
| ORDER DATE | CONF. NO. | | |

SPECIAL INSTRUCTIONS

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | O M T UM | DESCRIPTION | SIZE | F O R M | C L A S | INVOICE | AGE DAYS | BASE | UNIT PRICE | EXTENSION | NC CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5212246 | 51754-2001-04 | 2 | | | CTPOTASS ACET 2MEQ/ML25X20ML | 4/08/2021 | | | 6302494 | 117.78 | | | 235.56 | CI |
| 31 | | | | | ORD IN ERROR | 25SD | | RECALL | | | | | | |
| | | | | | LOT# P0000648 | | | PO: | | | | | | |

* THE FOLLOWING CREDITED ON CREDIT MEMO

**** CREDIT MEMO ****

SUB TOTAL: 235.56

RECEIVED APR 08 2021

CREDIT AMOUNT:

Note Codes:
T  Taxable          CT  Contract
G  Generic Sub      SN  Special Nat
PP PharmPak Discount SP Special Pricing

Omit Codes:
1 Mfg. B.O.     4 Not stocked      7 Drug recal
2 Whse. out     5 Mfg. disc.       8 New item/stock unavail.
3 Mfg. out      6 Whse. disc.      9 Restricted item
                                   S Regulatory Review

If this invoice reflects any discounted prices, credits, or rebates or if price reductions are subsequently earned and paid with respect to the merchandise/services described herein, then federal law may require disclosure on the price reduction on your claim or cost reports for Medicare or Medicaid reimbursement under 42 U.S.C. 1320(a)-7b.

NDOC0005



NDOC-DPP-0028

NDOC0006



NDOC-DPP-0029
NDOC0007

Cardinal Health

(623) 478-8500

CARDINAL HEALTH
600 N 83RD AVE
TOLLESON, AZ 85353

PAGE 1 OF 1   ROUTESTOP 312 / 007   ORIGINAL INVOICE

| CUST.NO. | DATE | CUSTOMER P.O. NUMBER |
|---|---|---|
| 163262 | 7/03/19 | 4770373 |
| REG NO. | CUST.DEA NO. | ORDER NO. |
| CRD0001A529359221 | 6992046 | |
| ORDER DATE | CONF. NO. | |
| 7/02/19 | 07257 | |

S  NV DEPT OF CORRECTION CTR PHCY
H  CENTRAL PHCY
I  3955 W RUSSELL RD-CASA GRANDE
P  LAS VEGAS, NV 89118

DEA RW-0263056  FED ID 88-0158739

S  NV DEPT OF CORRECTION CTR PHCY
O  CENTRAL PHCY
L  3955 W RUSSELL RD-CASA GRANDE
D  LAS VEGAS, NV 89118

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | CU | DESCRIPTION | SIZE | RETAIL PRICE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 4132171 | 42023-0114-10 TOTE# 5 | 3 | 3 | C3 | KETALAR 50MG/ML 10X10ML | 10MD | 166.08 | 55.36 | 16608 |

PIECES SHIPPED       3
TOTAL PIECES SHIPPED 3
----------- S U M M A R Y -----------
Total RX
NET AMOUNT           166.08                           SUBTOT  16608

INVOICE SHIP DATE: 7/02/2019

For SDS visit: http://www.mycardinalsdspd.com

PLEASE REMIT YOUR PAYMENTS TO FOLLOWING ADDRESS:
CARDINAL HEALTH 110, LLC
C/O BANK OF AMERICA
PO BOX 56412
LOS ANGELES, CA 90074-6412

8/02/19
DUE DATE

312 / 007

NDOC-DPP-0030

# CardinalHealth

(623) 478-8500

CARDINAL HEALTH
600 N 83RD AVE
TOLLESON, AZ 85353

**PAGE** 1 OF 1   ROUTESTOP 312 / 007

| CUST. NO. | DATE | ORIGINAL INVOICE |
| --- | --- | --- |
| 163264 | 7/05/19 | 4773655X |
| REG NO. | CUST DEPT NO. | ORDER NO. | CUSTOMER P.O. NUMBER |
| CA0000TAS2995922 | 6995929 | 07031910 |
| ORDER DATE | CONF. NO. | | |
| 7/03/19 | 09473 | | |

S NV DEPT OF CORRECTION CTR PHCY
H CENTRAL PHCY
I 3955 W RUSSELL RD-CASA GRANDE
P
T LAS VEGAS, NV 89118
O

DEA RN-0261056   FED ID 68-0158739

B NV DEPT OF CORRECTION CTR PHCY
I CENTRAL PHCY
L 3955 W RUSSELL RD-CASA GRANDE
L
T LAS VEGAS, NV 89118
O

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | B/O | UM | DESCRIPTION | SIZE | S H C | RETAIL PRICE | UNIT PRICE | EXTENSION | CODES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4132171 | 42023-0114-10 | 2 | 2 | | 2 | CT KETALAR 50MG/ML 10X10ML | 10ML | C3 | 110.72 | 55.36 | 110.72 | |
| | TOT# 6 | | | | | | | | | | | |

