# ATTACHMENT 3 – PERPETUAL INVENTORTY LOGS

## NDOC-CENTRAL PHARMACY
CONTROL SUBSTANCE PERPETUAL INVENTORY

Name Drug **ALFENTANIL HCL**

Dose Form: **IV**

Strength: **500MCG/ML**

NDC **17478-0067-05**

Page#: _____

| Date | Unit | Control Number(s) | Qty. Disp. | Balance | R. Ph. Signature |
|---|---|---|---|---|---|
| 5/26/21 | | Cardinal Invoice 6430123 | | 50 | CP |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |

**NDOC-CENTRAL PHARMACY**
CONTROL SUBSTANCE PERPETUAL INVENTORY

Name Drug  Fentanyl
Dose Form:  Ampules

Strength:  100mcg/2ml
NDC#:  17478-0030-25
Page#:  1

| Date | Unit | Control Number(s) | Qty. Disp. | Balance | R. Ph. Signature |
|---|---|---|---|---|---|
| 10/2/2017 | Cardnl | In# 3235270 | 1box 25amps | 7 boxes | |
| 06/26/18 | ESP | 179980 | — 6box | 1 box | |
| 07/02/18 | ESP | (.5DmL) | — 1 box | 0 | |
| 4/5/19 | returned | 179980 | +7 boxes | 7 | |
| / / | | This is different NDC | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |

## NDOC-CENTRAL PHARMACY
### CONTROL SUBSTANCE PERPETUAL INVENTORY

Name Drug    Fentanyl Citrate Inj          Strength:    50mcg/ml   (250mcg/5mL)
Dose Form:   Ampules                       NDC#:    17478-0030-55
                                           Page#:        1

| Date | Unit | Control Number(s) | Qty. Disp. | Balance | R. Ph. Signature |
|------|------|-------------------|------------|---------|------------------|
| 10·11·17 | Cardinal | Inv# 3258538 | 15 AMPx 5ML (250) x2 boxes | 5ML (250) | [signature] |
| 10,17,17 | ESP | 124714-15 | - 50 amps 250ml (2 boxes) | Ø | 8 [signature] |
| 12·21·17 | Return EN Insp | (Return) | 450 | 250 | MR [signature] |
| 07/02/18 | ESP | 2x181106 (50 ampules) | -250 | Ø | WP [signature] |
| 4/5/19 | returned | 181106 | +250 | 250 | [signature] |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |

**NDOC-CENTRAL PHARMACY**
CONTROL SUBSTANCE PERPETUAL INVENTORY

| Name Drug | Fentanyl Citrate Inj | | Strength: | 250mcg/5ml (50mcg/ml) |
| Dose Form: | Ampules | | NDC#: | 17478-0030-05 |
| | | . | Page#: | 1 |

| Date | Unit | Control Number(s) | Qty. Disp. | Balance | R. Ph. Signature |
|------|------|-------------------|-----------|---------|------------------|
| | | Balance Brought Forward | | | |
| 10/5/17 | Cardinal | Inv# 3245284 | +10 | 10 | 8/ |
| 04/02/18 | Cardinal | Inv# 3667966 (cross) | +10 | 20 | Reorder |
| 07/02/18 | ESP | 181102 | −20 | 0 | |
| 4/5/19 | returned | 181102 | +20 | 20 | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |

**NDOC-CENTRAL PHARMACY**
CONTROL SUBSTANCE PERPETUAL INVENTORY

| Name Drug | Fentanyl CIT | | | | |
|---|---|---|---|---|---|
| se Form: | Amp | | | | |

Strength: 50mcg/ml  5ml
NDC#: 00409-9093-35
Page#: 1

| Date | Unit | Control Number(s) | Qty. Disp. | Balance | R. Ph. Signature |
|---|---|---|---|---|---|
| | | Balance Brought Forward | | | |
| 5/23/2017 | Cardinal | Cardinal Inv# 29343662 | — | + 10 | |
| 9/14/17 | SSP | 118046 | −10 | 0 | |
| 12/21/17 | Return | ELY Insp (10 vials) | +10 | 10 | |
| 07/02/18 | ESP | 18115 (10 ampules) | −10 | 0 | |
| 4/5/19 | restored | 18115 | +10 | 10 | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |

## NDOC-CENTRAL PHARMACY
### CONTROL SUBSTANCE PERPETUAL INVENTORY

Name Drug    Fentanyl Citrate Inj          Strength:   100mcg/2ml

se Form:    Vials      West-ward            NDC#:   00641-6027-25

                                            Page#:      1

| Date | Unit | Control Number(s) | Qty. Disp. | Balance | R. Ph. Signature |
|------|------|-------------------|------------|---------|------------------|
| 9/29/2017 | Cardinal | INV#3232190 (25 vials) | 25 | 25 | |
| 7/2/2018 | ESP | RX -181149 (25-vials) | 25 | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |

**NDOC-CENTRAL PHARMACY**
CONTROL SUBSTANCE PERPETUAL INVENTORY

| Name Drug | Ketalar | | Strength: | 50mg/ml | |
|---|---|---|---|---|---|
| Dose Form: | vials | | NDC | 42023-0114-10 | |
| | | | Page#: | 1 | |

| Date | Unit | Control Number(s) | Qty. Disp. | Balance | R. Ph. Signature |
|---|---|---|---|---|---|
| 7/3/2019 | Cardinal | Invoice # 4770373 | 0 | 30 | Mypha |
| 7/5/19 | Cardinal | Inv# 4773159 | + 20 | 50 | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | - | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |

## NDOC-CENTRAL PHARMACY
CONTROL SUBSTANCE PERPETUAL INVENTORY

Name Drug   **KETAMINE INJ**        Strength:   **500MG/5ML**

Dose Form:   **IM INJ**        NDC   **00143-9509-10**

Page#:

| Date | Unit | Control Number(s) | Qty. Disp. | Balance | R. Ph. Signature |
|------|------|-------------------|------------|---------|------------------|
| 5/26/21 | | Cardinal Invoice 6430068 | | + 50 | CP |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |

**NDOC-CENTRAL PHARMACY**
CONTROL SUBSTANCE PERPETUAL INVENTORY

| Name Drug | Ketamine |
|---|---|
| se Form: | Vial |

Strength: 50mg/ml  10ml
NDC#: 00409-2053-10
Page#: 1

| Date | Unit | Control Number(s) | Qty. Disp. | Balance | R. Ph. Signature |
|---|---|---|---|---|---|
| | | Balance Brought Forward | | | |
| 5/23/2017 | Cardnl | Cardinal Inv# 2943670 | — | +10 | |
| 07/02/18 | ESP | 18134 (10 vials) | 10 | Ø | |
| 01/09/19 | IN mar | expired Rx 221985 | -10 | Ø | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |
| / / | | | | | |