AARON D. FORD
  Attorney General
D. Randall Gilmer (Bar No. 14001)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3427
Facsimile:  (702) 486-3773
Email: DGilmer@ag.nv.gov

*Attorneys for Defendants Daniels, Wickham, Gittere, Reubart, Drummond, Minev, Green, and Fox (NDOC Defendants)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZANE M. FLOYD,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>Defendants. | Case No. 3:21-cv-00176-RFB-CLB<br><br>**NDOC DEFENDANTS' NOTICE OF IN-CAMERA SUBMISSION OF DEFENDANTS' DRUG CHART** |

Defendants Charles Daniels, Harold Wickham, William Gittere, William Reubart, David Drummond, Dr. Michael Minev, Dr. David Green, and Linda Fox (collectively, "NDOC Defendants"), by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and D. Randall Gilmer, Chief Deputy Attorney General, hereby bring this notice of in-camera submission of a chart identifying each drug quantity, order/purchase date, received date and expiration date relating to the Execution Protocols.

A partially redacted version of this chart was filed as "Attachment 3" to the Declaration of Linda Fox, Pharmacy Director of the Nevada Department of Corrections Pursuant to Minute Order dated June 30, 2021 (ECF No. 115) filed concurrently herewith.

/././

/././

/././

For the Court's review, an unredacted version of this chart is being filed in-camera.

Respectfully submitted on this 30th day of June, 2021, by:

> AARON D. FORD
> Attorney General
>
> By: */s/ D. Randal Gilmer*
> D. Randall Gilmer (Bar No. 14001)
> Chief Deputy Attorney General
> *Attorneys for NDOC Defendants*