RENE L. VALLADARES
Federal Public Defender
Nevada Bar No. 11479
DAVID ANTHONY
Assistant Federal Public Defender
Nevada Bar No. 7978
David_Anthony@fd.org
BRAD D. LEVENSON
Assistant Federal Public Defender
California Bar No. 166073
Brad_Levenson@fd.org
TIMOTHY R. PAYNE
Assistant Federal Public Defender
Ohio Bar No. 0069329
Tim_Payne@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (Fax)

Attorneys for Zane M. Floyd

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ZANE M. FLOYD,<br><br>      Plaintiff,<br>v.<br><br>CHARLES DANIELS, Director, Nevada Department of Corrections; HAROLD WICKHAM, NDOC Deputy Director of Operations, JOHN BORROWMAN, NDOC Deputy Director of Support Services; WILLIAM GITTERE, Warden, Ely State Prison; WILLIAM REUBART, Associate Warden at Ely State Prison; DAVID DRUMMOND, Associate Warden at Ely State Prison; IHSAN AZZAM, Chief Medical Officer of the State of Nevada; DR. MICHAEL MINEV, NDOC Director of Medical Care, DR. DAVID GREEN, | Case No. 3:21-cv-00176-RFB-CLB<br><br>INDEX OF EXHIBITS TO PLAINTIFF'S AMENDED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF DUE TO PROPOSED METHOD OF EXECUTION PURSUANT TO 42 U.S.C. § 1983<br><br>(DEATH PENALTY CASE)<br><br>EXECUTION WARRANT SOUGHT BY THE STATE FOR THE WEEK OF JULY 26, 2021 |

NDOC Director of Mental Health Care, LINDA FOX, NDOC Director of Pharmacy; JOHN DOES I-XV, NDOC execution team members,

        Defendants.

| Exhibit | Document |
|---|---|
| 21. | *Alvogen v. Nevada Dept of Corrections, et al.*, No. A-18-777312-B (Dist. Ct., Clark County Nev.), Sept. 28, 2018, Findings of Fact and Conclusions of Law. |
| 22. | *Alvogen v. Nevada Dept of Corrections, et al.*, No. A-18-777312-B (Dist. Ct., Clark County Nev.), TT 9-13-2018 at 130-35 (Testimony of Anthony Wallace). |
| 23. | Utah Department of Corrections Firing Squad Execution Manual, Rev'd June 10, 2010. |

Dated this 1st day of July, 2021.

    Respectfully submitted
    RENE L. VALLADARES
    Federal Public Defender

    */s/ David Anthony*
    DAVID ANTHONY
    Assistant Federal Public Defender

    */s/ Brad D. Levenson*
    BRAD D. LEVENSON
    Assistant Federal Public Defender

    */s/ Timothy R. Payne*
    TIMOTHY R. PAYNE
    Assistant Federal Public Defender

# CERTIFICATE OF SERVICE

In accordance with LR IC 4-1(b) of the Local Rules of Practice, the undersigned hereby certifies that on the 1st day of July, 2021, a true and correct copy of the foregoing INDEX OF EXHIBITS TO PLAINTIFF'S AMENDED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF DUE TO PROPOSED METHOD OF EXECUTION PURSUANT TO 42 U.S.C. § 1983 was filed electronically with the CM/ECF electronic filing system:

D. Randall Gilmer
Chief Deputy Attorney General
drgilmer@ag.nv.gov
Crane Pomerantz, Esq.
Nadia Ahmed, Esq.
cpomerantz@sklar-law.com
nahmed@sklar-law.com

*/s/ Sara Jelinek*
An Employee of the Federal Public Defenders Office, District of Nevada