RENE L. VALLADARES
Federal Public Defender
Nevada Bar No. 11479
DAVID ANTHONY
Assistant Federal Public Defender
Nevada Bar No. 7978
David_Anthony@fd.org
BRAD D. LEVENSON
Assistant Federal Public Defender
California Bar No. 166073
Brad_Levenson@fd.org
TIMOTHY R. PAYNE
Assistant Federal Public Defender
Ohio Bar No. 0069329
Tim_Payne@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (Fax)

Attorneys for Plaintiff Zane M. Floyd

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZANE M. FLOYD,<br><br>             Plaintiff,<br><br>      v.<br><br>CHARLES DANIELS, Director, Nevada Department of Corrections; HAROLD WICKHAM, NDOC Deputy Director of Operations,  JOHN BORROWMAN, NDOC Deputy Director of Support Services; WILLIAM GITTERE, Warden, Ely State Prison; WILLIAM REUBART, Associate Warden at Ely State Prison; DAVID DRUMMOND, Associate Warden at Ely State Prison; IHSAN AZZAM, Chief | Case No. 3:21-cv-00176-RFB-CLB<br><br>**NOTICE IN RESPONSE TO MINUTE ORDER (ECF NO. 124)**<br><br>**DEATH PENALTY CASE**<br><br>**EXECUTION WARRANT SOUGHT FOR THE WEEK OF JULY 26, 2021** |

Medical Officer of the State of Nevada;
DR. MICHAEL MINEV, NDOC Director
of Medical Care, DR. DAVID GREEN,
NDOC Director of Mental Health Care,
LINDA FOX, NDOC Director of
Pharmacy; JOHN DOES I-XV, NDOC
execution team members,

   Defendants.

On July 2, 2021, this Court issued a minute order directing Plaintiff Zane Floyd to file a Second Supplemental Order of Execution or the most recent Order of Execution signed by the state court by 6:00 pm. In response to the Court's order, Floyd attaches the Second Supplemental Order of Execution, entered by the state court on June 9, 2021 as Exhibit 25 to this Notice.

  DATED this 2nd day of July, 2021

            Respectfully submitted
            RENE L. VALLADARES
            Federal Public Defender

            */s/ David Anthony*
            DAVID ANTHONY
            Assistant Federal Public Defender

            */s/ Brad Levenson*
            BRAD LEVENSON
            Assistant Federal Public Defender

# CERTIFICATE OF SERVICE

In accordance with LR IC 4-1(b) of the Local Rules of Practice, the undersigned hereby certifies that on this 2nd day of July, 2021, a true and correct copy of the foregoing, **NOTICE IN RESPONSE TO MINUTE ORDER (ECF NO. 124),** was filed electronically with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the master service list as follows:

D. Randall Gilmer
Chief Deputy Attorney General
drgilmer@ag.nv.gov

Crane Pomerantz, Esq.
cpomerantz@sklar-law.com

Nadia Ahmed, Esq.
Nahmed@sklar-law.com

                                             */s/ Felicia Darensbourg*
                                             An employee of the Federal Public
                                             Defender's Office, District of Nevada