# Exhibit 25

to Notice re Minute Order, ECF No. 124
Exhibit Index and
Second Supplemental Order of Execution

1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada Bar No. 11479
   DAVID ANTHONY
3  Assistant Federal Public Defender
   Nevada Bar No. 7978
4  David_Anthony@fd.org
   BRAD D. LEVENSON
5  Assistant Federal Public Defender
   California Bar No. 166073
6  Brad_Levenson@fd.org
   TIMOTHY R. PAYNE
7  Assistant Federal Public Defender
   Ohio Bar No. 0069329
8  Tim_Payne@fd.org
   411 E. Bonneville, Ste. 250
9  Las Vegas, Nevada 89101
   (702) 388-6577
10 (702) 388-5819 (fax)

11 Attorneys for Plaintiff Zane M. Floyd

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZANE M FLOYD,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, Director, Nevada Department of Corrections; HAROLD WICKHAM, NDOC Deputy Director of Operations, JOHN BORROWMAN, NDOC Deputy Director of Support Services; WILLIAM GITTERE, Warden, Ely State Prison; WILLIAM REUBART, Associate Warden at Ely State Prison; DAVID DRUMMOND, Associate Warden at Ely State Prison; IHSAN AZZAM, Chief Medical | Case No. 3:21-cv-00176-RFB-CLB<br><br>**INDEX OF EXHIBIT TO NOTICE IN RESPONSE TO MINUTE ORDER (ECF NO. 124)**<br><br>**DEATH PENALTY CASE**<br><br>**EXECUTION WARRANT SOUGHT FOR THE WEEK OF JULY 26, 2021** |

Officer of the State of Nevada; DR. MICHAEL MINEV, NDOC Director of Medical Care, DR. DAVID GREEN, NDOC Director of Mental Health Care, LINDA FOX, NDOC Director of Pharmacy; JOHN DOES I-XV, NDOC execution team members,

        Defendants.

| EXHIBIT | DOCUMENT |
|---|---|
| 25 | *Second Supplemental Order of Execution*, Eighth Judicial District Court, June 9, 2021 |

DATED this 2nd of July, 2021.

    Respectfully submitted
    RENE L. VALLADARES
    Federal Public Defender


    */s/ David Anthony*
    DAVID ANTHONY
    Assistant Federal Public Defender

    */s/ Brad D. Levenson*
    BRAD D. LEVENSON
    Assistant Federal Public Defender

ELECTRONICALLY SERVED
Case 3:21-cv-00176-RFB-CLB   Document 125-1   Filed 07/02/21   Page 4 of 6
6/9/2021 3:08 PM

Electronically Filed
06/09/2021 3:08 PM

CLERK OF THE COURT

**ORDR**
STEVEN B. WOLFSON
Clark County District Attorney
Nevada Bar #001565
ALEXANDER CHEN
Chief Deputy District Attorney
Nevada Bar #010539
200 Lewis Avenue
Las Vegas, Nevada 89155-2212
(702) 671-2500
State of Nevada

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| THE STATE OF NEVADA,<br><br>Plaintiff,<br><br>-vs-<br><br>ZANE MICHAEL FLOYD,<br>#1619135<br><br>Defendant. | Case No.  99C159897<br>Dept No.  XVII |

SECOND SUPPLEMENTAL ORDER OF EXECUTION

A JUDGMENT OF DEATH having been entered on the 21st day of July, 2000, against the above named Defendant, ZANE MICHAEL FLOYD, as a result of his having been found guilty of Counts II, III, IV and V Murder of the First Degree with Use of a Deadly Weapon, by a duly and legally impaneled Jury of twelve persons; and

WHEREAS, this Court has made inquiry into the facts and found no legal reasons against the execution of the Judgment of Death.

IT IS ORDERED that the Director of the Department of Prisons shall execute the Judgment of Death, during the week commencing on the 26th day of July, 2021.

DATED this _____ day of June, 2021.

Dated this 9th day of June, 2021

_____
DISTRICT JUDGE
**E9A D68 5073 EAE2
Michael Villani
District Court Judge**



**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| The State of Nevada vs Zane M Floyd | CASE NO: 99C159897 |
| | DEPT. NO.  Department 17 |

### AUTOMATED CERTIFICATE OF SERVICE

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 6/9/2021

| | |
|---|---|
| ECF Notificiations CHU | ecf_nvchu@fd.org |
| Amanda White | awhite@ag.nv.gov |
| Heather Procter | hprocter@ag.nv.gov |
| Randall Gilmer | drgilmer@ag.nv.gov |
| Frank Toddre | ftoddre@ag.nv.gov |
| Steven Wolfson | motions@clarkcountyda.com |
| Eileen Davis | Eileen.davis@clarkcountyda.com |
| Sara Jelinek | Sara_Jelinek@fd.org |
| Heather Ungermann | ungermannh@clarkcountycourts.us |
| Brad Levenson | brad_levenson@fd.org |
| David Anthony | david_anthony@fd.org |