UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NEVADA PRESS ASSOCIATION, | Case No. 3:21-cv-00317-MMD-WGC |
| Plaintiff, | |
| v. | |
| CHARLES DANIELS, *et al.*, | |
| Defendants. | *and related case* |
| ZANE M. FLOYD, | Case No. 3:21-cv-00176-RFB-CLB |
| Plaintiff, | |
| v. | |
| CHARLES DANIELS, *et al.*, | |
| Defendants. | |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 3:21-cv-00317-MMD-WGC is reassigned to District Judge Richard F. Boulware, II, and Magistrate Judge Carla L. Baldwin, and all future pleadings must bear case number 3:17-cv-00317-RFB-CLB.

DATED THIS 26th Day of July, 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE