UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZANE M. FLOYD,<br><br>         Plaintiff,<br><br>   v.<br><br>CHARLES DANIESL, *et al*,<br><br>         Defendants. | Case No. 3:21-cv-00176-RFB-CLB<br><br>**ORDER TO PRODUCE<br>FOR<br>VIDEOCONFERENCE<br>JOSEPH W. SMITH, #38840** |

TO:   PERRY RUSSELL, WARDEN, NORTHERN NEVADA CORRECTIONAL CENTER, CARSON CITY, NV

**THE COURT HEREBY FINDS** that **JOSEPH W. SMITH, #38840**, is presently in custody of the Nevada Department of Corrections, located at Northern Nevada Correctional Center, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Northern Nevada Correctional Center, or his designee, shall arrange for and produce **JOSEPH W. SMITH, #38840,** on or about Friday, August 20, 2021, at the hour of 11:00 a.m., for a **videoconference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **JOSEPH W. SMITH, #38840**, is released and discharged by the said Court; and that **JOSEPH W. SMITH, #38840**, shall thereafter be returned to the custody of the Warden, Northern Nevada Correctional Center, Carson City, Nevada, under safe and secure conduct.

**DATED** this 13th day of August, 2021.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**