Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
David Anthony
Assistant Federal Public Defender
Nevada Bar No. 7978
David_Anthony@fd.org
Brad D. Levenson
Assistant Federal Public Defender
California Bar No. 166073
Brad_Levenson@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (Fax)

Attorneys for Zane M. Floyd

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Zane M. Floyd,<br><br>         Petitioner,<br><br>    v.<br><br>Charles Daniels, *et al.*,<br><br>         Respondents. | Case No. 3:21-cv-00176-RFB-CLB<br><br>**Index of Exhibits to Notice of Expert Reports**<br><br>DEATH PENALTY CASE. |

| Exhibit | Report | Date |
|---------|--------|------|
| 40. | Report of Dr. Mark Heath, Plaintiff's Expert | 08/17/2020 |
| 41. | Report of Dr. Craig Stevens, Plaintiff's Expert | 08/05/2021 |
| 42. | Report of Dr. James Williams, Plaintiff's Expert | 08/06/2021 |
| 43. | Report of Dr. Joel Zivot, Plaintiff's Expert | 08/14/2021 |
| 44. | Report of Dr. Daniel Buffington, Defendants' Expert | 08/18/2021 |
| 45. | Report of Dr. Jeffrey Petersohn, Defendants' Expert | 08/11/2021 |
| 46. | Report of Dr. Steve Yun, Defendants' Expert | 08/11/2021 |

Dated this 26th day of August, 2021.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ David Anthony*
David Anthony
Assistant Federal Public Defender

*/s/ Brad D. Levenson*
Brad D. Levenson
Assistant Federal Public Defender