AARON D. FORD
  Attorney General
D. Randall Gilmer (Bar No. 14001)
  Chief Deputy Attorney General
Ian Carr (Bar No. 13840)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3427
Facsimile: (702) 486-3773
Email: DGilmer@ag.nv.gov
Email: ICarr@ag.nv.gov

*Attorneys for Defendants Daniels,
Wickham, Gittere, Reubart, Drummond,
Minev, Green and Fox (NDOC Defendants)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZANE M. FLOYD,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>    Defendants. | Case No. 3:21-cv-00176-RFB-CLB<br><br>**STIPULATION FOR ONE WEEK EXTENSION OF TIME TO FILE RESPONSE TO RENEWED MOTION TO INTERVENE**<br>**(ECF No. 213)**<br><br>**(FIRST REQUEST FOR EXTENSION OF TIME)** |

     Plaintiff, Zane M. Floyd, by and through counsel of record David Anthony, Assistant Federal Public Defender, and Brad Levenson, Assistant Federal Public Defender, Defendant, Ihsan Azzam, by and through counsel of record Crane Pomerantz and Nadia Ahmed, of Sklar Williams PLLC, and Defendants, Charles Daniels, Harold Wickham, William Gittere, William Reubart, David Drummond, Dr. Michael Minev, Dr. David Green, and Linda Fox (collectively, "NDOC Defendants"), by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, D. Randall Gilmer, Chief Deputy Attorney General, and Ian Carr, Deputy Attorney General, hereby stipulate and agree to extend the

current deadline to file the response to Renewed Motion to Intervene (Joseph W. Smith) ("Renewed Motion") [DOC No. 213] from October 26, 2021 for one week, resulting in the due date being November 3, 2021.

IT IS HEREBY STIPULATED that the deadline to respond to the Renewed Motion shall be November 3, 2021.

IT IS HEREBY FURTHER STIPULATED that the deadline to file the optional Reply in Support of the Renewed Motion shall be continued to November 10, 2021.

Respectfully submitted by the Parties on this 25th day of October, 2021:

| Federal Public Defender's Office | Sklar Williams PLLC |
|---|---|
| /s/ David Anthony<br>David Anthony<br>Nevada Bar No. 7978<br>Brad D. Levenson<br>California Bar No. 166073<br>*Attorneys for Plaintiff,*<br>*Zane M. Floyd* | /s/ Crane Pomerantz<br>Crane Pomerantz<br>Nevada Bar No. 14103<br>Nadia Ahmed<br>Nevada Bar No. 15489<br>*Attorneys for Defendant,*<br>*Dr. Ihsan Azzam* |

AARON D. FORD
Attorney General

/s/ D. Randall Gilmer
D. Randall Gilmer
Nevada Bar No. 14001
Chief Deputy Attorney General
Ian Carr
Nevada Bar No. 13840
Deputy Attorney General
*Attorneys for NDOC Defendants*

**IT IS SO ORDERED.**

DATED this 25th day of October, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court