Case 3:21-cv-00176-RFB-CLB   Document 271   Filed 12/02/21   Page 1 of 2

AARON D. FORD
  Attorney General
D. Randall Gilmer (Bar No. 14001)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney Generals
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone:(702) 486-3427
Facsimile: (702) 486-3773
Email: DGilmer@ag.nv.gov

*Attorneys for Defendants Daniels,
Wickham, Gittere, Reubart, Drummond,
Minev, Green and Fox (NDOC Defendants)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZANE M. FLOYD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES DANIELS, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>　　　　Defendants. | Case No. 3:21-cv-00176-RFB-CLB<br><br>**NOTICE OF FILING AND COMPLIANCE WITH THE COURT'S MINUTE ORDER OF NOVEMBER 18, 2021 (ECF NO. 264)** |

Defendants, Charles Daniels, Harold Wickham, William Gittere, William Reubart, David Drummond, Dr. Michael Minev, Dr. David Green, and Linda Fox (collectively, "NDOC Defendants"), by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and D. Randall Gilmer, Chief Deputy Attorney General, hereby respectfully submit this Notice of Filing of the redacted Execution Manual effective November 29, 2021, bates stamped RP00001–RP00017, RP00018[Amended]-RP00020[Amended], RP00021-RP00046, RP00047[Amended]-RP00067[Amended], attached hereto as **Exhibit A**. This version of the protocol is the current, publicly accessible version of the protocol, and replaces the version filed at ECF No. 93.

/././

Page **1** of **2**

In addition to this filing, this Notice will also confirm that NDOC Defendants have provided this Court with all other documents requested in Minute Order ECF No. 264 as amended at ECF No. 268.

Respectfully submitted this 2nd day of December, 2021, by:

>AARON D. FORD, Attorney General
>
>By:   */s/ D. Randall Gilmer*
>      D. Randall Gilmer (Bar No. 14001)
>      Chief Deputy Attorney General