UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| |
|---|
| **FILED** |
| DEC 10 2021 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ZANE M. FLOYD,

               Plaintiff - Appellee,

  v.

CHARLES DANIELS, Director,
Nevada Department of Corrections; et
al.,

               Defendants - Appellants,

 and

ISHAN AZZAM, Chief Medical
Officer,

               Defendant,

LAS VEGAS REVIEW-JOURNAL,
INC.,

               Real-party-in-interest.

No. 21-16134

D.C. No. 3:21-cv-00176-RFB-CLB
U.S. District Court for Nevada,
Reno

**MANDATE**

The judgment of this Court, entered November 18, 2021, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7