### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZANE M. FLOYD, | Case No. 3:21-cv-00176-RFB-CLB |
| Plaintiff, | MINUTES OF THE COURT |
| v. | DATED: <u>December 15, 2021</u> |
| CHARLES DANIELS, *et al.,* | |
| Defendants. | |

THE HONORABLE **RICHARD F. BOULWARE, II**,   UNITED STATES DISTRICT JUDGE

DEPUTY CLERK <u>BLANCA LENZI</u> COURT REPORTER <u>PATTY GANCI</u>

COUNSEL FOR PLAINTIFF: *David Anthony, AFPD, Brad Levenson, AFPD.*

COUNSEL FOR DEFENDANT- NDOC: *D. Randall Gilmer, Chief Deputy A.G., Ian Carr, Deputy A.G.*

COUNSEL FOR DEFENDANT – DR. AZZAM - *Crane Pomerantz, Esq., Nadia Ahmed, Esq.*

MINUTES OF PROCEEDINGS: **EVIDENTIARY HEARING – Day 5**

Court convened at 8:47 AM.

Plaintiff Floyd is present appearing by videoconference.  Also present at defense counsel table is Director Daniels. Director Gittere is present in the gallery.

The Court makes preliminary statements and hears representations from counsel regarding the order of witness testimony.

Defense clarifies and the Court admits ***Defendant's Exhibit 511A*** – CV of Dr. Buffington into evidence.

**DR. DANIEL BUFFINGTON, PharmD, MBA** resumed testimony on direct examination by Mr. Gilmer.  Cross-examination by Mr. Levenson.
***Plaintiff's Exhibits 201, 204, 206, 263, and 264*** are offered, marked, and admitted into evidence.

Court recess 10:41 AM
Court reconvened at 11:04 AM

**DR.  DANIEL BUFFINGTON, PharmD, MBA** resumed testimony on cross examination by Mr. Levenson.  Redirect examination by Mr. Gilmer.  Recross examination by Brad Levenson. Dr. Buffington is then excused.

***DR. STEVE YUN, M.D.,*** is called to the stand, sworn, and testified on direct examination by Mr. Gilmer.  Dr. Yun is certified as an expert in the field of Anesthesiology.
***Plaintiff's Exhibit 127*** is offered, marked, and admitted into evidence.
***Defendant's Exhibits 516, 517, 517A, 518, 519, 520 and 501*** are offered, marked, and admitted into evidence. Dr. Yun is then excused to resume testimony on Friday, December 17, 2021.

To the extent it was not previously admitted, ***Defendant's Exhibit 547*** is admitted into evidence.

The Court confirms the order of expert witness testimony for the remainder of the week.

Evidentiary Hearing - day 6 is continued to  December 16, 2021 at 10:15 AM in LV Courtroom 7C.

The evidentiary hearing is adjourned at 1:05 PM.




                                                  **DEBRA K. KEMPI, CLERK**
                                                  **U.S. DISTRICT COURT**


                                                            /s/
                                                  BY: _____
                                                       Blanca Lenzi, Deputy Clerk