Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
David Anthony
Assistant Federal Public Defender
Nevada State Bar No.7978
David_Anthony@fd.org
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Brad_Levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Zane M. Floyd, | Case No. 3:21-cv-00176-RFB-CLB |
| Plaintiff | Exhibits to Plaintiff's Response to NDOC Defendants' Supplemental Brief (ECF No. 301) |
| v. | |
| Charles Daniels, Director, Nevada Department of Corrections, *et al.*, | DEATH PENALTY CASE |
| Defendants. | |

| Exhibit No. | Document |
|---|---|
| 78. | *Zink v. Lombardi*, Case No. 2:12–CV–4209–NKL, W.D. Mo., Motion for Protective Order Regarding the Identity of Members of Missouri's Execution Team, May 2, 2013 (ECF No. 94). |
| 79. | *Walker v. Johnson,* Case. No. 1:05–CV–00934, E.D. Va., Order, Feb. 8, 2006 (ECF No. 76) |

Dated this 31st day of January, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ David Anthony*
David Anthony
Assistant Federal Public Defender

*/s/ Brad D. Levenson*
Brad D. Levenson
Assistant Federal Public Defender

2