UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ZANE M. FLOYD,

        Plaintiff,

    v.

CHARLES DANIESL, *et al*,

        Defendants.

Case No. 3:21-cv-00176-RFB-CLB

**ORDER TO PRODUCE
FOR VIDEOCONFERENCE
ZANE M. FLOYD, #66514**

TO:    WILLIAM GITTERE, WARDEN, ELY STATE PRISON, ELY NV

**THE COURT HEREBY FINDS** that **ZANE M. FLOYD, #66514**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall arrange for and produce **ZANE M. FLOYD, #66514,** on or about, February 3, 2022 at the hour of 2:00 PM by videoconference for a status conference hearing by zoomgov technology in this instant matter and and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **ZANE M. FLOYD, #66514**, is released and discharged by the said Court; and that **ZANE M. FLOYD, #66514**, shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, Nevada, under safe and secure conduct.

**DATED** this <u>31st</u> day of January, 2022.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**