UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZANE M. FLOYD,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARLES DANIESL, *et al*,<br><br>          Defendants. | Case No. 3:21-cv-00176-RFB-CLB<br><br>***AMENDED***<br>**ORDER TO PRODUCE<br>FOR<br>VIDEOCONFERENCE<br>ZANE M. FLOYD, #66514** |

TO:     WILLIAM GITTERE, WARDEN, ELY STATE PRISON, ELY NV

**THE COURT HEREBY FINDS** that **ZANE M. FLOYD, #66514**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall arrange for and produce **ZANE M. FLOYD, #66514,** on or about, April 25, 2022 at the hour of 1:00 PM by videoconference for a status conference hearing by zoomgov technology, Court's [320] Order is Vacated in this instant matter and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **ZANE M. FLOYD, #66514**, is released and discharged by the said Court; and that **ZANE M. FLOYD, #66514,** shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, Nevada, under safe and secure conduct.

**DATED** this <u>1st</u> day of April, 2022.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**