AARON D. FORD
  Attorney General
D. RANDALL GILMER, Bar No. 14001
  Chief Deputy Attorney General
VICTORIA C. COREY, Bar No. 16364
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
702) 486-3427 (phone)
(702) 486-0849 (phone)
(702) 486-3773 (fax)
Email: dgilmer@ag.nv.gov
      vcorey@ag.nv.gov

*Attorneys for Defendants
Charles Daniels, Harold Wickham,
William Gittere, William Reubart,
David Drummond, Michael Minev,
David Green, and Linda Fox
(NDOC Defendants)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZANE M. FLOYD, et al., | Case No. 3:21-cv-00176-RFB-CLB |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER REGARDING PLAINTIFF YBARRA'S MOTION TO AMEND COMPLAINT [ECF NO. 351]** |
| CHARLES DANIELS, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

    Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, D. Randall Gilmer, Chief Deputy Attorney General, and Victoria C. Corey, Senior Deputy Attorney General, and Plaintiff, Robert Ybarra, by and through counsel, Randolph Fiedler, Federal Public Defender, hereby stipulate and agree regarding Plaintiff Ybarra's Motion for Leave to Amend, as follows:

    1.    Defendants stipulate to the filing of the Amended Complaint, as they believe the Amended Complaint, with the exception of the Article 1, Section 6 claim set forth in Count VIII (ECF No. 351-1 at 83,) under the applicable standard for granting leave set

1

1 forth in in Federal Rules of Civil Procedure 15(a), the Motion for Leave to File the
2 Amended Complaint is appropriate, and that this Court would grant the leave motion
3 given that standard.

4     2.    Regarding the Article 1, Section 6 claim, Defendants believe that under the
5 doctrines of sovereign immunity, the Eleventh Amendment, and federalism, that the
6 claim futile as the State of Nevada has not consented to this Court's jurisdiction for state
7 constitutional claims, and that the claim is therefore subject to dismissal;

8     3.    However, given the liberal standard of leave, the Parties agree that
9 Defendants reserve the right to file a partial motion to dismiss regarding that claim, as
10 the State of Nevada does not agree to waive their sovereign immunity and the Eleventh
11 Amendment rights as to that claim as it relates to that solely state based constitutional
12 claim;

13     4.    The Parties agree that, subject to this Court's approval, the State of Nevada
14 will file its partial motion to dismiss within thirty (30) days of this stipulation and order
15 being granted, with Plaintiff's response due thirty (30) days from the date of the motion
16 being filed, with a reply due fourteen (14) days from the date of the opposition being filed;
17 and
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

5. Defendants answer to the amended complaint will be due within fourteen (14) days of this Court's ruling on the partial motion to dismiss unless the parties agree to a different timeline in writing and agreed to by the Court following the ruling on the motion to dismiss.

Dated this 20th day of August 2025

RENE L. WALLADARES
Federal Public Defender

 /s/ Randolph Fiedler
RANDOLPH FIEDLER (Bar No. 12577)
Assistant Federal Public Defender
*Attorneys for Plaintiff Robert Ybarra*

Dated this 20th day of August 2025

AARON D. FORD
Nevada Attorney General

 /s/ *Victoria C. Corey*
D. RANDALL GILMBER. (Bar No. 14001)
Chief Deputy Attorney General
VICTORIA C. COREY (Bar No. 16364)
Senior Deputy Attorney General
*Attorneys for NDOC Defendants*

**IT IS SO ORDERED**. Intervenor-Plaintiff Robert Jr. Ybarra's (ECF No 351) Motion for Leave is **GRANTED.** The Clerk of Court is instructed to file the (ECF No. 351-1) Amended Complaint. The State of Nevada's partial motion to dismiss the Amended Complaint is due on or before September 19, 2025. Intervenor-Plaintiff Ybarra's response is due on or before October 20, 2025. The State of Nevada's reply is due on or before November 3, 2025. Defendants' answer to the Amended Complaint will be due within fourteen (14) days of this Court's ruling on the partial motion to dismiss.

**DATED** this 20th day of August, 2025.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**