Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
David Anthony
Assistant Federal Public Defender
Nevada Bar No. 007978
David_Anthony@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Zane Michael Floyd, and Robert Ybarra Jr.,<br><br>Plaintiffs,<br><br>v.<br><br>James Dzurenda, Director, Nevada Department of Corrections, et al.,<br><br>Defendants. | Case No. 3:21-cv-00176-RFB-CLB<br><br>**Order Granting Motion to Withdraw Brad Levenson as Counsel**<br><br>DEATH PENALTY CASE<br><br>[ECF No. 357] |

The undersigned counsel for Plaintiffs, David Anthony, Assistant Federal Public Defender, hereby moves this Court to withdraw Brad Levenson, Assistant Federal Public Defender, as counsel in this matter. LR IA 11-6(b). The withdrawal is necessary because Mr. Levenson has retired and is no longer employed with the Federal Public Defender for the District of Nevada. LR IA 11-3. Undersigned counsel will remain as counsel in this matter.

Dated this 22nd day of September, 2025.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ David Anthony*
David Anthony
Assistant Federal Public Defender

**IT IS SO ORDERED.**
**DATED:** September 22, 2025

_____
UNITED STATES MAGISTRATE JUDGE

1