A. Richard Ellis
Attorney at Law
Nevada Bar No. 4593
a.r.ellis@att.net
105 Quarry Road
Mill Valley, CA 94941
(415) 389-6771
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Zane M. Floyd, Jr., et. al.

Plaintiffs,

v.

James Dzurenda, Director, Nevada Department of Corrections, *et al.*,

Defendants.

Case No. 3:21-cv-00176-RFB-CLB

**Amended Order for Appointment of Counsel (Nunc pro tunc)**
DEATH PENALTY CASE

This is an amended order for appointment of counsel for Plaintiff Sterling Atkins, Jr. in the above-captioned matter. Mr. Atkins has been granted leave to intervene in the above-captioned litigation This appointment is authorized by the Criminal Justice Act and the District of Nevada's CJA Plan because it is a capital case and the challenge to the method of execution constitutes an appropriate ancillary motion, proceeding, and procedure under § 3599(e).

This appointment is made *nunc pro tunc* as to April 15, 2026, the date when Clark County District Attorney Steve Wolfson announced that his office is planning on seeking an execution warrant for Mr. Atkins, and work commenced on the motion to intervene and the injunction.

**It is so ordered.**

**Dated:** 7/29/2026 nunc pro tunc 4/15/2026

____________________________________

UNITED STATES DISTRICT JUDGE