Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_Fiedler@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (fax)

Attorney for Plaintiff Robert Ybarra, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Robert Ybarra, Jr.,

Petitioner,

v.

James Dzurenda, Director, Nevada Department of Corrections, *et al.*,

Respondents.

Case No. 3:21-cv-00176-RFB-CLB

**Stipulated Extension of Time for Amending Pleadings and Adding Parties (First Request)**

On September 8, 2026, this Court accepted the Rule 26(f) Conference Report of Plaintiff Ybarra and the Defendants. ECF No. 394. That report contemplated a deadline of November 9, 2026, within which to amend the pleadings and add parties. ECF No. 394 at 3.

The parties stipulate to an extension of time of 14 days for this deadline; the new deadline for filing motions to amend the pleadings or add parties will be November 23, 2026.

The following discovery has been completed: counsel for Ybarra has served interrogatories on Defendants Borgas, Williams, Drummond, Dzurenda, Doe I, Doe II, Williams, Myler, Park, Rigney, Shields, and Testwuide. Additionally, counsel for Ybarra has served requests for production.

The following discovery remains outstanding: depositions and expert disclosures.

This stipulation is necessary because of counsel for Plaintiff Ybarra's obligations in other cases. Specifically, since this Court accepted the Rule 26(f) report, counsel for Ybarra has had a capital oral argument, numerous obligations for 28 U.S.C. § 2241 clients in Immigration and Customs Enforcement custody, and substantial work for appellate briefs in capital cases. This is the first stipulation for extension of time for this deadline.

The proposed schedule for completing all remaining discovery remains the same.

Respectfully submitted this 6th day of November, 2026.

Rene Valladares
Federal Public Defender

*/s/Randolph M. Fiedler*
Randolph M. Fiedler
Assistant United States Attorney

Counsel for Plaintiff Robert Ybarra

*/s/ David Anthony*
David Anthony
Assistant Federal Public Defender

Counsel for Plaintiffs Zane Floyd & Donald Sherman

*/s/Richard Ellis*
Richard Ellis

Counsel for Plaintiff Sterling Atkins

Aaron Ford
Attorney General, Nevada

*/s/D. Randall Gilmer*
D. Randall Gilmer
Chief Deputy Attorney General

Counsel for Defendants

**IT IS SO ORDERED:**

**DATED:** November 9, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**