PIECES SHIPPED: 2
TOTAL PIECES SHIPPED: 2

------- S U M M A R Y -------

Total Rx          110.72

NET AMOUNT        110.72

                                          SUBTOT 110.72

For SDS visit: http://www.mycardinalsdspd.com

INVOICE SHIP DATE: 7/04/2019                         8/04/19
                                                     DUE DATE

PLEASE REMIT YOUR PAYMENTS TO FOLLOWING ADDRESS:
CARDINAL HEALTH 110, LLC
C/O BANK OF AMERICA
PO BOX 56412
LOS ANGELES, CA 90074-6412

312 / 007

Customer is a final dispenser purchasing for own use and will not redistribute prescription pharmaceuticals into the secondary market.

The prices shown are the prices in effect at presstime. Some of the pricing based on the invoice may be subject to confidential adjustments as may apply.

Effective January 1, 2015, DSCSA Transaction Data for qualified prescription drugs can be accessed via your usual ordering platform, such as Order Express or at cardinalhealth.com/trace.

NDOC0008

**CardinalHealth**

(623) 478-8500

CARDINAL HEALTH
600 N 83RD AVE
TOLLESON, AZ 85353

DEA RW-0263056    FED ID 68-0158739

PAGE 1 OF 1    ROUTE/STOP 307 / 010    DV

| CUST NO. | DATE | | |
|---|---|---|---|
| 163264 | 5/03/18 | | ORIGINAL INVOICE |
| REG NO. | CUST DEA NO. | ORDER NO. | 3745130 |
| CA00001AS2995922 | 5839173 | CUSTOMER P.O. NUMBER |
| ORDER DATE | CONF. NO. | 050218J |
| 5/02/18 | 03152 | |

S  NV DEPT OF CORRECTION CTR PHCY
L  CENTRAL PHCY
L  3955 W RUSSELL RD-CASA GRANDE
T  LAS VEGAS, NV 89118
O

H  NV DEPT OF CORRECTION CTR PHCY
I  CENTRAL PHCY
P  3955 W RUSSELL RD-CASA GRANDE
T  LAS VEGAS, NV 89118
O

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | O H I | U/M | DESCRIPTION | SIZE | F O R M | C S U G | RETAIL PRICE | UNIT PRICE | EXTENSION | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3000908 | 00074-4380-10 | 1 | 1 | | CT | NIMBEX 2MG/ML 10X10ML | 10MD | | | Above | 258.95 | 258.95 | CT |
| | TOTE# 14 | | | | | | | | | | | | |

INVOICE SHIP DATE: 5/02/2018

-------------------------- S U M M A R Y
PIECES SHIPPED                        1
TOTAL PIECES SHIPPED                  1
Total RX                         258.95
NET AMOUNT                       258.95

                                    SUBTOTAL  258.95    25895

For SDS visit: http://www.mycardinalsdspd.com

PLEASE REMIT YOUR PAYMENTS TO FOLLOWING ADDRESS:
CARDINAL HEALTH 110, LLC
C/O BANK OF AMERICA
PO BOX 56412
LOS ANGELES, CA 90074-6412

307 / 010

6/02/18
DUE DATE

Note Codes:
T  Taxable                  CT Contract           Omt Codes:
CO Contract Item Override   SN Special Net        C Dropship         4 Not stocked    7 Drug Recall
SP Special Pricing          OV Price Override     2 DC Out           5 Mfr Disc       8 New Item/stock unavail.
                            CS Source Contract    3 Mfr Out          6 DC Disc        9 Restricted item
                                                                                      S Regulatory Review

List Chemical Designations:
E - Ephedrine
P - Phenylpropanolamine
S - Pseudoephedrine
L - Other List Chemical

Customer is a final dispenser purchasing for own use and will not redistribute prescription pharmaceuticals into the secondary market.

The prices shown on this invoice are net of discounts provided at the time of purchase. Some of the products listed on this invoice may be subject to additional discounts or rebates. Please refer to your contract for any specific additional discounts or rebates that may apply to these purchases. You may have an obligation pursuant to 42 USC §1320a-7b to report discounts and rebates to Medicare, Medicaid or other governmental health care programs.

Effective January 1, 2015, DSCSA Transaction Data for qualified prescription drugs can be accessed via your usual ordering platform, such as Order Express or Med eCommerce, or at cardinalhealth.com/trace.



# CardinalHealth

(623) 478-8500

CARDINAL HEALTH
600 N 83RD AVE
TOLLESON, AZ 85353

DEA RW-0263056   FED ID 68-0158739

S  NV DEPT OF CORRECTION CTR PHCY
H  CENTRAL PHCY
I  3955 W RUSSELL RD-CASA GRANDE
P  LAS VEGAS, NV 89118

B  NV DEPT OF CORRECTION CTR PHCY
L  CENTRAL PHCY
L  3955 W RUSSELL RD-CASA GRANDE
T  LAS VEGAS, NV 89118
O

PAGE  1 OF 1   ROUTE/STOP 307 / 010   DV

| CUST NO. | DATE | | ORIGINAL INVOICE |
|---|---|---|---|
| 163264 | 4/10/18 | | 3688754 |
| REG NO. | CUST DEA NO. | ORDER NO. | CUSTOMER P.O. NUMBER |
| CA00001 | AS2995922 | 5777644 | |
| ORDER DATE | | CONF. NO. | |
| 4/09/18 | | 09616 | |

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | O/I U/M | DESCRIPTION | SIZE | F/O/R/S | RETAIL PRICE | UNIT PRICE | EXTENSION | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3000908 | 00074-4380-10 | 1 | 1 | CT | NIMBEX 2MG/ML 10X10ML | 10MD | | Above | 260.04 | 26004 | CT |
| | TOTE# 11 | | | | | | | | | | |

INVOICE SHIP DATE:  4/10/2018

For SDS Visit: http://www.mycardinalsdspd.com

PLEASE REMIT YOUR PAYMENTS TO FOLLOWING ADDRESS:
CARDINAL HEALTH 110, LLC
C/O BANK OF AMERICA
PO BOX 56412
LOS ANGELES, CA 90074-6412

PIECES SHIPPED                                 1
TOTAL PIECES SHIPPED                           1

Total RX                            260.04
NET AMOUNT                          260.04

------- S U M M A R Y -------

307 / 010

SUBTOT  260.04   26004

5/10/18
DUE DATE

Note Codes:
T Taxable            SN Special Net          CT Contract
CO Contract Item Override   OV Price Override      CS Source Contract
SP Special Pricing

Omit Codes:
C Dropship          4 Not stocked           7 Drug Recall
2 DC Out            5 Mfr Disc              8 New Itemstock unavail.
3 Mfr Out           6 DC Disc               9 Restricted Item
                                             S Regulatory Review

List: Chemical Designations
E - Ephedrine
P - Phenylpropanolamine
S - Pseudoephedrine
L - Other List Chemical

Customer is a final dispenser purchasing for own use and will not redistribute prescription pharmaceuticals into the secondary market.

The prices shown on this invoice are net of discounts provided at the time of purchase. Some of the products listed on this invoice may be subject to additional discounts or rebates. Please refer to your contract for any specific additional discounts or rebates that may apply to these purchases. You may have an obligation pursuant to 42 USC §1320a-7b to report discounts and rebates to Medicare, Medicaid or other governmental health care programs.

Effective January 1, 2015, DSCSA Transaction Data for qualified prescription drugs can be accessed via your usual ordering platform, such as Order Express or Med eCommerce, or at cardinalhealth.com/trace.

NDOC0010

**CardinalHealth**

CARDINAL HEALTH
600 N 83RD AVE
TOLLESON, AZ 85353

(623) 478-8500

DEA RW-0263056   FED ID 68-0158739

S  NV DEPT OF CORRECTION CTR PHCY
H  CENTRAL PHCY
I  3955 W RUSSELL RD-CASA GRANDE
P  LAS VEGAS, NV 89118

B  NV DEPT OF CORRECTION CTR PHCY
I  CENTRAL PHCY
L  3955 W RUSSELL RD-CASA GRANDE
L  LAS VEGAS, NV 89118
T
O  FORM 222: 18XCO0010

PAGE 1 OF 1   ROUTE/STOP 307 / 010   RO

| CUST NO. | DATE | | | ORIGINAL INVOICE |
|---|---|---|---|---|
| 163264 | 4/02/18 | | | 3667966 |
| REG NO. | CUST DEA NO. | ORDER NO. | | CUSTOMER P.O. NUMBER |
| CA00001 | AS2995922 | 5753613 | | 18XCO0010 |
| | ORDER DATE | CONF. NO. | | |
| | 3/30/18 | 06853 | | |

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | O/U/M | DESCRIPTION | SIZE | F/O/R/M | C | RETAIL PRICE | UNIT PRICE | EXTENSION | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 509517C | 17478-0030-05 | 1 | 1 | 121 | CIFENTANYL CIT 50MCG/ML 10X5ML C2 | 10AM | 2 | | Akorn | 23.24 | 23.24 | CT |
| | TOTE# 1 | | | | PRODUCT ALLOCATION | | | | | | | |

see message(s):

        PIECES SHIPPED                  1

        TOTAL PIECES SHIPPED            1

                -------- S U M M A R Y --------

                Total RX                        23.24
                                        SUBTOT  23.24
                NET AMOUNT                      23.24

INVOICE SHIP DATE: 4/01/2018                                 FOR DELIVERY 4/02/18
                                                                    5/02/18
                                                                 DUE DATE

For SDS visit: http://www.mycardinalsdspd.com

PLEASE REMIT YOUR PAYMENTS TO FOLLOWING ADDRESS:
        CARDINAL HEALTH 110, LLC
        C/O BANK OF AMERICA
        PO BOX 56412
        LOS ANGELES, CA 90074-6412

Messages
        121 This product is required by the FDA to be dispensed with a medication guide. To obtain a m
            edication guide for this product, please visit http://www.fda.gov/Drugs/DrugSafety/ucm0857
            29.htm

307 / 010

Note Codes:
T  Taxable              CT  Contract          Omit Codes:        4 Not stocked            7 Drug Recall            List: Chemical Designations
CO Contract Item Override SN Special Net      0 Dropship          5 Mfr Disc              8 New item/stock unavail.  E - Ephedrine
SP Special Pricing      QV  Price Override    2 DC Out           6 DC Disc                9 Restricted Item        P - Phenylpropanolamine
                        CS  Source Contract   3 Mfr Out                                    S Regulatory Review     S - Pseudoephedrine
                                                                                                                   L - Other List Chemical

Customer is a final dispenser purchasing for own use and will not redistribute    The prices shown on this invoice are net of discounts provided at the time of purchase. Some of the products
prescription pharmaceuticals into the secondary market.                           listed on this invoice may be subject to additional discounts or rebates. Please refer to your contract for any specific
                                                                                  additional discounts or rebates that may apply to these purchases. You may have an obligation pursuant to
                                                                                  42 USC §1320a-7b to report discounts and rebates to Medicare, Medicaid or other governmental health care programs.
                                                                                  Effective January 1, 2015, DSCSA Transaction Data for qualified prescription drugs can be accessed via
                                                                                  your usual ordering platform, such as Order Express or Med eCommerce, or at cardinalhealth.com/trace.

NDOC0011





NDOC-DPP-0024

NDOC0021

NDOC-DPP-0025



# Cardinal Health

**CARDINAL HEALTH PHARMACEUTICAL DISTRIBUTION**
600 N 83RD AVE
TOLLESON, AZ 85353
DEA RW0263056FED ID 68-01587

(623) 478-8500

**SOLD TO:**
NV DEPT OF CORRECTION CTR PHCY
CENTRAL PHCY
3955 W RUSSELL RD-CASA GRANDE
LAS VEGAS, NV 89118

**SHIP TO:**
NV DEPT OF CORRECTION CT
CENTRAL PHCY
3955 W RUSSELL RD-CASA G
LAS VEGAS, FORM 222: 2008

| PAGE | OF | ROUTE/STOP | | |
|---|---|---|---|---|
| | | ORIGINAL CREDIT COPY | | |
| CUST. NO. | DATE | | | |
| 163264 | 4/28/21 | | | |
| REG NO. | CUST DEA NO. | ORDER NO. | CUSTOMER P.O. NUMBER | |
| CR00001 | 25299592 | | 21XC00012 | |
| ORDER DATE: | CONF. NO. | | | |

SPECIAL INSTRUCTIONS

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | U M | DESCRIPTION | SIZE | R x | INVOICE | AGE DAYS | BASE | UNIT PRICE | EXTENSION | TX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4290293 | 17478-0067-02 | | 8 | | THE FOLLOWING CREDITED ON CREDIT MEMO 9647729-0 CIALFENTA 500MCG/ML 10X2ML C2 | 4/28/2021 10AM | | 26302502 PO:21XC00012 | 19 | 65.67 | | 525.36 | C1 |
| 32 | 320VERSTOCK | | | | OVERSTOCK Control | | | | | | | | |
| | | | | | LOT# 0913602 | | | | | | | | |

\*\*\*\* CREDIT MEMO \*\*\*\*

SUB TOTAL: 525.36

RECEIVED APR 28 2021

CREDIT AMOUNT:

Note Codes:
T Taxable  4 Not stocked  7 Drug pool
G Generic Sub  5 Whsle. Out  8 Item Restricted
EP Electronic Receipt  6 Mfg. Sec.  9 Restricted Item
CT Control  S Vitals  S Regulatory Review
BN Specific Mgr
SR Special Pricing

Qty Codes:
1 Mfg. B.O.
2 Whsle. Out
5 Mfg. Out

This invoice reflects the discounted prices, credits, or rebates on items in the invoice and substantially similar and paid with respect to the item/s you purchase hereof. Item is/and you may require disclosure of the price reduction on your claim or cost reports by Medicare, Medicaid, reimbursement contract 42 USC 1320a-7b.

NDOC0022



NDOC-DPP-0026

NDOC0023